# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KRISHAWN DURHAM, individually, and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FCA US LLC, FIAT CHRYSLER AUTOMOBILES N.V., and Does 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.　20-11040<br><br>**CLASS ACTION COMPLAINT**<br><br>DEMAND FOR JURY TRIAL |

# TABLE OF CONTENTS

*Page*

I      INTRODUCTION ...................................................................................... 1

II     JURISDICTION AND VENUE .............................................................. 5

III    PARTIES ................................................................................................. 6

    A.    Plaintiff ....................................................................................... 6

    B.    Defendants ................................................................................... 8

IV     GENERAL ALLEGATIONS ................................................................ 10

    A.    FCA Races to Meet Government Emissions Standards without
         Compromising Profits ............................................................... 10

    B.    FCA's 2.4L "Tigershark" MultiAir II Engine ........................... 12

    C.    The Class Vehicles Suffer from Dangerous Defects ................. 15

         1.    The Oil Consumption Defect ........................................... 15

         2.    The Oil Indicator Defect ................................................. 16

    D.    FCA's Knowledge of the Dangerous Defects ............................ 19

         1.    FCA Implicitly Acknowledged Reports of Abnormal Oil
             Consumption in 2015 ...................................................... 20

         2.    NHTSA Complaints of Excessive Oil Consumption in the Class
             Vehicles and Sudden Unanticipated Engine Failure ......... 21

         3.    FCA's Warranty-Related Practices ................................ 221

    E.    FCA Misrepresented, Concealed, and Omitted the Nature and Existence of
         the Defects ............................................................................. 223

# TABLE OF CONTENTS (cont.)

*Page*

V     TOLLING OF STATUTES OF LIMITATIONS ................................................... 224

VI    CLASS ALLEGATIONS .................................................................................... 225

VII   CAUSES OF ACTION ...................................................................................... 229

      A.   Claims Brought on Behalf of the Nationwide Class ................................... 229

              COUNT I: VIOLATIONS OF THE MAGNUSON-MOSS
              WARRANTY ACT .......................................................... 229

      B.   Claims Brought on Behalf of the Ohio Class .............................................. 231

              COUNT II: VIOLATION OF OHIO CONSUMER SALES
              PRACTICES ACT ............................................................ 231

              COUNT III: VIOLATION OF OHIO DECEPTIVE TRADE
              PRACTICES ACT ............................................................ 233

              COUNT IV: BREACH OF EXPRESS WARRANTY .................... 235

              COUNT V: BREACH OF IMPLIED WARRANTY OF
              MERCHANTABILITY ..................................................... 236

              COUNT VI: OHIO NEGLIGENT DESIGN, ENGINEERING &
              MANUFACTURE .............................................................. 237

              COUNT VII: FRAUD & FRAUDULENT CONCEALMENT ....... 239

              COUNT VIII: UNJUST ENRICHMENT ........................................ 241

PRAYER FOR RELIEF ........................................................................................ 242

## CLASS ACTION COMPLAINT

Plaintiff Krishawn Durham, an individual, on behalf of herself and a class of other similarly-situated individuals, complain of and allege the following causes of action against Defendants FCA US LLC and Fiat Chrysler Automobiles N.V. (collectively referred to herein as "Defendants" or "FCA"), and Does 1 through 50, inclusive, as follows:

## I    INTRODUCTION

1.    Plaintiff brings this lawsuit on behalf of herself, and similarly situated individuals who purchased or leased FCA vehicles fitted with a 2.4-liter Tigershark MultiAir II Engine ("2.4L Tigershark Engine").

2.    In their efforts to drive corporate profits and simultaneously satisfy government emission standards, FCA designed, manufactured, distributed, marketed, sold, and leased vehicles equipped with their 2.4L Tigershark Engine ("Class Vehicles").

3.    Plaintiff is informed and believe, and thereon alleges, that FCA made the 2.4L Tigershark Engine available as an engine option in their following vehicle makes and models:

- 2013-2016 Dodge Dart
- 2014-2020 Jeep Cherokee
- 2015-2020 Jeep Renegade
- 2015-2017 Chrysler 200
- 2015-2020 Ram ProMaster City

- 2017-2020 Jeep Compass
- 2017-2020 Dodge Journey

4.      The Class Vehicles contain a significant design and/or manufacturing defect in their engines, a defect that causes them to improperly burn off and/or consume abnormally high amounts of oil (the "Oil Consumption Defect"). The Oil Consumption Defect poses an unreasonable danger to the operator and passengers of all Class Vehicles. As a result of the Oil Consumption Defect, the Class Vehicles can shut down during the course of their normal operation—placing the occupants and surrounding vehicles at an increased risk of serious injury and death. The danger of automobile accidents posed by a vehicle engine shutting off without warning is not only self-evident and logical, FCA has expressly acknowledged in other unrelated safety recalls that "an engine stall could cause a crash without prior warning."

5.      The resulting mechanical failure caused by the Oil Consumption Defect is exacerbated by the malfunction and/or inability of FCA's oil indicator system to alert drivers of the Class Vehicles that their engine oil is running low ("the Oil Indicator Defect"). Thus, the vast majority of drivers of the Class Vehicles only become aware of dangerously low engine-oil levels after they cause an engine stall or shut-down.

6.      FCA has long known about the Oil Consumption Defect and the Oil Indicator Defect but has done little or nothing to address them, though they

uniformly affect the Class Vehicles. Hundreds, if not thousands, of Class Vehicle owners and lessees have reported instances of their vehicles shutting down without warning due to low oil volumes. Yet FCA has stood idle—refusing to address the obvious safety defects plaguing their vehicles. Rather, than being forthcoming about these problems, FCA continues to misrepresent the Oil Consumption Defect and Oil Indicator Defect by calling them "normal."

7.       FCA's motivation for concealing and mispresenting the Defects is quite obvious: By characterizing the excessive oil consumption rate as "normal," FCA has avoided the economic fallout that would inevitably result from recalling the millions of Class Vehicles. As a result, Class Vehicle owners must fend for themselves, and either repair the defect on their own or otherwise drive unsafe vehicles that could suffer from mechanical breakdown at any time, even while the car is travelling at full acceleration.

8.       The Oil Consumption and Oil Indicator Defects pose a material safety risk to the operator and passengers of all Class Vehicles. The dangers of excessive and/or abnormal oil consumption are manifest, including increased mechanical breakdown, and a resulting increase in the risk of injury or death. As discussed further herein, Plaintiff and numerous owners and lessees of the Class Vehicles have experienced the Oil Consumption and Oil Indicator Defects already, and FCA continues to put owners of the Class Vehicles at risk by refusing to replace them.

9.      For years, FCA concealed the Oil Consumption Defect and Oil Indicator Defects from owners of the Class Vehicles, withholding that knowledge because these defects, once known to those owners, would diminish the Class Vehicles' intrinsic and resale value and cause Class Vehicle owners to demand immediate and costly repairs.

10.     The alleged defects not only threaten every passenger in a Class Vehicle, they materially undermine the Class Vehicles' intrinsic value as well. Plaintiff and other FCA owners would have been less likely to purchase the Class Vehicles had they known about these defects prior to their purchases, or they would have paid substantially less for them.

11.     Because of FCA's unfair, deceptive, and/or fraudulent business practices, owners and/or lessees of the Class Vehicles, including Plaintiff and the Class members, have suffered an ascertainable loss of money and/or property and/or loss in value.  FCA further conducted the unfair and deceptive trade practices described herein in a manner giving rise to substantial aggravating circumstances.

12.     As a result of the alleged defects, Plaintiff and the members of the Class have suffered injury in fact, incurred damages, and have otherwise been harmed by FCA's conduct.

13.     Accordingly, Plaintiff brings this action to redress FCA's violations of the consumer protection statutes, and also seek recovery for FCA's breach of express warranty, breach of implied warranty, breach of the duty of good faith and fair dealing, common law fraudulent concealment and omissions.

## II     JURISDICTION AND VENUE

14.     This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332 of the Class Action Fairness Act of 2005 because: (i) there are 100 or more Class members, (ii) there is an aggregate amount in controversy exceeding $5,000,000, exclusive of interest and costs, and (iii) there is minimal diversity because at least one member of the class of plaintiffs and one defendant are citizens of different States. This court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

15.     This Court has specific personal jurisdiction over FCA because it is incorporated in the State of Michigan, registered to conduct business in Michigan, has purposefully availed itself of the benefits and protections of Michigan by continuously and systematically conducting substantial business in this judicial district, directing advertising and marketing materials to districts within Michigan, and intentionally and purposefully placing Class Vehicles into the stream of commerce within the districts of Michigan and throughout the United States with the expectation and intent that consumers would purchase them. Thousands of

Class Vehicles have been sold in Michigan and are operated within the State and the Eastern District.

16.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because FCA transacts business in this District, is subject to personal jurisdiction in this District, and therefore is deemed to be a citizen of this District. Additionally, there are one or more authorized FCA dealers within this District, FCA has advertised in this District, and FCA has received substantial revenue and profits from its sales and/or leasing of Class Vehicles in this District.

### III    PARTIES

**A.    Plaintiff**

17.    Plaintiff Krishawn Durham ("Plaintiff") is a resident of Cleveland, Ohio. Plaintiff owns a 2017 Jeep Compass (for purposes of this section, "the Vehicle"), which she purchased new from Fred Martin Superstore, an authorized Chrysler dealership selling new and certified pre-owned Chrysler, Dodge, Jeep, Ram, and Fiat vehicles, in Barberton, Ohio in July 2017.

18.    Neither FCA, nor any of its agents, dealers, or other representatives informed Plaintiff of the alleged defects' existence prior to, or any time after, her purchase.

19.    Plaintiff relied on the existence and length of Defendants' Basic Limited Warranty prior to purchasing her vehicle.  Plaintiff reasonably expected

that her vehicle, including its engine oil consumption rate and oil indicator system would not be defective and would continue to function normally in accordance with FCA's specifications and representations.

20.     Moreover, Plaintiff relied on FCA's representations regarding the oil life cycle of her Vehicle, which representations are contained in the Owner's Manual distributed with the Class Vehicles upon purchase.

21.     In or around August 2017, Plaintiff was driving the Vehicle when the engine shut down without warning. Plaintiff made several attempts to restart the Vehicle, but it was entirely inoperable. At the time that this occurred, Plaintiff had owned the vehicle for approximately a month and was within the coverage period of the New Vehicle Limited Warranty.

22.     Soon thereafter, Plaintiff presented the Vehicle to Fred Martin Superstore's service department to diagnose the cause of the shutdown. According to the maintenance technicians, the engine shut down because the Vehicle was low on oil.

23.     Plaintiff was shocked and surprised to learn this.  The Vehicle's oil indicator system never alerted her to the fact that the Vehicle was running low on oil. Not only had she only owned the Vehicle for approximately a month when the shut-down occurred, she drives it no more than approximately 600 miles a month on average. Plaintiff conveyed this information to the dealer, complaining that

there was an obvious problem with the vehicle oil consumption and oil system indicator. But according to the dealership technicians, the rapid rate of oil consumption she experienced was "normal" for the type of vehicle she was driving.

24.     Since August 2017, Plaintiff has needed to replenish the Vehicle's engine oil with a quart once a month to prevent it from stalling and shutting down without warning. But FCA refuses to acknowledge that this is a result of any defect. As a result, Plaintiff has been left with a vehicle that she fears will again shut down and, this time, cause injury or death to herself and/or others.

25.     Plaintiff has suffered an ascertainable loss resulting from FCA's concealment, omissions, and refusal to correct the alleged defects, including, but not limited to, out-of-pocket losses, diminished value to the Vehicle, and other consequential damages.

**B.     Defendants**

26.     Defendant FCA US LLC is a Delaware limited liability company. Defendant Fiat Chrysler Automobiles N.V. ("Fiat Chrysler," and combined, "FCA") is FCA US's corporate parent.

27.     Defendant FCA US LLC's principal place of business and headquarters is located at 1000 Chrysler Drive, Auburn Hills, Michigan 48326.

28.     Defendant Fiat Chrysler Automobiles N.V. is a Dutch corporation headquartered in London, United Kingdom.

29.     Fiat Chrysler owns numerous European automotive brands in addition to FCA's American brands, including Maserati, Alfa Romeo, Fiat Automobiles, Fiat Professional, Lancia, and Abarth. As of 2017, Fiat Chrysler is the seventh largest automaker in the world by unit production.

30.     The true names and capacities of the Defendants sued herein as DOES 1 through 50, inclusive, are currently unknown to Plaintiff, who therefore sues such Defendants by such fictitious names. Each Defendant designated herein as a DOE is legally responsible in some manner for the unlawful acts referred to herein. Plaintiff will seek leave of Court to amend this Complaint to reflect the true names and capacities of any Defendants designated herein as DOES when such identities become known.

31.     Based upon information and belief, Plaintiff alleges that at all times mentioned herein, each and every Defendant was acting as an agent and/or employee of each of the other Defendants, and at all times mentioned was acting within the course and scope of said agency and/or employment with the full knowledge, permission, and consent of each of the other Defendants. In addition, each of the acts and/or omissions of each Defendant alleged herein were made known to, and ratified by, each of the other Defendant.

## IV     GENERAL ALLEGATIONS

**A.     FCA Races to Meet Government Emissions Standards without Compromising Profits**

32.     In September 2011, the National Highway Traffic Safety Administration ("NHSTA") and the Environmental Protection Agency ("EPA") jointly published a final rule establishing the first-ever national greenhouse gas vehicle standards and increasing Corporate Average Fuel Economy standards for passenger cars and light-duty trucks in model years 2012-2016. These standards required vehicles, on average, to emit 250 grams or less of $CO_2$ per mile and achieve 35.5 miles per gallon in the year 2016.

33.     By 2012, FCA was under intense scrutiny to meet these mandated emissions standards. Although the company intended to comply, consumers were complaining that smaller engines were leaving their vehicles underpowered. Engineering solutions satisfying the balance between government regulation and the performance demands of the public would be both complicated and expensive.

34.     In its 2014 SEC Form 20-F fiscal end-year report, FCA made the following representations to investors:

> Laws . . . regarding increased fuel economy requirements and reduced greenhouse gas emissions, may have a significant effect on how we do business and may adversely affect our results of operations.

> If the vehicles we develop to comply with these requirements are not appealing to consumers or cannot be

> sold at a competitive price, we may not be able to
> achieve the vehicle fleet mix, depending on the type and
> volume of our customers' purchases, which would enable
> us to meet the stringent fuel economy/GHG
> requirements, even though our long-range projection
> plans out a compliant path.

35.     Needless to say, FCA recognized that its ability to produce, design,

and manufacture low-emission vehicles at low cost would be necessary to comply

with the government's new regulation scheme. FCA, however, had to engineer

vehicles that would be attractive to the buying public in a competitive marketplace.

36.     In 2013, Chrysler unveiled the 2.4L Tigershark Engine. FCA hoped

that the larger 184-hp 2.4L Tigershark Engine would address its objective of

meeting government mandated emission standards while also satisfying

consumers' desires for vehicles equipped with powerful engines. But the Defects

rendered the engines unreasonably dangerous. FCA refuses to acknowledge this

truth.

37.     Seeking to protect the reputation of 2.4L Tigershark Engine—FCA's

sole proffered solution to increasingly onerous emission regulations—at all costs,

FCA continues to disregard the dangerous defects contained in the Class Vehicles.

**B.     FCA's 2.4L "Tigershark" MultiAir II Engine**



38.     The 2.4L Tigershark Engine employs an electro-hydraulic "MultiAir" technology proprietary to FCA. MultiAir is supposed to offer more controllable flow of air during the engine combustion cycle when compared to mechanical variable valve timing systems. According to FCA, the MultiAir technology is supposed to increase engine power and torque, reduce fuel consumption, and reduce emissions.

39.     Based on information and belief, FCA's MultiAir hydraulic system requires strict maintenance of oil volume to function properly. Instead of using rigid connecting elements between the camshaft and engine valve, a defined oil volume encapsulated in the high-pressure chamber transfers the cam (lobe) contour to the engine valve. A pump driven by the camshaft via a finger follower builds pressure in the high-pressure chamber. When the solenoid valve is closed, the oil

pressure acts on the engine valve by way of a piston, and the valve opens. As soon as oil flows through the open hydraulic valve out of the high-pressure chamber, the force level acting on the engine valve against the valve spring assembly drops, and the engine valve closes. When the solenoid valve opens at cam lift, the oil flows out of the high-pressure chamber into a buffer known as the intermediate pressure chamber. When the high-pressure chamber is subsequently filled in the base circle phase, the oil returns. This is designed to minimize the amount of energy required to establish oil pressure in the system.



40.     The control system, in addition to the electro-hydraulic actuator technology, represents a key module of the MultiAir system. The control algorithms developed are provided to FCA as a software module, which is then integrated as a control module in the engine control unit (see below).



41.     The electronics utilize sensor signals quantifying the position of the camshaft and crankshaft as input factors. This information is augmented by data on the oil temperature in the MultiAir module. The requirements defined by the engine management system are then implemented, and the solenoid valves of the MultiAir system are energized as needed. The on and off times of the solenoid valves are used by the control system to monitor the cylinder activation of the engine valves, and the system compensates for tolerance and age-specific changes in system response as well as balances out the effects of fluctuating oil quality.

### C. The Class Vehicles Suffer from Dangerous Defects

#### 1. The Oil Consumption Defect

42.     The Class Vehicles—which are equipped with 2.4L Tigershark Engines—are subject to the Oil Consumption Defect and the Oil Indicator Defect, as alleged herein.

43.     Oil functions as an essential lubricant for the moving parts that facilitate the internal combustion process in an engine. The oil creates a film separating surfaces of adjacent moving parts to minimize direct contact, thereby decreasing heat caused by friction and reducing wear. Moreover, engine oil has important cleaning and sealing functions and serves as an important medium for dissipating heat throughout the engine. As a result, vehicles need the proper amount of engine oil if the engine and its related parts are to function safely. This is especially true for the Class Vehicles because of the MultiAir hydraulic system.

44.     The Oil Consumption Defect is an inherent and latent defect substantially certain to result in malfunction during the Class Vehicles' useful life.

45.     The Oil Consumption Defect unreasonably threatens the health and safety of drivers and passengers using the Class Vehicles. Because of the Oil Consumption Defect, the Class Vehicles are prone to stalling and being rendered inoperative—even as the automobile fully accelerates. Plaintiff and numerous

Class members have reported that the Oil Consumption Defect has caused failures, creating unsafe driving conditions when the automobile stalls without warning.

46.     The Oil Consumption Defect also increases the cost of expected ownership and maintenance of the Class Vehicles. In order to prevent their vehicles from stalling, Plaintiff and the Class members alike have needed to replenish the oil of their vehicles at excessive abnormal rates—approximately one quart for every 500-1000 miles driven. Additionally, the Oil Consumption Defect has the consequential effect of shortening the expected lifespan of other mechanical components of the Class Vehicles, including but not limited to the battery and engine fan. Because of this, Plaintiff and the Class members have and will be forced to replace these components at a much higher rate than they reasonably expected when purchasing the vehicles, thereby increasing their overall cost of ownership.

### 2.     The Oil Indicator Defect

47.     The dangers of the Oil Consumption Defect are exacerbated by the Class Vehicles' inability and/or failure to alert drivers to dangerously low oil levels and pressure ("the Oil Indicator Defect").

48.     FCA has equipped the Class Vehicles with an oil change indicator system. Based on information and belief, FCA's oil indicator system is not a simple oil quality sensor, but a software based, algorithm-driven device that

purportedly takes into account various operating conditions of the engine, the engine size, and engine revolutions, to determine when the oil needs changing.

49.   FCA provided Plaintiff and the Class members with an Owner's Manual for their Class Vehicle at the time of purchasing or leasing the vehicle. According to FCA's representations, when an oil change is required, the system is supposed to notify the vehicle owner through notification on the instrument cluster or odometer.

50.   FCA also states in its Owner's Manuals that:

> Your vehicle is equipped with an automatic oil change indicator system. The oil change indicator system will remind you that it is time to take your vehicle in for scheduled maintenance.
>
> Based on engine operation conditions, the oil change indicator message will illuminate. This means that service is required for your vehicle. Operating conditions such as frequent short-trips, trailer tow, extremely hot or cold ambient temperatures will influence when the "Change Oil" or "Oil Change Required" message is displayed. Severe Operating Conditions can cause the change oil message to illuminate as early as 3,500 miles (5,600 km) since last reset. Have your vehicle serviced as soon as possible, within the next 500 miles (805 km).

51.   Notwithstanding FCA's representations regarding this purportedly sophisticated indicator system, remarkably, FCA's oil indicator systems—either by design or malfunction—do not alert drivers of the Class Vehicles to low oil levels or oil loss, even when oil levels are critically, dangerously low. Indeed, Plaintiff

and thousands of Class Vehicle owners and lessees have reported that their instrument clusters or odometer indicated a healthy oil life at the time their vehicles stalled.

52.     FCA also represents that the Class Vehicles are equipped with a separate Oil Pressure Warning Light designed to illuminate when "low engine oil pressure" is detected. According to FCA, a "Red Telltale Light" will illuminate and a chime will sound to alert the driver to "stop the vehicle and shut off the engine as soon as possible." FCA further instructs owners not to operate the vehicle until the cause is corrected. This system also fails to alert drivers of the Class Vehicles in advance of the vehicle spontaneously shutting off as a result of low levels. This messaging appeared in the Owner's Manual of Plaintiff's vehicle as follows:

Oil Pressure Warning Light

| Red Telltale Light | What It Means |
|---|---|
| 🛢️ | **Oil Pressure Warning Light** This light indicates low engine oil pressure. If the light turns on while driving, stop the vehicle and shut off the engine as soon as possible. A chime will sound when this light turns on. Do not operate the vehicle until the cause is corrected. This light does not indicate how much oil is in the engine. The engine oil level must be checked under the hood. |

53.     The Oil Indicator Defect is an inherent and latent defect and is substantially certain to result in malfunction during the Class Vehicles' useful life.

54.     Plaintiff and the Class members reasonably relied on FCA's representations in the Owner's manuals regarding the oil indicator system and its

ability to give notice of the need for an oil change. Those representations, which were material to their purchases, are false and have unreasonably placed Plaintiff and the Class members at an increased risk of injury or death.

**D.    FCA's Knowledge of the Dangerous Defects**

55.    FCA has been long aware of thousands of complaints and reports of the 2.4L Tigershark Engine experiencing vehicle shutdown and excessive oil consumption. Despite this, FCA has addressed the circumstances with only a series of half-measures.

56.    Upon information and belief, FCA has acquired such knowledge through (1) its own records of customers' complaints, (2) dealership repair records, (3) records from the National Highway Traffic Safety Administration ("NHTSA"), (4) warranty and post-warranty claims, and (5) pre-sale durability testing and part sales. Through these sources, FCA have known about the Oil Consumption Defect and the Oil Indicator System Defect, since in or before at least 2015.

57.    FCA routinely monitors the internet for complaints similar in substance to those quoted below. Its customer relations department routinely monitors the internet for customer complaints, and it retains the services of third parties to do the same. FCA's customer relations division regularly receives and responds to customer calls concerning, inter alia, product defects. FCA's customer relations department also collects and analyzes field data including, but not limited

to, repair requests made at dealerships and service centers, technical reports prepared by engineers that have reviewed vehicles for which warranty coverage is requested, parts sales reports, and warranty claims data.

58. FCA knew about the Oil Consumption Defect because its customer relations department, which interacts with FCA-authorized service technicians in order to identify potentially widespread vehicle problems and assist in diagnosing vehicle issues, has received numerous reports that the Oil Consumption Defect can cause mechanical breakdown and stall a moving vehicle without any warnings from the oil indicator system.

### 1. FCA Implicitly Acknowledged Reports of Abnormal Oil Consumption in 2015

59. Technical Service Bulletins ("TSBs") document recommended procedures for repairing vehicles, issued by a vehicle manufacturer when there are several occurrences of a reported problem.

60. On July 31, 2015, two years before Plaintiff purchased her Class Vehicle, FCA issued an "Engine Oil Consumption Guideline," TSB No. 09-007-15, to dealerships, providing guidance on what was an "acceptable rate of oil consumption" for all 2013-2016 vehicles equipped with gasoline engines, stating in relevant part:

> The accepted rate of oil consumption for engines used in the vehicles listed above is 1 quart (0.946 liter) in 2,000 miles (3,200 km) for the 1st 50,000 miles (80,467 km).

- 20 -

> For vehicles with more then [*sic*] 50,000 miles the
> acceptable oil consumption for engines is 1 quart (0.946
> liter) in 750 miles (1,207 km).

(FCA Technical Service Bulletin 09-007-15, July 31, 2015, Exhibit 1.)

61.     Collectively, FCA's Engine Oil Consumption Guideline and the

hundreds of NHSTA complaints citing excessive oil consumption and engine shut

off (discussed *infra*) provide a reasonable inference that FCA was aware of the Oil

Consumption Defect as early as 2015.

### 2.     NHTSA Complaints of Excessive Oil Consumption in the Class Vehicles and Sudden Unanticipated Engine Failure

62.     An important source of field data is the NHTSA's Consumer

Complaint Database. This publicly available database contains all motor vehicle-

related consumer complaints submitted to NHTSA since January 2000.

Consumers submit what is called a "Vehicle Owner Questionnaire" in which they

asked to provide information that includes, the make, model, and model year of the

vehicle, the approximate incident date, the mileage at which the incident occurred,

whether the incident involved a crash or a fire, whether any persons were injured

or killed in the incident, the speed of the vehicle at the time of the incident, and a

description of the incident along with a description of the vehicle components they

believe were involved in the incident. The majority of consumers input this

information directly into the database through their computer. They can also

submit complaints by telephone through the Auto Safety Hotline, through

submitting a paper Vehicle Owner Questionnaire form, and by mailing consumer letters to NHTSA. This information is then entered into NHTSA's ARTEMIS database where it can be searched and reviewed by the general public and vehicle manufacturers alike, by make, model, model year, and component. NHTSA promotes this database as a valuable consumer information tool.

63.     FCA's knowledge can be inferred because several NHTSA complaints reference that the manufacturer, FCA, has been notified of consumers' concerns regarding the excessive oil consumption and stalling in the Class Vehicles.

64.     There have been a staggering number of complaints submitted to the NHTSA—203 individual unique complaints to be precise—citing sudden engine shutoff, deceleration, and sputtering as a result of excessive oil consumption in the Class Vehicles. Moreover, a significant number of these complaints indicate that the Oil Change Indicator System and low oil pressure warning lamp failed to alert drivers of dangerously low oil levels in the Class Vehicles.

65.     Of this number, 46 were related to Jeep Compass vehicles equipped with the 2.4L Tigershark Engine, and 82 were related to Jeep Cherokee vehicles equipped with the 2.4L Tigershark Engine.

66.    The following are the consumer complaints submitted to NHTSA regarding the Oil Consumption Defect in the Class Vehicles: [1]

**November 10, 2016 NHTSA ID NUMBER: 10925430**
**Components: ENGINE**
**NHTSA ID Number:** 10925430

**Incident Date** November 9, 2016

**Consumer Location** MILLER PLACE, NY

**Vehicle Identification Number** 1C4PJMCB3EW****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

WHEN SLOWING FOR A STOP SIGN THE CAR STALLED ONCE 5 DAYS AGO BUT RESTARTED AFTER SHUTTING DOWN AND IT WAS FINE. THEN YESTERDAY MORNING IT STALLED 3X BEFORE LEAVING MY DEVELOPMENT. I DROVE TO HAVE THE BATTERY CHECKED LOCALLY AND IT WAS OK. I DROVE TO THE DEALERSHIP WHO TOLD ME THE PROBLEM WAS BECAUSE THE OIL WAS LOW, THAT THESE CARS BURN A QUART OF SYNTHETIC OIL EVERY 2000 MILES AND "WHEN THE OIL RUNS LOW THEY SHUT OFF TO PROTECT THE CAR." WHAT?? AND HOW DANGEROUS. I QUESTIONED A RECALL RECENTLY RECEIVED ABOUT JEEPS STALLING WHILE DRIVING AND WAS TOLD IT WASN'T RELATED.

I'M REALLY JUST IN AWE AND DISBELIEF THAT THIS COULD BE A FEATURE THAT THE MANUFACTURER PLANNED FOR!

**1 Affected Product**
**Vehicle**

---

[1] The following complaints are reproduced as they appear on the NHTSA website. Any typographical errors are attributable to the original author of the complaint. Emphasis added to original text is denoted by bold and underlining.

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## December 30, 2016 NHTSA ID NUMBER: 10938766
## Components: ENGINE

**NHTSA ID Number:** 10938766

**Incident Date** December 16, 2016

**Consumer Location** O'FALLON, MO

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY 2014 JEEP CHEROKEE HAS RANDOMLY BEEN POPPING UP A MUST BE IN PARK TO SHIFT MESSAGE FOLLOWED BY THE BATTERY SIGN AND THEN JUST STALLING OUT. THE DEALERSHIP IS ATTRIBUTING THIS TO LOW OIL LEVEL. MY CAR NEVER GIVES ANY KIND OF MESSAGE THAT STATES THE OIL LEVEL IS LOW AND IS NOT SHOWING THAT THE VEHICLE YET NEEDS AN OIL CHANGE. DEALERSHIP STATES ITS BECAUSE OF INTERMITTENT OIL PRESSURE. THE CAR STALLS OUT TO PROTECT THE ENGINE FROM OVER HEATING. I THINK THIS IS A VERY UNSAFE FEATURE FOR MY CALL TO STALL OUT WITH OUT ANY WARNING IN THE MIDDLE OF A BUSY MAIN CITY STREET. THIS HAPPENED FOUR TIMES IN FIVE DAYS BEFORE I FINALLY DEMANDED THE DEALERSHIP PROVIDE ME A LOANER CAR BECAUSE THEIR NEXT AVAILABLE APPOINTMENT WAS 3 WEEKS OUT.

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## June 25, 2017 NHTSA ID NUMBER: 11001288
## Components: SERVICE BRAKES, ENGINE, POWER TRAIN
**NHTSA ID Number:** 11001288

**Incident Date** June 14, 2017 **Consumer Location** EATON, OH

**Vehicle Identification Number** 1C4PJMCB4EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY 2014 JEEP CHEROKEE LATITUDE AT 41000 MILES HAD A BRAKE FAILURE. NOW AT 51000 MILES THE ENGINE HAS BEEN STALLING WHILE IN MOTION AND SHIFTING INTO NEUTRAL. THE DEALERSHIP TOLD ME AFTER THE 2ND TIME IN FOR THIS PROBLEM THAT THE VEHICLE WAS 3.5 QUARTS LOW ON OIL AND THE ENGINE HAD SHUT OFF TO "PROTECT ITSELF" . THE CAR HAS BEEN PARKED FOR IN MY GARAGE FOR 3 DAYS, AFTER DRIVING IT FOR ABOUT 3 MILES THE CHECK ENGINE LIGHT CAME ON, UPON CHECKING IT IS AGAIN LOW ON OIL. I HAVE HAD THE CAR SERVICED AS RECOMMENDED AND DON'T UNDERSTAND THIS SUDDEN OIL USE, THERE ARE NO SIGNS OF LEAKAGE OR SMOKING, AND THE WARNING SYSTEM IS NOT INDICATING LOW OIL PRESSURE. IT IS GOING BACK TO THE DEALERSHIP MONDAY MORNING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## June 16, 2017 NHTSA ID NUMBER: 10995627
## Components: ENGINE
**NHTSA ID Number:** 10995627

**Incident Date** June 10, 2017

**Consumer Location** BATAVIA, OH

**Vehicle Identification Number** 1C4PJLAB9EW****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

I PLACE 2 COMPLAINTS FOR THE SAME VEHICLE - ON LAST 3 YEARS,

LAST COMPLAINT IS FROM YESTERDAY 06-15-2017 ON ENGINE SECTION, THE PREVIOUS COMPLAINT WAS FROM 2016 ELECTRIC SYSTEM SECTION.

DEFECTIVE ENGINE OIL HYPER-CONSUMPTION AND OIL SENSOR MALFUNCTION CAUSE ELECTRIC SYSTEM COLLAPSE, CAR STOP ON HIGHWAYS, CAUSE LIFE THREATENING SITUATIONS.

AFTER READ HUNDREDS OF THE SAME COMPLAINTS HERE,

I DECIDE CONTACT JEEP HEADQUARTERS AND REQUEST VALID DOCUMENTATION ABOUT CAR OIL CONSUMPTION.

ON JEEP MANUAL IS 10 000 MILES, OR 16 000 KILOMETERS !

FOR ALL WHO ARE SURPRISE WITH DEALERSHIPS INFORMATION'S ABOUT ENGINE OIL CONSUMPTION , WHEN THEY START OIL TEST -

HERE IS VALID INFORMATION, WHICH YOU CAN USE ON CONTACT WITH DEALERSHIPS.

PLEASE FIND ONLINE JEEP DOCUMENT TSB 09-007-15 PDF FORM

HERE IS IMPORTANT PART OF DOCUMENT:

THE ACCEPTED RATE OF OIL CONSUMPTION FOR ENGINES USED IN THE VEHICLES LISTED ABOVE IS 1 QUART (0.946 LITER) IN 2,000 MILES (3,200 KM) FOR THE 1ST 50,000 MILES (80,467 KM). FOR VEHICLES WITH MORE THEN 50,000 MILES (80,467 KM) THE ACCEPTABLE OIL CONSUMPTION FOR ENGINES IS 1 QUART (0.946 LITER) IN 750 MILES (1,207 KM).

ON CONTEXT WITH THIS INFORMATION LOOK ON US GOVERNMENT " EMISSIONS STANDARDS FOR LIGHT DUTY VEHICLES.HTTPS://WWW.EPA.GOV/EMISSION-STANDARDS-REFERENCE-GUIDE/EPA-EMISSION-STANDARDS-LIGHT-DUTY-VEHICLES-AND-TRUCKS

JEEP CHEROKEE 2014 ENGINE OIL CONSUMPTION MUST BE ON BALANCE

WITH US GOV. RECOMMENDED VEHICLE EMISSIONS.

ON CASE THEN OIL IS NOT LEAKING FROM ENGINE,

OIL IS OVERSPEND BY DEFECTIVE ENGINE CONSTRUCTION - HARDWARE, OR SOFTWARE.

DEFECTIVE ENGINES WITH HIGH EMISSIONS MUST BE RECALL - SEE CASE "VOLKSWAGEN".

AFTER WITNESS 8 TIMES SITUATION, WHICH IS DESCRIBE BY HUNDREDS OF PEOPLE HERE, I KNOW, THEN WITHOUT VALID INFORMATION'S AND DOCUMENTS, WE ARE NOT ABLE MAKE ADVOCACY FOR OUR RIGHTS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

---

June 15, 2017 **NHTSA ID NUMBER: 10995324**
**Components: ENGINE**
**NHTSA ID Number:** 10995324

**Incident Date** June 10, 2017

**Consumer Location** BATAVIA, OH

**Vehicle Identification Number** 1C4PJLAB9EW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ENGINE OIL CONSUMPTION AND OIL SENSOR ON JEEP CHEROKEE 2014 - SPORT ENGINE CAUSED ON LAST 3 YEARS SEVERAL LIFE THREATENING SITUATIONS NOT JUST FOR ME,BUT ALSO FOR CARS DRIVING AROUND ME ON HIGHWAYS. EACH TIME I CALL DEALERSHIP, DEALERSHIP MAKE TECHNICAL CONTROL.

FOR 2 YEARS DEALERSHIP WAS NOT ABLE FIND SOLUTION FOR PROBLEM, RECOMMENDED MAKE OIL EXCHANGE MORE FREQUENTLY THE 5000 MILES FOR PREVENT PROBLEMS !

LAST YEAR 2016 WAS ON JEEP RECALL FINALLY CHANGE OIL SENSOR, BUT THAT DOESN'T HELP.

MY LAST LIFE THREATENING SITUATION IS FROM SATURDAY LAST WEEK 06-10-2017.

JEEP STOP ON HIGHWAY, COMPLETELY PARALYZED FOR 3-4 MINUTES, JUST RED BATTERY BLINKING.

I WAS LUCKY, MANEUVER WITH CAR AND PREVENT SEVERAL COLLISIONS WITH CARS DRIVING AROUND ME FORM HIGHWAY MIDDLE LINE BEHIND VERY DANGER CURVE !

AFTER 3-4 MINUTES I WAS ABLE RESTART ENGINE AND DRIVE TO QUICK OIL, BECAUSE FROM PREVIOUS YEARS EXPERIENCES I KNOW, THEN THIS PROBLEM IS CONNECTING WITH OIL SENSOR.

ON CAR DISPLAY WAS OIL "GOOD"

ON QUICK OIL SERVICE, SERVICEMAN FIND THEN THERE IS ANY ANY OIL ON ENGINE

HE SHOW ME SCALE ON WHICH WAS RESIDUAL OIL WHICH LOOK LIKE ASPHALT.

BY QUICK OIL TICKET I NEED OIL EXCHANGE ON NEXT 1600 MILES - BY RECOMMENDATION FOR DEALERSHIP I CHANGE OIL EACH 5000 MILES, SO ACCIDENT IS HAPPENED AFTER DRIVING JUST 3400 MILES. ANY OIL LEAKAGE FROM ENGINE WAS FIND, PROBLEM IS CAUSED BY DEFECTIVE ENGINE OIL CONSUMPTION.

MANAGER FROM QUICK OIL IMMEDIATELY CALL JEEP DEALERSHIP, DESCRIBE PROBLEM ON PHONE, SEND WITH ME WRITING DESCRIPTION OF PROBLEM AND DATA TO MY JEEP DEALERSHIP.

THE SAME DAY FROM QUICK OIL SERVICE,

WHERE THEY PUT TO JEEP ENGINE OIL FOR FREE - I DRIVING TO MY JEEP NORTHGATE DEALERSHIP AND START ENGINE OIL CONSUMPTION TEST - I HAVE RETURN EACH 1000 MILES TO DEALERSHIP FOR OIL CONSUMPTION MONITORING.

SITUATION IS VERY DANGER, NEED FIND SOLUTION ASAP !

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

---

### May 30, 2017 NHTSA ID NUMBER: 10992277
### Components: ENGINE

**NHTSA ID Number:** 10992277

**Incident Date** April 14, 2017

**Consumer Location** AUBREY, TX

**Vehicle Identification Number** 1C4PJLAB8EW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

EXCESSIVE OIL CONSUMPTION. USING 3 1/2 QUARTS OF OIL IN THE OIL CHANGE MILEAGE OF 3000-3400 MILES. ONCE ENGINE OIL LEVEL REACHES 2 QUARTS OF ENIGINE OIL, ENGINE WILL AUTOMATICALLY STOP WITH NO LOW ENGINE OIL LIGHT OR WARNING. IT WILL STOP ON HIGHWAY , STREET, DRIVEWAY, NO MATTER WHERE YOU ARE. WHICH TO ME IS A SAFETY ISSUE. SUPPOSEDLY IT IS DESIGNED TO DO THAT SO THE ENGINE WILL NOT BURN UP. JEEP SAID THEY RECOGNIZE 1 QT OF OIL CONSUMPTION FOR EVERY 1000 MILES FOR A VEHICLE OVER 50,000 MILES WHICH TO ME IS EXCESSIVE ESPECIALLY WITH TODAY'S INDUSTRY STANDARD.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2014 |

May 6, 2017 **NHTSA ID NUMBER: 10983793**
## Components: ENGINE
**NHTSA ID Number:** 10983793

**Incident Date** May 3, 2017

**Consumer Location** AVONDALE, AZ

**Vehicle Identification Number** 1C4PJMBB1EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

AS WITH MANY OTHER VEHICLES MY VEHICLE IS SITTING OF ON ITS OWN.
SAYING THAT CAR NEEDS TO BE IN PARK. DEALERSHIP SAYS IT IS A SAFETY
FEATURE TO SHUT ENGINE OFF IN THE MIDDLE OF THE FREEWAY. THE
FEATURE IS DESIGNED TO DO THIS WHEN IT IS LOW ON OIL. NO WASTING
LIGHT OF LOW OIL JUST IMMEDIATELY SHUTS OFF. VERY DANGEROUS WHEN
YOU ARE DRIVING DOWN I 10 IN DOWNTOWN PHOENIX. SOMETHING NEEDS TO
BE DONE MANY PEOPLE ARE HAVING THIS ISSUE AND NOTHING IS BEING
DONE ABOUT IT. THIS IS WHY WE PAY TAXES TO HAVE DEPARTMENTS
WATCHING OVER THIS KIND OF STUFF PROTECTING THE CONSUMER. THIS
ISSUE IS REPEATING IT HAS HAPPENED A COUPLE OF TIMES AND WILL
CONTINUE UNTIL ENGINE IS REPLACED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## April 26, 2017 NHTSA ID NUMBER: 10980871
## Components: ENGINE

**NHTSA ID Number:** 10980871

**Incident Date** April 25, 2017

**Consumer Location** HUNTINGTON BEACH, CA

**Vehicle Identification Number** 1C4PJLABXEW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

VEHICLE SHUTS OFF WHILE IN MOTION. REPLACED WITH NEW MOTOR AND REPROGRAMMED PCM AND TCM 3 MTHS EARLIER BECAUSE OF SAME PROBLEM. CAR STALLING WHEN DRIVING. IN SERVICE AGAIN FOR A 2ND MOTOR. OIL WAS 0% EMPTY WHEN BROUGHT FOR SERVICE. OIL INDICATOR STATES GOOD AT 46% ON INSTRUMENT PANEL. 2ND TIME FOR ENGINE REPLACEMENT. FIRST REPLACEMENT AT 27 K MILES. NOW IN FOR 2ND ENGINE REPLACED CEMENT AT 31K MILES. TRAVELLING ON BUSY STREET AT 37 MPH WHEN CAR SHUT OFF HAD GRANDCHILD IN VEHICLE AND TRIED PULLING OFF TO SIDE STREET ALMOST TBONED BY ANOTHER VEHICLE. THIS VEHICLE HAS SHUT DOWN 6 TIMES IN THE PAST WEEK WHILE DRIVING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## March 12, 2017 NHTSA ID NUMBER: 10960174
## Components: ENGINE

**NHTSA ID Number:** 10960174

**Incident Date** October 1, 2016

**Consumer Location** TILTON, NH

**Vehicle Identification Number** 1C4PJMDB8EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY JEEP STALLS WITHOUT WARNING WHILE IN MOTION. CHRYSLER WAS NOTIFIED AS WELL AS MY DEALER. THEY BOTH INDICATE THAT I NEED TO ADD OIL BETWEEN 750 TO 2000 MILES TO PREVENT A STALL. THE STALL IS A "SAFETY" FEATURE THAT PREVENTS THE MOTOR FROM SEIZING ACCORDING TO CHRYSLER. OIL CONSUMPTION TESTS WERE COMPLETED AT 500 MILES WITH NO NEGATIVE DATA. THERE IS NO WARNING WHEN THE VEHICLE STALLS TO INCLUDE AN OIL PRESSURE WARNING. EVERY 750 MILES SEEMS EXCESSIVE AND I WOULD LIKE TO THINK THAT IF THE VEHICLE IS OPERATING AT LOW OIL PRESSURE, THAT A WARNING LIGHT WOULD INDICATE THAT YOU ARE ABOUT TO STALL. CHRYSLER HAS CLOSED MY COMPLAINT WITH NO FURTHER ACTION AND INDICATED IT WAS THE OWNER'S RESPONSIBILITY TO MONITOR EVERY 750 MILES. EACH STALL WAS WHILE IN MOTION AND ON A BUSY ROAD. THE DATE PROVIDED IS APPROXIMATE. STALLS HAVE HAPPENED MULTIPLE TIMES AND WE REPLENISH SYNTHETIC OIL WITH SIGNIFICANT REGULARITY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2014 |

## March 5, 2017 NHTSA ID NUMBER: 10958649
## Components: ENGINE
**NHTSA ID Number:** 10958649

**Incident Date** January 6, 2017

**Consumer Location** GLENDALE HEIGHTS, IL

**Vehicle Identification Number** 1C4PJMCB7EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WHILE DRIVING ON A CITY STREET AT ABOUT 40 MPH, THE VEHICLE SHUT
DOWN AND I COULD NOT ACCELERATE OR STEER. I RECEIVED THE MESSAGE
ON THE MESSAGE CENTER THAT SAID "CAR MUST BE IN PARK IN ORDER TO
SHIFT." THE VEHICLE STARTED AGAIN AFTER ABOUT 30 MINUTES AND
NUMEROUS ATTEMPTS. THE FOLLOWING DAY, I TOOK THE CAR TO THE
DEALER. I ENDED UP BEING TOLD THAT THEY FOUND NO OIL IN THE MOTOR,
THEY DID AN OIL CHANGE AND I SHOULD BEGIN AN OIL CONSUMPTION TEST. I
SHOULD NOTE, I HAD GONE ALMOST 6,000 MILES SINCE MY LAST OIL CHANGE
WHEN THIS OCCURRED AND RECEIVED THE "OIL CHANGE REQUIRED"
MESSAGE ON THE MESSAGE CENTER FOR THE FIRST TIME THAT VERY
MORNING. THE DEALER TOLD ME THIS IS A KNOWN PROBLEM WITH THIS
MODEL YEAR AND ENGINE. I ASKED WHY I DIDN'T GET SOME TYPE OF
WARNING LIGHT. WAS TOLD THAT THIS MODEL DOES NOT HAVE A LOW OIL
INDICATOR LIGHT. I SAID OK, BUT IT DOES HAVE AN OIL PRESSURE LIGHT AND
A CHECK ENGINE LIGHT, WHY WOULDN'T ONE OF THOSE COME ON? THEY HAD
NO ANSWER. I STARTED MONITORING THE OIL MYSELF EVERY 250 MILES.
AFTER I DROVE 1000 MILES, THE OIL WAS AT THE SAME FULL LEVEL AS IT WAS
WHEN THE OIL CHANGE OCCURRED. I WENT BACK TO THE DEALER AND THEY
CAME TO THE SAME CONCLUSION. I WAS TOLD TO COME BACK AGAIN IN 1000
MILES. I WAS MONITORING THE SITUATION FOR THE NEXT 1000 MILES AND, AS
OF THE THE DAY BEFORE I TOOK THE CAR IN, THE OIL LEVEL DROPPED
ABOUT HALF WAY DOWN THE "FULL ZONE". THE DEALER TOLD ME THE OIL
WAS EXACTLY THE SAME AS BEFORE AND THERE IS NOTHING WRONG WITH
THE CAR! I AM FORTUNATE THE CAR STALLED WHILE I WAS DRIVING AT A
RELATIVELY LOW RATE OF SPEED. AFTER RESEARCHING, THIS IS A COMMON
PROBLEM IN THIS YEAR'S MODEL THAT JEEP IS AWARE OF AND IT SOUNDS
LIKE THE ONLY SOLUTION TO THE PROBLEM IS TO REPLACE THE ENGINE. I
WAS TOLD THE SAME BY THE DEALER INITIALLY, BUT NOW I AM BEING TOLD
THERE IS NOTHING WRONG WITH THE CAR.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

---

## February 19, 2017 NHTSA ID NUMBER: 10955466
## Components: ENGINE, POWER TRAIN

**NHTSA ID Number:** 10955466

**Incident Date** February 18, 2017

**Consumer Location** GLEN BURNIE, MD

**Vehicle Identification Number** 1C4PJMAB7EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

JUST BOUGHT WITH 40K MILES ONE MONTH AGO (1/21/2017). 1 WEEK AFTER BUYING, WHILE DRIVING THROUGH THE MIDDLE A BUSY CITY INTERSECTION, THE ENGINE SHUTTERED AND SHUT ITSELF OFF. I WAS RIGHT IN MIDDLE OF INTERSECTION. THE DISPLAY INDICATED THAT I HAD TO PUT THE CAR IN NEUTRAL TO RESTART. I DID, BUT IT RESTARTED AND PRESSING GAS DIDN'T EVEN REV THE ENGINE. I WAITED ABOUT 30 SECONDS AND RESTARTED. IT WORKED AND I DROVE AWAY. FOUND OUT ABOUT SAFETY RECALL THAT DAY AND HAD JEEP DEALER DO THE RECALL THE NEXT DAY..THEN, 2 WEEKS LATER, I WAS IN PARK AT THE VET WITH THE ENGINE ON, THE ENGINE STUTTERED AND DID THE EXACT SAME THING. I RESTARTED IT AND AGAIN, PRESSING THE GAS...EVEN FLOORING IT...DID NOT EVEN REV THE ENGINE AT ALL. I WAITED ABOUT 30 SECONDS, RESTARTED, AND DROVE OFF FINE. I GOT AN OIL CHANGE WITH FULL SYNTH (0W 20) OIL THE NEXT DAY, BECAUSE OF SOME REPORTS THAT THE OIL COULD BE PART OF THE PROBLEM. THEN ONLY A WEEK LATER (YESTERDAY, 2/18/17), I WAS ON A TRIP TO WEST VIRGINIA WITH MY WIFE (140 MILES FROM HOME), AND WAS DRIVING AWAY FROM A STOP LIGHT (TURNING RIGHT) AND IT DID THE EXACT SAME THING. THE

ENGINE JUST SHUTTERED AND SHUT ITSELF OFF WHILE DRIVING. I WAS LUCKY TO DRIFT CLOSE TO THE SIDE OF THE ROAD, BUT I DIDN'T EVEN GET FULLY OFF THE ROAD, RESTARTED, AND NO AMOUNT OF PRESSING THE GAS WOULD EVEN REV THE ENGINE. I TURNED IT OFF, WAITED 30 SECONDS, AND RESTARTED. IT WORKS, THOUGH IT DOESN'T SEEM SMOOTH ANY MORE, BUT NOW THE CHECK ENGINE LIGHT IS ON. I'VE HAD MANY VEHICLES, BUT HAVE NEVER HAD A PROBLEM LIKE THIS. I WILL BE GOING BACK TO JEEP TO HAVE THEM LOOK AT IT, BUT I DON'T WANT TO KEEP PAYING FOR VISITS WHERE THEY CAN'T FIND ANYTHING (LIKE A LOT OF FOLKS WITH THIS PARTICULAR MODEL ON THE BOARDS). I LOVE THIS VEHICLE, BUT I'M ACTUALLY AFRAID TO DRIVE IT. ...UPDATED 05/11/17 *BF

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

**February 4, 2017** NHTSA ID NUMBER: 10949601
## Components: ENGINE
**NHTSA ID Number:** 10949601

**Incident Date** February 1, 2017

**Consumer Location** MILWAUKEE, WI

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WHILE DRIVING AND TURNING AROUND THE CORNER, VEHICLE LOST POWER BUT I WAS ABLE TO DRIVE TO THE SIDE OF THE ROAD. IT ALSO DID THIS THE FOLLOWING DAY.

AFTER A INTERNET SEARCH, I FOUND OUT THAT THE VEHICLE WILL LOSE

POWER SUCH AS THIS IF THE OIL IS LOW. AFTER CHECKING THE OIL DIP STICK, IT WAS LOW BY 2 QUARTS. NO OIL INDICATOR DISPLAYED IN THE VEHICLE. AFTER ADDING THE OIL, THE STALLS WENT AWAY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2014 |

December 30, 2016 **NHTSA ID NUMBER: 10938766**
**Components: ENGINE**
**NHTSA ID Number:** 10938766

**Incident Date** December 16, 2016

**Consumer Location** O'FALLON, MO

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY 2014 JEEP CHEROKEE HAS RANDOMLY BEEN POPPING UP A MUST BE IN PARK TO SHIFT MESSAGE FOLLOWED BY THE BATTERY SIGN AND THEN JUST STALLING OUT. THE DEALERSHIP IS ATTRIBUTING THIS TO LOW OIL LEVEL. MY CAR NEVER GIVES ANY KIND OF MESSAGE THAT STATES THE OIL LEVEL IS LOW AND IS NOT SHOWING THAT THE VEHICLE YET NEEDS AN OIL CHANGE. DEALERSHIP STATES ITS BECAUSE OF INTERMITTENT OIL PRESSURE. THE CAR STALLS OUT TO PROTECT THE ENGINE FROM OVER HEATING. I THINK THIS IS A VERY UNSAFE FEATURE FOR MY CALL TO STALL OUT WITH OUT ANY WARNING IN THE MIDDLE OF A BUSY MAIN CITY STREET. THIS HAPPENED FOUR TIMES IN FIVE DAYS BEFORE I FINALLY DEMANDED THE DEALERSHIP PROVIDE ME A LOANER CAR BECAUSE THEIR NEXT AVAILABLE APPOINTMENT WAS 3 WEEKS OUT.

**1 Affected Product**

## Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2014 |

### December 9, 2016 NHTSA ID NUMBER: 10934287
### Components: ELECTRICAL SYSTEM, POWER TRAIN, ENGINE

**NHTSA ID Number:** 10934287

**Incident Date** December 9, 2016

**Consumer Location** PORT CHARLOTTE, FL

**Vehicle Identification Number** 1C4PJLCB4EW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHEN DRIVING, THE VEHICLE SHUTS DOWN AND MESSAGE ON DASH SAYS "CAR MUST BE IN PARK IN ORDER TO SHIFT." VEHICLE WILL NOT RESTART. THIS PROBLEM HAS HAPPENED MULTIPLE TIMES WHILE VEHICLE IS IN MOTION. WE HAVE HAD IT TAKEN INTO THE DEALERSHIP WITH NO RESOLVE. AFTER RESEARCHING, THIS IS A COMMON PROBLEM IN THIS YEAR'S MODEL THAT JEEP IS AWARE OF. HOWEVER, THE COMMON RESOLUTION IS DEALERSHIP STILL CLAIMING AN OIL CHANGE IS NEEDED. MOST RECENTLY OUR JEEP WAS 500 MILES UNDER THE DEALERSHIP'S RECOMMENDED OIL CHANGE. I FEAR FOR MY FAMILY'S LIFE IF THIS STALL HAPPENS WHEN CROSSING BUSY HIGHWAYS IN TOWN. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

November 10, 2016 **NHTSA ID NUMBER: 10925430**
## Components: ENGINE
**NHTSA ID Number:** 10925430

**Incident Date** November 9, 2016

**Consumer Location** MILLER PLACE, NY

**Vehicle Identification Number** 1C4PJMCB3EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WHEN SLOWING FOR A STOP SIGN THE CAR STALLED ONCE 5 DAYS AGO BUT RESTARTED AFTER SHUTTING DOWN AND IT WAS FINE. THEN YESTERDAY MORNING IT STALLED 3X BEFORE LEAVING MY DEVELOPMENT. I DROVE TO HAVE THE BATTERY CHECKED LOCALLY AND IT WAS OK. I DROVE TO THE DEALERSHIP WHO TOLD ME THE PROBLEM WAS BECAUSE THE OIL WAS LOW, THAT THESE CARS BURN A QUART OF SYNTHETIC OIL EVERY 2000 MILES AND "WHEN THE OIL RUNS LOW THEY SHUT OFF TO PROTECT THE CAR." WHAT?? AND HOW DANGEROUS. I QUESTIONED A RECALL RECENTLY RECEIVED ABOUT JEEPS STALLING WHILE DRIVING AND WAS TOLD IT WASN'T RELATED.

I'M REALLY JUST IN AWE AND DISBELIEF THAT THIS COULD BE A FEATURE THAT THE MANUFACTURER PLANNED FOR!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

---

September 7, 2016 NHTSA ID NUMBER: 10904504

## Components: ENGINE

**NHTSA ID Number:** 10904504

**Incident Date** July 4, 2016

**Consumer Location** SANTA BARBARA, CA

**Vehicle Identification Number** IC4PJMCB8EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY CAR STALLS RANDOMLY (APPROXIMATELY EVERY 1000 MILES) WHILE I'M DRIVING (IN MOTION). THERE IS NO WARNING. THIS LAST TIME THE CAR STOPPED WHEN I WAS TRAVELING 70 MILES PER HOUR ON HWY 5 - JUST DIED RIGHT IN THE LANE!! IT HAS ALSO STALLED AT BUSY INTERSECTIONS, ON ONRAMPS, HUGE HILLS ETC. I FINALLY - AFTER 10 VISITS TO THE JEEP REPAIR SHOP - UNDERSTAND FROM THE DEALERSHIP THAT THE CAR NEEDS A NEW ENGINE TO FIX THE PROBLEM. BUT THEY SAY THIS IS ACCEPTABLE UNDER JEEP GUIDELINES AND WON'T PAY FOR THE NEW ENGINE... I'VE PUT OVER 20 QUARTS OF EXPENSIVE SYNTHETIC OIL IN MY CAR OVER THE PAST YEAR AND NEVER KNOW IF THE CAR WILL BE SAFE TO DRIVE. THIS IS THE WORST CAR I'VE EVER HAD AND I'M DISGUSTED WITH JEEP.

BY THE WAY - I JUST FOUND OUT IT NEEDS A FIFTH RECALL - PART STILL IN DEVELOPMENT (AS ALWAYS). WHEN I ASKED THE WOMAN WHO TOLD ME OF THIS NEW DEVELOPMENT, SHE COULDN'T EXPLAIN WHAT THE RISK IS WHILE

WE WAIT FOR THE NEW PART. IN 2 1/2 YEARS OF OWNING THIS PIECE OF CRAP CAR, I'VE HAD FIVE RECALLS AND OVER A DOZEN STALLS... I'M SO ANGRY AND BUMMED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

August 22, 2016 **NHTSA ID NUMBER: 10897516**
**Components: ENGINE**
**NHTSA ID Number:** 10897516

**Incident Date** August 20, 2016

**Consumer Location** BINGHAMTON, NY

**Vehicle Identification Number** 1C4PJMCB6EW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHILE DRIVING ABOUT 50 MPH ON WINDING HILLY COUNTRY ROAD, THE VEHICLE SUDDENLY JERKED AND ALL THE DASHBOARD LIGHTS LIT UP. THE CAR COMPLETELY SHUT DOWN. THIS SHUTDOWN LASTED FOR ONLY 2-3 SECONDS AND THEN RESTARTED AS IF NOTHING EVER HAPPENED. IT WAS NOT NECESSARY FOR THE DRIVER TO DO ANYTHING.

THERE WAS NO NEED TO RESTART THE VEHICLE IT RESTARTED ON ITS OWN AS THE KEY REMAINED IN THE IGNITION AND WE DID NOT TOUCH IT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

**July 1, 2016** NHTSA ID NUMBER: 10881967
## Components: ENGINE

**NHTSA ID Number:** 10881967

**Incident Date** June 27, 2016

**Consumer Location** DEPTFORD, NJ

**Vehicle Identification Number** 1C4PJLCB4EW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

VEHICLE HAS STALLED TWICE AT A 30 MPH RATE OF SPEED DUE TO OIL LOW NOT EMPTY. IF VEHICLE SHOULD FALL BELOW 2 QUARTS OF OIL, VEHICLE MAY STALL AND STOP WORKING PROPERLY WHILE IN MOTION. MY VEHICLE HOLD 4-5 QUARTS OF OIL AND WAS NOT DUE FOR AN OILCHANGE AND STALLED TWICE WHILE ON RESIDENTIAL ROAD. DEALER STATED MY VEHICLE SHOULD REMIAN A FULL LEVEL OF OIL IN ORDER FOR IT TO NOT STALL!!! NO OIL LEAKS OR MECHANICAL ISSUES WERE FOUND DURING SERVICE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## January 18, 2016 NHTSA ID NUMBER: 10820799

## Components: ELECTRICAL SYSTEM, FUEL/PROPULSION SYSTEM, ENGINE

**NHTSA ID Number:** 10820799

**Incident Date** January 18, 2016

**Consumer Location** WATERFORD, CT

**Vehicle Identification Number** 1C4PJLA9EW1****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY VEHICLE HAS HAD CONTINUOUS ISSUES OF JERKING/MISSING GEARS WHEN IT SHIFTS, WHEN I TOOK TO BE CHECKED I WAS TOLD IT WAS A KNOWN PROBLEM WITH THIS VEHICLE AND THERE WAS NOTHING THAT COULD BE DONE UNTIL THE ENGINE BLOWS UP. I WAS NOT NOTIFIED OF ANY SORT OF ISSUES WHEN I BOUGHT THE VEHICLE NEW. I HAVE ALSO NOW HAD CONTINUOUS PROBLEMS WITH MY VEHICLE NOT STARTING FROM BEING STATIONARY, MULTIPLE TIMES IT HAS NOT STARTED AFTER BEING OFF FOR A PERIOD OF TIME, IE 24 HOURS, BUT ALSO NUMEROUS TIMES MY VEHICLE HAS SHUT OFF WHILE IN MOTION, I WAS DRIVING DOWN THE ROAD AND MY VEHICLE JUST SHUT OFF COMPLETELY, NO LIGHTS, NO GAS, NO RADIO ETC. I WAS LUCKILY ON THE SIDE OF A NON-BUSY ROAD AT THAT TIME ABOUT TO TURN ONTO A MAIN ROAD. I HAD BOTH MY CHILDREN IN THE VEHICLE WITH ME. I WAS UNABLE TO START MY VEHICLE FROM THIS NOW STATIONARY POSITION FOR APPROX. 15 MINUTES I SAT IDLE IN THE ROAD WITH MY CHILDREN IN THE CAR. ANOTHER TIME MY VEHICLE SHUT OFF WHILE I WAS DRIVING IN A BUSY INTERSECTION MY CAR SHUT OFF AS I WAS TURNING AND I WAS ALMOST T-BONED MY VEHICLE STARTED UP AFTER TRYING A FEW TIMES AND I WAS ABLE TO GET OUT OF THE ROAD WAY. ONCE I WAS PARKED IN A PARKING LOT TO COLLECT MYSELF, MY VEHICLE WOULD NOT START AGAIN. IT TOOK APPROX. 4 TIMES TRYING TO START IT AGAIN. I HAVE CONTACTED THE DEALERSHIP AGAIN AND WILL BE TAKING IT BACK, TO BE CHECKED. WHEN I TOOK IT TO THEM THE FIRST TIME FOR IT TO BE CHECKED AS TO WHY IT SHUT OFF AND THEY COULD ONLY COME UP WITH THAT IT WAS LOW ON OIL, THEY DID AN OIL CHANGE AND SAID NOTHING WAS WRONG WITH MY VEHICLE, WHICH CLEARLY THE OIL WASN'T THE PROBLEM BECAUSE IT HAS ONLY BEEN ABOUT 400 MILES SINCE THE OIL CHANGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

## November 17, 2015 NHTSA ID NUMBER: 10793237
## Components: ELECTRICAL SYSTEM, POWER TRAIN, ENGINE

**NHTSA ID Number:** 10793237

**Incident Date** February 12, 2015

**Consumer Location** MIAMI, FL

**Vehicle Identification Number** 1C4PJLDB8EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

2 TIMES ALREADY I HAVE HAD TO TAKE MY CAR INTO THE DEALERSHIP BECAUSE IT WOULD SHUT OFF RANDOMLY WHILE DRIVING. THIS HAS HAPPENED WHILE ON THE HIGHWAY AND ALSO WHILE ON BUSY STREETS. SO FAR I HAVE BEEN ABLE TO DRIFT TO THE SIDE OF THE ROAD, PUT THE CAR IN PARK AND THEN TURN THE CAR OFF AND BACK ON. THE CAR SPUTTERS WHEN RESTARTING AND ON MULTIPLE OCCASIONS WILL STALL AGAIN. BOTH TIMES THEY TRIED TO BLAME IT ON THE OIL CHANGE BEING OVERDUE. THE 2ND TIME I HAD TO HAVE THE CAR TOWED TO THE DEALERSHIP AND THEY STATED THERE WAS NO OIL IN THE CAR. HOW A CAR LOSES OIL IF THERE ISN'T A LEAK, I'M NOT SURE. THIS IS NOW THE THIRD TIME IT IS HAPPENING AND BASED ON THE CAR'S COMPUTER I STILL HAVE 30% TO GO BEFORE NEEDING AN OIL CHANGE AND THE CAR IS SHUTTING OFF ON ME AGAIN RANDOMLY. I WAS AT THE DEALERSHIP FOR THE 2ND TIME LESS THAN 3 MONTHS AGO. I DRIVE IN MIAMI AND HAVE BEEN LUCKY THAT MY SON WAS NOT IN THE CAR WITH ME.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

June 15, 2015 **NHTSA ID NUMBER: 10725408**
## Components: ENGINE
**NHTSA ID Number:** 10725408

**Incident Date** December 19, 2014

**Consumer Location** SPENCER, MA

**Vehicle Identification Number** 1C4PJMDB4EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ON 12/19/14 WHILE DRIVING, MY VEH STALLED WITHOUT WARNING. THERE WAS NO WARNING LIGHTS ILLUMINATED BEFORE, DURING/AFTER ITS FAILURE. I HAD TO HAVE THE CAR TOWED. AFTER INSPECTION, I WAS TOLD THAT THE ENGINE OF MY NEW JEEP WAS BURNING OIL. THE JEEP RECENTLY HAD BEEN IN FOR AN OIL CHANGE & RTD WITH THE MULTI POINT INSPECTION PAPERWORK INDICATING EVERYTHING WAS OK. HERB CHAMBERS, ALTHOUGH DIAGNOSISING THE JEEP TO BE "BURNING OIL" INSISTED, AT THE DIRECTION OF CHRYSLER PROTOCOL, THAT I DRIVE IT 5,000 MILES AND RETURN IT FOR FURTHER INSPECT. ONLY AFTER MY HUSBAND GOT INVOLVED DID THEY KEEP THE CAR, DRIVE IT, AND EVENTUALLY INSTALL A NEW ENGINE. ON 5/6/2015 THE JEEP LOST POWER DESCENDING A HILL. THE CHECK TRANSMISSION LIGHT ILLUMINATED. THE VEHICLE WAS RETURNED HOME & DRIVEN TO HERB CHAMBER. AFTER INSPT THE JEEP NOW NEEDED A NEW TRANSMISSION. ACCORDING TO JEEP, THE TRANSMISSION HAS AN INTERNAL LEAK. AGAIN, 3 WKS EARLIER, THE CAR WAS AT THE DEALERSHIP FOR TIRE

ROTATION AND OIL CHANGE. THE MULIT POINT INSPECTION, INDICATED ALL FLUIDS, INCD THE TRANS FLUID WAS OK. WHILE THE JEEP WAS BEING FIXED, I ALSO EXPRESSED CONCERN OVER RUBBING NOISE WHEN TURNING. NEW BUSHINGS WERE PLACED INTO THE JEEP. WE HAVE SENT EMAILS & MADE PHONE CALLS TO CHRYSLER AND HAVE NOT HEARD BACK. WE ARE DRIVING A NEW VEH THAT HAS PROVEN UNSAFE AND UNRELIABLE W/O ANY REMEDY FROM THE MFGR. I WOULD LIKE OTHER JEEP OWNERS TO BE AWARE OF THE REOCCURRING PROBS WITH THIS JEEP. I BELIEVE THE RELEASE OF THE JEEP WAS DELAYED DUE TO TRANSMISSION PROBLEMS & THAT POSSIBLY IS/WAS A RECALL (OF WHICH WE WERE NEVER NOTIFIED). I ALSO BELIEVE THE AXEL/BUSHINGS IS A RECALL (AGAIN ONE WE WERE NEVER NOTIFIED OF) NOR WOULD IT HAVE BEEN REPAIRED IF WE DID NOT REQUEST IT BE CHECKED. CHRYSLER HAS NOT MADE ANY EFFORT TO REMEDY THIS SITUATION. ON ALL OCCASSIONS, WE THE CONSUMER, HAD TO REACH OUT TO THEM.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2014 |

**May 11, 2015 NHTSA ID NUMBER: 10715700**
## Components: ENGINE
**NHTSA ID Number:** 10715700

**Incident Date** February 14, 2015

**Consumer Location** SCOTTSDALE, AZ

**Vehicle Identification Number** 1C4PJLDB8EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I WAS DRIVING AND ALL OF A SUDDEN THE VEHICLE ENGINE TURNED OFF. THANK GOODNESS THERE WAS NO TRAFFIC AS I WAS ONLY BLOCKS FROM

THE JEEP DEALER. I WAITED APPROXIMATELY 30 SECONDS AND PUSHED THE START BUTTON AND LUCKILY THE VEHICLE STARTED BUT WOULD ONLY PUTT PUTT TO THE DEALER. THE DEALER HAD DIFFICULTY GETTING THE VEHICLE TO THE WORK STATION. WHEN THEY CALLED ME TO TELL ME THEY FIXED IT THEY TOLD ME THE REASON IT STOP WAS BECAUSE IT WAS 2 QUARTS LOW OF OIL AND THAT WAS THE CAUSE. THIS WAS VERY STRANGE AS I REMINDED THEM TO LOOK AT MY SERVICE RECORD AT WHICH I HAD THE OIL SERVICE RECENTLY DONE AT THEIR FACILITY. THEY DID NOT KNOW HOW TO RESPOND.

SUBSEQUENT I CONTACTED JEEP HEADQUARTERS (RESOLUTION DEPT.) AND EXPLAINED WHAT HAPPENED AND THEY ASKED ME TO TAKE THE VEHICLE TO ANOTHER JEEP DEALER FOR EVALUATION, WHICH I HAVE DONE. THE OTHER PROBLEM I HAVE HAD IS SHIFTING (THE VEHICLE JUMPS WHEN SHIFTING), THEY HAVE SEMI CORRECTED THAT BY PUTTING PARTS INTO THE TRANSMISSION, EXCEPT THE 2ND GEAR STILL JUMPS A BIT. ANOTHER PROBLEM I HAD, WAS MY WIFE AND I WERE EXITING THE VEHICLE WITH THE ENGINE TURNED "OFF" AND THE VEHICLE STARTED ON ITS OWN. I WAS TOLD BY THE 2ND DEALER THERE IS NO INDICATION WHILE SEARCHING WITH THE DIAGONISTICS AS TO WHY THE ENGINE SHUT OFF WHILE DRIVING.

I CAN LIVE WITH THE SHIFTING BUT NOT GETTING EXPLANATIONS AS TO WHY THE ENGINE DIED (AS THEY CALLED IT ON THE SERVICE SLIP, "DIED IN FLIGHT") MY WIFE IS AFRAID TO DRIVE THE VEHICLE FOR FEAR IT WILL SHUT DOWN ON THE FREEWAY OR ANY STREET FOR THAT MATTER COULD BE EXTREMELY SERIOUS. OBVIOUSLY THEY HAVE TRIED TO EVALUATE WHY OR WHAT THE PROBLEM IS OR WAS, BUT BEING GIVEN AN EXPLANATION BECAUSE IT WAS LOW ON OIL IS NOT COMFORTING OR NOT FINDING ANY CODES TO INDICATE A PROBLEM, WHEN IN FACT THEY HAD DONE AN OIL CHANGE TO THE VEHICLE IS A CONCERN?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

February 4, 2015 **NHTSA ID NUMBER: 10662826**
**Components: POWER TRAIN, ENGINE**
**NHTSA ID Number:** 10662826

**Incident Date** October 7, 2014

**Consumer Location** MONROEVILLE, PA

**Vehicle Identification Number** 1C4PJMCB1EW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

2014 JEEP CHEROKEE. CONSUMER WRITES IN REGARDS TO TRANSMISSION PROBLEMS. *SMD

THE CONSUMER STATED ON OCTOBER 7, 2014 AS SHE PULLED OUT ONTO THE HIGHWAY, THE VEHICLE STALLED. SHE MANAGED TO DRIFT TO THE SIDE OF THE ROAD. SHE LET THE VEHICLE SIT FOR A MINUTE AND THEN RE-STARTED IT. SHE BEAN TO DRIVE AND THE VEHICLE BEGAN TO BUCK AND LOST POWER. SHE PULLED OVER FOR A SECOND TIME AND LET IT SIT FOR A MINUTE, ATTEMPTED TO RE-START IT WHICH WAS SUCCESSFUL, BUT SHE COULDN'T GO OVER 25 MPH. SHE DROVE TO THE DEALER. THE DEALER KEPT THE VEHICLE FOR A WEEK. A DIAGNOSTIC TEST REVEALED A PROBLEM WITH THE TRANSMISSION. ONE MONTH LATER, AS SHE WAS PULLING OUT ONTO THE MAIN ROAD, THE VEHICLE LOST POWER AGAIN. SHE MANAGED TO GET THE VEHICLE TO THE DEALER. A DIAGNOSTICS TEST REVEALED THE VEHICLE SHUT OFF, DUE TO LOW OIL. THE CONSUMER CLAIMED THE VEHICLE WASN'T SCHEDULED FOR AN OIL CHANGED FOR ANOTHER 1,000 MILES. THE DEALER ADVISED THE CONSUMER TO BRING THE VEHICLE BACK WITHIN 3,000 TO SEE IF THE VEHICLE WAS BURNING OIL. *JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

October 4, 2014 NHTSA ID NUMBER: 10641463

## Components: FUEL/PROPULSION SYSTEM, ENGINE, POWER TRAIN

**NHTSA ID Number:** 10641463

**Incident Date** August 28, 2014

**Consumer Location** WESTFIELD, NJ

**Vehicle Identification Number** 1C4PJMCB5EW****

**Summary of Complaint**

**CRASH**No

**FIRE**Yes

**INJURIES**0

**DEATHS**0

CAR STALLED 6X WITH MY 4 AND 5 YEAR OLDS IN THE VEHICLE. SMOKE BILLOWS OUT OF BACK OF CAR. IGNITION COIL, SPARK PLUGS, FILTER AND OIL REPLACED. 9/2/14 CAR SHIFTING INCORRECTLY. COMPUTER SYSTEM RESET DUE TO TRANSMISSION ISSUES. CUSTOMER TOLD TO BRING BACK AFTER DRIVES 500 MILES FOR OIL CONSUMPTION TEST. 9/29/14 OIL CONSUMPTION TEST FAILED. PVC INTAKE VALVE REPLACED. DEALER TO DRIVE CAR 250 MILES AND TEST OIL CONSUMPTION AGAIN. AS OF 10/3, NO RESOLUTION.

CUSTOMER HAS REQUESTED REPLACEMENT FROM MANUFACTURER. NOT APPROVED AS OF YET. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

March 8, 2014 **NHTSA ID NUMBER: 10567955**
## Components: ENGINE, VISIBILITY/WIPER, ELECTRONIC STABILITY CONTROL, POWER TRAIN

**NHTSA ID Number:** 10567955

**Incident Date** March 5, 2014

**Consumer Location** EL CERRITO, CA

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

A JEEP AUTHORIZED DEALERSHIP CHANGED THE ENGINE OIL AND OIL FILTER FOR MY VEHICLE. ABOUT 15 MINUTES AFTER I TOOK MY VEHICLE FROM THE DEALERSHIP, THE INCIDENT HAPPENED ON A HIGHWAY. "SERVICE TRANSMISSION" WARNING SHOWED UP FIRST, THE ENGINE LIGHT WAS ON, AND SOME ELECTRONIC FUNCTIONS WERE DISABLED, WHICH INCLUDE, BUT ARE NOT LIMITED TO, THE FORWARD COLLISION WARNING, THE PARKSENSE, THE LANE SENSE, AND THE ADAPTIVE CRUISE CONTROL. THE ESC ACTIVATION / MALFUNCTION INDICATOR LIGHT WAS ON. THERE WAS LOUD RATTLING NOISE FROM THE ENGINE, AND THE VEHICLE WAS SHAKING WHILE MOVING ON THE HIGHWAY. I HAD A DIFFICULT TIME MOVING THE VEHICLE OFF THE HIGHWAY.

AFTER I PARKED ON A SURFACE ROAD, I FOUND NO ENGINE OIL WAS REGISTERED ON THE DIPSTICK. THE LEAKED OIL WAS SPLASHED OVER THE VEHICLE'S EXTERIOR. IN PARTICULAR, IT COVERED THE PARKING SENSORS AND THE REAR WINDOW, WHICH DISABLED THE ELECTRONIC SAFETY FEATURES AND GREATLY REDUCED MY VISIBILITY WHILE DRIVING. THE VEHICLES BEHIND ME ON THE HIGHWAY WERE ALSO SPLASHED BY THE LEAKED OIL AND WERE BEEPING AND/OR CUTTING IN MY LANE TO COMPLAIN.

THE DEALERSHIP DETERMINED THAT THE RUBBER RING THAT SEALS THE CARTRIDGE HOUSING OF THE OIL FILTER WAS BROKEN, CAUSING THE ENGINE OIL LEAK. THIS O-SHAPED RUBBER RING COMES WITH THE OEM OIL FILTER THAT WAS INSTALLED WHEN THE OIL FILTER WAS CHANGED. THE ENGINE WAS DAMAGED. THE DEALERSHIP STATED THAT NO TEST DRIVE IS REQUIRED TO CHECK IF THERE IS A LEAK FOR OIL CHANGE SERVICE. THREE OTHER JEEP DEALERSHIPS CONFIRMED THIS CLAIM. I BELIEVE THERE IS A DESIGN DEFECT IN THE OIL FILTER SEALING THAT CAN CAUSE LIFE THREATENING ACCIDENTS. I BELIEVE JEEP DOES NOT INSTRUCT THEIR AUTHORIZED DEALERSHIP TO IMPLEMENT AN OIL FILTER CHANGE PROCEDURE THAT ENSURES A PART DEFECT LIKE THIS WOULD BE DISCOVERED BEFORE THE VEHICLE LEAVES THE DEALERSHIP. *TR

**1 Affected Product**

## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2014 |

---

November 7, 2019 **NHTSA ID NUMBER: 11278667**
# Components: ENGINE
**NHTSA ID Number:** 11278667

**Incident Date** November 4, 2019

**Consumer Location** LOUISVILLE, KY

**Vehicle Identification Number** 1C4PJMCB2FW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

MY 2015 JEEP CHEROKEE LATITUDE HAS STALL OUT 3 TIMES ON ME WHILE DRIVING ON BUSY HIGHWAYS. I TOOK THE VEHICLE IN FOR REPAIR AND WAS TOLD THIS PARTICULAR ENGINE CONSUMES OIL AT A FAST RATE AND WITHOUT ANY WARNING, WHEN LOW, WILL STALL UNEXPECTEDLY. NO WARNING, NO OIL PRESSURE GAUGE ALERTS, CAR SIMPLE STALLS. I AM AFRAID THE VEHICLE WILL STALL AND ME AND ANY OCCUPANT WILL BE KILLED OR SERIOUSLY INJURED. I HAVE NOTICE THE SAME COMPLAINT NUMEROUS TIMES ON LINE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

- 50 -

## June 19, 2019 NHTSA ID NUMBER: 11221247
## Components: ENGINE

**NHTSA ID Number:** 11221247

**Incident Date** April 13, 2019

**Consumer Location** TRAVERSE CITY, MI

**Vehicle Identification Number** 1C4PJMCB3FW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR STALLING AT LOW SPEED AND ALSO AT STOP. TAKES SEVERAL
ATTEMPTS TO GET MOVING AGAIN. WENT IN FOR SERVICE AND CAR
VIRTUALLY OUT OF OIL. WAS NOT EVEN CLOSE TO NEEDING AN OIL CHANGE.
LESS THAN EVERY 1000 MILES THERE IS AN OIL LOSS OF ATLEAST A QUART
NEEDING TO BE ADDED AT OIL CONSUMPTION TEST. EXTREMELY
DANGEROUS TO DRIVE AND ANY TYPE OF RESOLUTION FEELS WORLDS AWAY
WHEN OUR SAFETY IS JEOPARDIZED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

## May 7, 2019 NHTSA ID NUMBER: 11205958
## Components: ENGINE

**NHTSA ID Number:** 11205958

**Incident Date** May 1, 2019

**Consumer Location** TEMPLE HILLS, MD

**Vehicle Identification Number** 1C4PJMCB9FW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE ENGINE LOSES LARGE AMOUNT OF OIL CAUSING THE CAR AIR FLOW SYSTEM TO MALFUNCTION. THE CAR COMPLETELY SHUTDOWN WHILE DRIVING BECAUSE THE CAR NEEDS OIL AND ECS WARNING BLINKS. HOWEVER, THE CAR OIL INDICATOR DOESN'T RECOGNIZE THE CAR NEEDS OIL. THIS SAME IDENTICAL SITUATION HAS HAPPEN MULTIPLE TIME, STARTING ABOUT 1 YEAR AFTER I PURCHASED THE SUV IN SEPTEMBER 2015. EVERY TIME I HAVE TAKEN THE CAR TO THE DEALERSHIP, IT HAS BEEN NOTED IN THE RECORD. HOWEVER, THIS TIME, THE AUTOMOBILE TECH INFORM ME OF THE PROBLEM WITH CAR AND NOTED THAT JEEP IS AWARE OF THIS ISSUE WITH THE 2.4L 4 CYLINDER ENGINES. THOSE PARTICULAR ENGINES ARE ALSO IN THE CHRYSLER 200.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

March 29, 2019 NHTSA ID NUMBER: 11192370
## Components: ENGINE, POWER TRAIN
**NHTSA ID Number:** 11192370

**Incident Date** March 14, 2019

**Consumer Location** CLINTON, CT

**Vehicle Identification Number** 1C4PJLCB4FW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

DRIVING ALONG WITH VEHICLE IN MOTION, THE ENGINE STALLS OUT AND CONTINUES TO ROLL, BUT DOES NOT OPERATE. CAR MUST COME TO A COMPLETE STOP, REST AND THEN TRY TO RESTART - VERY DANGEROUS ON THE HIGHWAY. A MESSAGE COMES ON STATING "VEHICLE MUST BE IN GEAR TO SHIFT" OR SOMETHING CLOSE TO THAT - BUT THERE HAS BEEN NO SHIFTING ON MY PART AT ALL. THIS STALLING HAS PUT ME IN VERY DANGEROUS CONDITIONS BECAUSE CARS COMING FROM BEHIND AND AROUND ME HAVE NO WARNING OF THE STALLED OUT ENGINE EITHER. IT TAKES ABOUT 3 OR 4 MINUTES TO RESTART THE ENGINE. DEALERSHIP SAYS THIS IS AN OIL CONSUMPTION ISSUE AND ITS SOMETHING TO DO WITH THE PISTONS. ANOTHER JEEP SERVICE MANAGER SAID THE ENGINE NEEDS TO BE REPLACED. ITS STILL UNDER WARRANTY. I FEAR THAT WE'RE GOING TO GET HIT (MY DAUGHTER AND I) AND MEANWHILE, WE DO NOT HAVE OTHER TRANSPORTATION AND I'M GOING TO BE PAYING ON THIS FOR 4 MORE YEARS. THERE IS A LOT OF INFORMATION ON OTHER PEOPLE HAVING THE SAME COMPLAINTS ON THE INTERNET.

FOR NOW, THE DEALERSHIP IS DOING AN OIL CONSUMPTION TEST WHICH IS RELATED TO THE ENGINE PROBLEMS KNOWN ON OTHER VEHICLES. WITH THIS MANY PEOPLE HAVING THE SAME PROBLEM, THIS SHOULD BE A RECALLED ENGINE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

**February 19, 2019 NHTSA ID NUMBER: 11181050**
**Components: ENGINE**
**NHTSA ID Number:** 11181050

**Incident Date** February 19, 2019

**Consumer Location** GORDONSVILLE, VA

**Vehicle Identification Number** 1C4PJMCB0FW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

BURN OF OIL AT ROUGHLY A QT PER 1000 MILES, LESS THAN RECOMMENDED OIL CHANGE MILEAGE. EFFECTS ENGINE. SHUTS ENGINE OFF WHILE DRIVING AND TAKES 3-5 MINUTES BEFORE CAR CAN START AGAIN. VERY DANGEROUS AS IT HAPPENS AT ANY SPEEDS AND CAR COMPLETELY LOCKS UP.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

February 23, 2018 **NHTSA ID NUMBER: 11074574**
**Components: ENGINE**
**NHTSA ID Number:** 11074574

**Incident Date** August 28, 2017

**Consumer Location** LONDON, KY

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR IS BURNING OIL AND SHUTTING OFF ON THE ROAD, WHICH I OR MY CHILDREN, CAN EASILY GET HURT OR KILLED. HAVE TRIED TO HAVE RESOLVED NUMEROUS TIMES WITH UNSATISFACTORY RESULTS FROM THE

CAR LOT. AS ADVISED FROM THE SERVICE MANAGER THIS IS NORMAL UNDER CHRYSLER STANDARDS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

January 22, 2018 **NHTSA ID NUMBER: 10851584**
**Components: ENGINE**
**NHTSA ID Number:** 10851584

**Incident Date** January 1, 2015

**Consumer Location** JOHNSTOWN, NY

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

2015 JEEP CHEROKEE. CONSUMER WRITES IN REGARDS TO VEHICLE EXCESSIVE OIL CONSUMPTION ISSUES. *SMD

THE CONSUMER STATED THE VEHICLE HAD IT'S FIRST OIL CHANGE IN JANUARY OF 2015. AFTER 146 MILES, THE OIL WAS ONE QUART LOW.

THE CONSUMER ADDS 1-2 QUARTS BETWEEN REGULAR OIL CHANGES.

THE CONSUMER REQUESTED TO HAVE TO VEHICLE EXCHANGED FOR V-6. *JS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

## February 28, 2017 NHTSA ID NUMBER: 10957545
## Components: ENGINE

**NHTSA ID Number:** 10957545

**Incident Date** April 28, 2016

**Consumer Location** FOREST HILL, MD

**Vehicle Identification Number** 1C4PJMCB3FW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2015 JEEP CHEROKEE. THE CONTACT STATED THAT THE VEHICLE USED UP A QUART OF OIL EVERY THREE THOUSAND MILES WITHOUT WARNING. THE DEALER DIAGNOSED AND PERFORMED AN OIL CHANGE. THE TECHNICIAN NOTED ON THE INVOICE THAT THE OIL FILTER WAS LOOSE. THE FAILURE RECURRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE WAS NOT REMEDIED. THE FAILURE MILEAGE WAS APPROXIMATELY 41,633.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

## November 15, 2017 NHTSA ID NUMBER: 11046423
## Components: ENGINE

**NHTSA ID Number:** 11046423

**Incident Date** November 12, 2017

**Consumer Location** HAVERHILL, MA

**Vehicle Identification Number** 1C4PJMABXFW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WHILE DRIVING ON SUNDAY MY JEEP SUDDENLY WITHOUT NOTICE OR WARNING SHUT OFF AND WOULD NOT RESTART, I WAS STRANDED IN MIDDLE OF THE ROAD SINCE THERE WAS NO WARNING I HAD NO TIME TO PULL TO SIDE. AAA TOWED TO CLARK CHRYSLER/JEEP WHERE IT WAS BOUGHT AND UNDER EXTENDED WARRANTY. ALL PM'S HAVE BEEN DONE THERE AND DONE TIMELY. WHAT THEY FOUND WAS JEEP WAS DOWN 3 QTS OF OIL, I ASKED HOW THAT COULD BE AND WHY WOULD ENGINE SHUT OFF SO ABRUPTLY THEY CLAIM THE 2.4 ENGINES USE 1QT PER 1,000 MILES, THAT NO INDICATOR OR WARNING COMES ON AND ENGINE WILL SHUT OFF TO PROTECT IT. NO WHERE IS IT LISTED IN OWNERS MANUAL, I HAVE BEEN IN AUTOMOTIVE FOR OVER 30 YEARS AND IF AN ENGINE BURNS A QT PER 1,000 YOU REBUILD OR BUY A NEW ENGINE, I AM NOW TOLD I MUST CHECK AND ADD OIL EVERY 1,000 MILES ON A 2015 WITH ONLY 42,000 MILES! SAFETY CONCERN IS IF ANYONE IS ON HIGHWAY IT COULD CAUSE DEATH WITH A SUDDEN STOPPAGE OF VEHICLE, I WAS LEFT IN THE MIDDLE OF OF A COUNTRY ROAD AND AAA HAD POLICE COME TO HELP BLOCK ME FROM TRAFFIC PASSING AROUND ME, I NEVER HEARD OF ANYTHING LIKE THIS SO I CALLED JEEP AND MELISA ON THEIR CONSUMER LINE CONFIRMED WITH SERVICE TECH IAN HOGAN AND TOLD ME THAT SHE IS TOLD IT HAPPENS AND THERE IS NO WARNING , HOW CAN JEEP THINK THIS IS SAFE WITHOUT AT LEAST NOTIFYING OWNERS TO BE AWARE?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

October 16, 2017 NHTSA ID NUMBER: 11033896
## Components: ENGINE
**NHTSA ID Number:** 11033896

**Incident Date** October 15, 2017

**Consumer Location** MCHENRY, IL

**Vehicle Identification Number** 1C4PJMCB1FW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY CAR HAS BEEN STALLING ON THE FIRST DRIVE OF THE MORNING FOR 4 DAYS. STARTS UP AND IT'S FINE AFTER THAT. YESTERDAY WHILE VIDEOING IT TO SHOW A DEALER, I HEARD A DING. SAW NOTHING ON THE PANEL. REVIEWED THE VIDEO, AND I CAN ONLY SPECULATE IT SAID OIL PRESSURE LOW. IT LASTED LESS THAN HALF A SECOND AND DISAPPEARED. I CHECKED MY OIL AND FOUND IT TO BE BARELY REGISTERING ON THE STICK. IT TOOK 2 1/2 QUARTS TO FILL IT. MY OIL CHANGE STICKER STATES I'M 1200 MILES AWAY FROM THE 4000 MARK THE DEALER PUTS ON IT. I WAS TOLD TODAY BY A JEEP DEALER, THAT THE 2.4 ENGINE IN THE CHEROKEE WILL USE A QUART OF OIL EVERY 750-1000 MILES IF OVER 50,000 MILES. I HAVE 56,580 MILES. THE PROBLEM IS WHEN OIL IS LOW, THE CAR WILL STALL TO PREVENT DAMAGE AS A SAFETY FEATURE. UNFORTUNATELY THIS HAS CAUSED ME TO HAVE TO COAST ACROSS A BUSY TWO LANE ROAD WHILE MAKING A TURN, SO I COULD HAVE BEEN HIT. IT THEN TAKES 2-3 TIME TO CRANK IT OVER TO RESTART IT. THIS WAS NOT DISCLOSED TO ME WHEN I PURCHASED THE CAR WITH 40,009 MILES ON IT. THE DEALERS SAY THIS IS PERFECTLY NORMAL FOR THIS ENGINE TO BURN OIL. I DON'T BELIEVE ANY MANURACTURER SHOULD SELL VEHICLES THAT "BURN" OIL AT A QUART PER 1000 MILES. I BOUGHT A NEWER CAR FOR LESS MAINTENANCE. NOW I HAVE TO ADD OIL ONCE A MONTH TO MY CAR. NOT TO MENTION THAT IF A DUMMY LIGHT OR MESSAGE COMES ON

REGARDING SOMETHING SUBSTANTIAL TO SHUT YOUR CAR OFF, WHY DOES THE MESSAGE ONLY FLASH SO YOU CAN'T EVEN READ IT? I HAD TO WATCH THE VIDEO TO SEE POSSIBLY WHAT IT SAID. I AM UNABLE TO SEND THE VIDEO FROM MY PHONE BECAUSE IT IS TOO LARGE. I'M TRYING TO GET IT TO SYNC SO I CAN SEND IT. THIS IS THE FLASH OF THE WARNING MESSAGE, NOT AN ACTUAL STALL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

**January 5, 2017** **NHTSA ID NUMBER: 10939926**
**Components: ENGINE**
**NHTSA ID Number:** 10939926

**Incident Date** December 20, 2016

**Consumer Location** PORTSMOUTH, NH

**Vehicle Identification Number** 1C4PJMAB6FW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

CAR JUST RANDOMLY SHUT OFF IN MIDDLE OF A 50 MPH HIGHWAY, ALMOST CAUSED ACCIDENT. IT DID IT A COUPLE MORE TIMES BEFORE I GOT IT LOOKED AT. DEALER SAID IT WAS SO LOW ON OIL IT SHUT OFF. BUT DEALER ALSO CONFIRMED OIL WAS NOT LOW ENOUGH TO TRIGGER THE WARNING LIGHT AND ALSO EXPLAINED IT HAS BEEN HAPPENING FREQUENTLY WITH MY MODEL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

July 16, 2015 NHTSA ID NUMBER: 10734584
## Components: ENGINE
**NHTSA ID Number:** 10734584

**Incident Date** March 1, 2015

**Consumer Location** RALEIGH, NC

**Vehicle Identification Number** 1C4PJLAB3FW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2015 JEEP CHEROKEE. WHILE DRIVING AT VARIOUS SPEEDS, THE LOW OIL PRESSURE AND BATTERY WARNING LIGHTS ILLUMINATED. THE VEHICLE WAS ABLE TO RESTART. THE FAILURE RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO A DEALER WHO WAS UNABLE TO DIAGNOSE THE CAUSE OF THE FAILURE. THE CONTACT MENTIONED THAT THE VEHICLE WAS LOSING EXCESSIVE OIL AND CONSTANTLY NEEDED OIL TO BE ADDED. THE VEHICLE WAS THE TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 4,800.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

January 13, 2015 **NHTSA ID NUMBER: 10672201**
## Components: FUEL SYSTEM, GASOLINE, ENGINE, STRUCTURE

**NHTSA ID Number:** 10672201

**Incident Date** January 4, 2015

**Consumer Location** LA JOLLA, CA

**Vehicle Identification Number** 1C4PJLAB1FW****

**Summary of Complaint**

**CRASH** No

**FIRE** Yes

**INJURIES** 0

**DEATHS** 0

NEW JEEP CHEROKEE 2015 VEHICLE WAS PURCHASED EVENING JAN 2, 2015 FROM. PERRY CHRYSLER/JEEP, NATIONAL CITY, CA.

DRIVEN TOTAL LESS THAN 100 MILES.

ON JAN 4 DRIVER NOTICED OILY SMELL WHEN DRIVING.

IMMEDIATELY AFTER BEING PARKED AT HOME WHITE SMOKE CAME OUT OF HOOD.

WITHIN SECONDS THE ENTIRE CAR WAS ENGULFED IN FIRE, FLAMES 20 FEET HIGH.

BURNING OIL OR FUEL RAN DOWN THE STREET OVER 50 YARDS.

TWO LOCAL SAN DIEGO TV STATIONS HAVE VIDEOS OF FIRE, INCLUDING OUR OWN VIDEO ON FACEBOOK.

AVAILABLE UPON REQUEST. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2015 |

March 29, 2020 **NHTSA ID NUMBER: 11319663**
## **Components: ENGINE**
**NHTSA ID Number:** 11319663

**Incident Date** March 3, 2020

**Consumer Location** WAXHAW, NC

**Vehicle Identification Number** 1C4PJLCB6GW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

CAR SHUTS OFF RANDOMLY WHILE DRIVING! LOOSE POWER STEERING AND POWER BREAKS. AFTER LOOKING ONLINE, THIS SEEMS TO BE A COMMON OCCURRENCE. CAR STOPPED IN THE MIDDLE OF AN INTERSECTION! DEALERSHIP EXPLANATION IS THAT THE OIL IS LOW AND CAR IS DESIGNED TO SHUT OFF WHILE DRIVING IF THE OIL IS LOW. I JUST HAD AN OIL CHANGE AND NO OIL LIGHT EVER CAME ON. MANY PEOPLE REPORTING THE SAME AND THAT THIS ENGINE BURNS A WHOLE QUART OF OIL PER 750 MILES!!!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## March 9, 2020 NHTSA ID NUMBER: 11317167
## Components: ENGINE
**NHTSA ID Number:** 11317167

**Incident Date** January 1, 2020

**Consumer Location** SEMMES, AL

**Vehicle Identification Number** 1C4PJLCB6GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ENORMOUS AMOUNTS OF OIL BURNING UP AND SCOLDING THE CYLINDER WALLS.

OIL CHANGE AND GUARANTEED 3000 MILES. LESS THAN 1000 MILES LATER ALL OIL GONE AND CYLINDER WALLS SCORCHED. NO LEAKS AT ALL THE CAUSE THE MISSING OIL. EVERY 1000 MILES DEALER HAVING TO TOP OFF OIL UNTIL NEXT OIL CHANGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## January 17, 2020 NHTSA ID NUMBER: 11300163
## Components: ENGINE
**NHTSA ID Number:** 11300163

**Incident Date** January 2, 2020

**Consumer Location** GILBERT, AZ

**Vehicle Identification Number** 1C4PJLAB6GW****

**Summary of Complaint**

- 63 -

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

FOLLOWING DAY VEHICLE COMPLETELY SHUT DOWN WHILE DRIVING ON THE INTERSTATE AT 55 MPH . DEALERSHIP CONTACTED AND VEHICLE BROUGHT IN FOR INSPECTION. DEALER CONCLUDED THAT ENGINE HAD NO OIL, ALTHOUGH INTERNAL INDICATORS FAILED TO ADVISE AND SHOWED VEHICLE HAD 60% OIL LIFE REMAINING AND 3000 MILES UNTIL SCHEDULED OIL CHANGE. DEALER ADVISED THAT VEHICLE IS KNOWN TO BURN OIL, THIS HAS HAPPENED TO ME 3X ALREADY. THE JEEP CHEREOKEE MANUAL STATES OIL CHANGES SHOULD BE DONE EVERY 8,000 MILES. I HAVE BEEN GETTING MY OIL CHANGES WAY BEFORE THE STATED REQUIREMENT OF 8000. THERE IS CLEARLY SOMETHING WRONG WITH MY ENGINE. I HAVE A 10 MONTH BABY AND I AM TERRIFIED OF DRIVING THIS VEHICLE. IT RANDOMLY SHUTS DOWN AND STALLS. IAM SO SCARED FOR MY LIFE EVERYTIME I DRIVE THIS VEHICLE AND IT IS ALL I HAVE . I BOUGHT THIS CAR BRAND NEW!! MY ENGINE IS CLEARLY DEFECTIVE AND SHOULD BE REPLACED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

**January 7, 2020 NHTSA ID NUMBER: 11297676**
## Components: ENGINE
**NHTSA ID Number:** 11297676

**Incident Date** November 15, 2019

**Consumer Location** BYFIELD, MA

**Vehicle Identification Number** 1C4PJMCB6GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES0**

**DEATHS0**

I WAS DRIVING DOWN THE STREET THEN WENT TO TAKE A LEFT AND MY CAR SHUT OFF. I GOT IT TO THE SIDE OF THE ROAD AND TRIED TO START IT,WOULD NOT START. I THEN WAITED A FEW MINUTES AND TRIED AGAIN AND IT STARTED LUCKILY I WAS CLOSE TO HOME AND CALLED TOW TRUCK AND THEY BROUGHT IT TO DEALERSHIP FOUND OUT IS BURNING OIL ONLY HAD 35;698 MILES AND WHEN THE CAR GETS DOWN TWO QUARTS OF OIL THESE CARS WILL SHUT DOWN WITH NO NOTICE. SOMEONE IS GOING TO GET KILLED. NO DASH LIGHT COMES ON.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

January 2, 2020 **NHTSA ID NUMBER: 11292590**
**Components: ENGINE**
**NHTSA ID Number:** 11292590

**Incident Date** January 2, 2020

**Consumer Location** SACRAMENTO, CA

**Vehicle Identification Number** 1C4PJLAB9GW****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

VEHICLE SHUTS OFF WHILE DRIVING. HAPPENS MOSTLY IN THE MORNING AND AFTER MAKING A TURN. THE VEHICLE HAS SHUT OFF AT RANDOM TIMES THROUGHOUT THE DAY AND EVENING. COULD BE A CRANKING ISSUE AS IT HAPPENS MOSTLY WITHIN A HALF HOUR OF STARTING.

EVERY INCIDENT WHERE THE VEHICLE HAS SHUT OFF WHILE DRIVING HAS

BEEN ON A STREET AND WHILE ACCELERATING IN MOTION. BEFORE SHUTTING OFF, THE ENGINE LIGHT WILL COME ON AND IMMEDIATELY AFTER, WILL SHUT OFF.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

---

December 16, 2019 **NHTSA ID NUMBER: 11289244**
**Components: ENGINE**
**NHTSA ID Number:** 11289244

**Incident Date** November 14, 2019

**Consumer Location** CONWAY, SC

**Vehicle Identification Number** 1C4PJLCB0GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I HAVE THE 2.4L IN MY CHEROKEE. THE SAME AS OTHER JEEP MODELS AND I HAVE HAD THE SAME OIL CONSUMPTION ISSUE THAT THIS ENGINE LINE HAS. JEEP JUST SHUT OFF AND HAD TO RESTART. NO WARNING OR LIGHTS ON DASH TO INDICATE LOW OIL. I HAD JUST A DROP OF OIL ON THE DIPSTICK. ONLY DROVE JUST OVER 5000 MILES. DEALER SAID ITS NORMAL TO BURN OIL AND FCA KNOWS ABOUT THE ISSUE BUT WILL NOT REPAIR. THEY SAY ABOUT 70% OF THE 2.4 ARE AFFECTED ACROSS ALL MODELS. WITH ALL THE ISSUES I SEE ON FORUMS AND SOCIAL MEDIA IT SEEMS SOMETHING SHOULD BE DONE BEFORE WE GET TO THE THRESHOLD OF UNACCEPTABLE ACCIDENTS AND DEATH. ALL MAINTENANCE HAS BEEN DONE AT A FCA DEALER. HARD TO BELIEVE IT JUST STARTED TO BURN OIL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## November 21, 2019 NHTSA ID NUMBER: 11281527
## Components: ENGINE

**NHTSA ID Number:** 11281527

**Incident Date** November 2, 2019

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** 1C4PJLCB3GW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

2016 JEEP CHEROKEE APPROX. 58,000 MILES BEGAN SHUTTING DOWN WHILE EXITING THE PARKING GARAGE, STALLED OUT SEVERAL TIMES AND STEERING AND ALL CONTROL OF THE VEHICLE WAS LOST. TOOK IT TO THE SHOP AND AFTER RUNNING DIAGNOSTIC WAS TOLD THAT NOTHING COULD BE FOUND TO BE WRONG WITH THE VEHICLE. DID NOT DRIVE THE VEHICLE FOR A WEEK AND WHEN IT WAS DRIVEN AGAIN BEGAN DISPLAYING THE SAME PROBLEMS WITH COMPLETE SHUT DOWN. AFTER SOME INVESTIGATION ON THIS WEB SITE AND OTHERS, I FOUND THAT THIS IS A COMMON PROBLEM WITH THE 2016 JEEP CHEROKEE DUE TO THE BUILT IN KILL SWITCH TO PROTECT THE ENGINE WHEN THE OIL IS LOW. I CHECKED THE OIL AND IT WAS INDEED LOW. PRIOR TO THIS FAILURE, THE VEHICLE HAS BEEN WELL MAINTAINED WITH ALL RECOMMENDED OIL CHANGES AND PREVENTATIVE MAINTENANCE. JEEP/CHRYSLERS SOLUTION TO THE PROBLEM-CHECK YOUR OIL MORE OFTEN! THIS VEHICLE IS DANGEROUS-NOT ONLY TO THE DRIVER AND PASSENGERS BUT TO OTHER VEHICLES ON THE ROADS AS THE VEHICLE STOPS WITH NO WARNING AND COULD CAUSE MAJOR ACCIDENTS AND DEATHS. THEY NEED TO BE TAKEN OFF OF THE ROADWAYS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## November 4, 2019 NHTSA ID NUMBER: 11278049
## Components: ENGINE

**NHTSA ID Number:** 11278049

**Incident Date** January 1, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** 1C4PJMAB4GW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE STALLED. THE CONTACT CHANGED THE BATTERY AND NOTICED THAT THE OIL WAS LOW. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT CALLED VATLAND CHRYSLER DODGE JEEP RAM (855 SOUTH, US-1, VERO BEACH, FL 32962, (772) 567-6633) AND AN OIL CONSUMPTION TEST WAS COMPLETED. THE DEALER DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOT CONTACTED. THE FAILURE MILEAGE WAS 36,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## October 24, 2019 NHTSA ID NUMBER: 11270685
## Components: ENGINE

**NHTSA ID Number:** 11270685

**Incident Date** October 24, 2019

**Consumer Location** DELAWARE, OH

**Vehicle Identification Number** 1C4PJLAB6GW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MAKING A LEFT TURN, ENGINE SHUT OFF NO POWER, STATED I MUST BE IN PARK TO SHIFT WARNING LIGHTS FLASHING (ALL KINDS). WOULD NOT RESTART FOR ABOUT 15 MINUTES. RAN FINE PRIOR TO THIS. FINALLY RESTARTED AND DROVE DIRECTLY TO DEALERSHIP (ITS ONLY ABOUT A MILE AWAY). EXPLAINED WHAT HAPPENED THEY HAD NO CLUE WHY THIS WOULD HAPPEN BUT THEY CHECKED OIL WHICH WAS VERY LOW (WHICH LEADS ME TO BELIEVE THEY HAVE SEEN THIS ISSUE BEFORE). CHANGED OIL AND SO FAR SO GOOD. COMPLAINT - WHY WOULD ENGINE SHUT OFF BECAUSE OF THAT? WHY WOULD A BRAND NEW CAR WITH UNDER 30,000 MILES BURN THAT MUCH OIL? WHY DIDN'T THE INDICATOR TELL ME THERE WAS LOW OIL OR LOW OIL PRESSURE? IF THIS THING BURNS THAT MUCH OIL WITHIN THE ALLOTTED OIL CHANGE TIME - MAY NEED TO LOOK FOR ANOTHER VEHICLE - THIS IS DANGEROUS IF THE CAR SHUTS OFF ON A FREEWAY OR IN BUSY TRAFFIC.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## August 7, 2019 NHTSA ID NUMBER: 11242327

## Components: ENGINE

**NHTSA ID Number:** 11242327

**Incident Date** August 6, 2019

**Consumer Location** CEDAR PARK, TX

**Vehicle Identification Number** 1C4PJLCB2GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY WIFE'S JEEP CHEROKEE 2016 WHILE DRIVING 3 TIMES IN THE LAST MONTH HAS STALLED WHILE MAKING A SLIGHT RIGHT TURN. THE DISPLAY SIGNALS ENGINE, AND BATTERY FLASH AND THEN THE CAR DIES WITH NO POWER INSTANTLY. MY PREGNANT WIFE WAS COMMUTING DURING RUSH HOUR THE LAST TIME THIS HAPPENED AND THIS NEARLY CAUSED HER TO BE REAR ENDED. LUCKILY THE DRIVER BEHIND HER WAS PAYING ATTENTION AND AVOIDED THE COLLISION. NOW MY WIFE WAS STUCK IN TRAFFIC WITH NO POWER FOR 5 MINUTES UNTIL THE CAR TURNED BACK ON. AFTER A LOT OF ONLINE RESEARCH, I FOUND 90 PLUS COMPLAINTS ABOUT THIS EXACT ISSUE. APPARENTLY THE 2.4 L MOTOR IN THE 2016 JEEP CHEROKEE HAS A SAFETY FEATURE THAT CAUSES THIS STALLING BASED ON LOW OIL LEVELS. SO THIS POORLY ENGINEERED ENGINE BURNS 1 QT OF OIL PER 1000 MILES, THIS CAUSES YOUR OIL TO RUN SIGNIFICANTLY LOW BEFORE THE MANUFACTURERS RECOMMENDED OIL SERVICE PERIODS. MY MECHANIC INSPECTED THE VEHICLE AND HAS COME TO THE SAME CONCLUSION, WE WILL HAVE TO ADD 1 QT OF OIL EVERY THOUSAND MILES. THIS CAR HAS LESS THAN 36K MILES AND WILL NOW REQUIRE EXTRA OIL FOR ITS LIFE, WHICH IS RIDICULOUSLY TEDIOUS FOR A 30K$ CAR. HOWEVER THE STALLING WITH NO WARNING AND CAUSING LOSS OF POWER IN TRAFFIC WILL EVENTUALLY LEAD TO ACCIDENTS AND SHOULD BE A SIGNIFICANT SAFETY CONCERN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2016 |

## July 5, 2019 NHTSA ID NUMBER: 11229659
## Components: ENGINE

**NHTSA ID Number:** 11229659

**Incident Date** May 6, 2019

**Consumer Location** NEWBURGH, IN

**Vehicle Identification Number** 1C4PJLDB8GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

VEHICLE STALLS AND CUTS OFF WHILE DRIVING AND STEERING WHEEL LOCKED UP WITHOUT WARNING. NO CHECK ENGINE LIGHTS ON AND NO EXPLANATION. AFTER SEVERAL TIMES IT WAS FOUND THAT THE ENGINE WAS COMPLETELY OUT OF OIL. OIL CONSUMPTION TEST RESULTED IN AN ENGINE REPLACMENT FROM SCRATCHING ON INSIDE CYLINDER WALLS. NEW ENGINE 11-2017. NEW ENGINE IS STARTING TO DO THE SAME THING AND IS BURNING OIL. CAR WILL SHUT OFF.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

## May 30, 2017 NHTSA ID NUMBER: 10992363
## Components: ENGINE

**NHTSA ID Number:** 10992363

**Incident Date** May 27, 2017

**Consumer Location** SEVERNA PARK, MD

**Vehicle Identification Number** 1C4PJMDB0GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON MARCH 3/9/2017 I PURCHASED A 2016, JEEP CHEROKEE LIMITED 4X4, 2.4L WITH 20,111. AT THE TIME OF THE PURCHASE, I RECEIVED A 109-POINT VEHICLE INSPECTION REPORT, AND I PERSONALLY CHECKED THE FLUID LEVELS. ON MAY 27, 2017, THE OIL LIGHT FLASHED WHEN TURNING INTO THE HOME DEPOT. I IMMEDIATELY, PARKED AND TURNED OFF THE CAR. AFTER INSPECTION, I CHECKED THE OIL, AND THERE WAS NO EVIDENCE OF OIL ON THE DIP STICK. THE JEEP'S MILEAGE WAS 24,211 MILES, WHICH IS ONLY 4,100 MILES SINCE PURCHASING THE VEHICLE. HAVING LEARNED THAT NO OIL WAS REGISTERING ON THE DIP STICK, I OPENED UP THE HOOD AND LOOKED FOR SIGNS OF AN OIL LEAK? NO OIL LEAK WAS VISIBLE FROM THE ENGINE COMPARTMENT AND NO OIL LEAKAGE WAS FOUND UNDER THE JEEP. I THEN DROVE TO THE NEAREST RETAILER AND PURCHASED 5 QT CONTAINER OF 0W-20, FULL SYNTHETIC MOTOR OIL. AFTER RETURNING TO THE JEEP, I STARTED ADDING OIL, ONE QUART AT A TIME, AND CHECKING THE LEVEL OF THE OIL BETWEEN ADDING INTERVALS. AFTER ADDING ONE QUART, I COULD JUST SEE EVIDENCE OF OIL ON THE DIP STICK. IT TOOK 3.5 QUARTS BEFORE THE DIP STICK REGISTERED FULL. AT THAT POINT I TURNED ON THE VEHICLE. ALL OF THE NORMAL DASH BOARD DIAGNOSTIC LIGHTS FLASHED ON/OFF AND THE CAR EXHIBITED NO SUSTAINED WARNING LIGHTS. NO SUSTAINED ENGINE LIGHT OR OIL LIGHT WERE VISIBLE AND THE JEEP APPEARED TO BE RUNNING NORMALLY. NO BLUE OR BLACK EXHAUST WAS VISIBLE FROM THE JEEP'S TAIL PIPE. AFTER ARRIVING HOME, I PROMPTLY CHANGED THE OIL AND OIL FILTER WITH THE 0W-20, FULL SYNTHETIC CASTROL MOTOR OIL AND A FRAM TOUGH GUARD FILTER. THE DISCARDED OIL WAS BLACK. FROM UNDER THE JEEP, THERE WAS NO SIGN OF AN OIL LEAK AROUND THE OIL FILTER, THE OIL PAN OR ANYWHERE INSIDE OF THE SKID SHIELD UNDER THE JEEP?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

April 12, 2017 **NHTSA ID NUMBER: 10972132**
## Components: STRUCTURE, ENGINE, UNKNOWN OR OTHER
**NHTSA ID Number:** 10972132

**Incident Date** April 4, 2017

**Consumer Location** FORT WORTH, TX

**Vehicle Identification Number** 1C4PJLAB7GW****

**Summary of Complaint**

**CRASH** No

**FIRE** Yes

**INJURIES** 0

**DEATHS** 0

RETURNING HOME FROM 1ST OIL CHANGE SINCE PURCHASE OF VEHICLE (2016 JEEP CHEROKEE SPORT) 3 MONTHS PRIOR, OWNER NOTICED SMOKE COMING FROM HOOD IMMEDIATELY UPON PARKING VEHICLE AT RESIDENCE. AS SOON AS OWNER EXITED VEHICLE, OWNER NOTICED FLAMES COMING FROM BOTTOM OF ENGINE. OWNER CALLED 911. THREE MINUTES LATER WHEN EMERGENCY VEHICLES ARRIVED, CAR WAS ENGULFED IN FLAMES AND WAS DEEMED A TOTAL LOSS BY FIRE INVESTIGATOR AND INSURANCE COMPANY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

January 17, 2017 **NHTSA ID NUMBER: 10945731**
## Components: ENGINE
**NHTSA ID Number:** 10945731

**Incident Date** May 5, 2016

**Consumer Location** EDGEWOOD, WA

**Vehicle Identification Number** 1C4PJLAB6GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. THE CONTACT WAS EXPERIENCING AN EXCESSIVE OIL CONSUMPTION ISSUE WITH THE VEHICLE. THE CONTACT HAD TO ADD OIL TO THE VEHICLE EVERY 1,200 MILES. THE CONTACT RESEARCHED THE ISSUE ONLINE AND DISCOVERED THAT THIS WAS AN ONGOING ISSUE WITH THE MANUFACTURER. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS APPROXIMATELY 1,200.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2016 |

January 5, 2017 **NHTSA ID NUMBER: 10939823**
**Components: ENGINE**
**NHTSA ID Number:** 10939823

**Incident Date** December 5, 2016

**Consumer Location** WAYNESBORO, TN

**Vehicle Identification Number** 1C4PJLDB4GW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

DEATHS0

TL* THE CONTACT OWNS A 2016 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT CAME TO A COMPLETE STOP. THE VEHICLE RESTARTED NORMALLY. THE DEALER DIAGNOSED THAT THE OIL LEVEL WAS TOO LOW AND THE ENGINE STALLED. THE CONTACT ALSO STATED THAT THE ENGINE WAS REPLACED BECAUSE THE FAILURE RECURRED SIX OTHER TIMES. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 29,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

---

August 27, 2016 NHTSA ID NUMBER: 10901992
## Components: ENGINE
**NHTSA ID Number:** 10901992

**Incident Date** August 5, 2016

**Consumer Location** ROCKFORD, IL

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WE BOUGHT A BRAND NEW JEEP AND BY 5168 MILES IT USED 3 QUARTS OF SYNTHETIC OIL. WE HAD THE OIL CHANGED AT 3000 MILES AT THE DEALER(AS THEY SUGGESTED). WE INFORMED THE DEALER THAT THE JEEP WAS BURNING OIL NOT LEAKING OIL. WE WERE TOLD THAT CHRYSLER WOULD NOT DO ANYTHING ABOUT IT UNTIL 7500 MILES AND THEN THEY WOULD DO A OIL CONSUMPTION TEST ON THE JEEP AND AFTER THAT WE WOULD HAVE TO BRING IT BACK EVERY 500 MILES TO TOP THE OIL OFF IF NECESSARY.

SYNTHETIC OIL IS ABOUT $8.00 A QUART. THIS JEEP IS UNDER WARRANTY BUT THEY WOULDN'T FIX IT. AND WE WOULD OF HAD TO PAY FOR THE OIL TO TOP IT OFF WITH TOO. THE DEALER WAS AWARE OF THIS PROBLEM WITH THESE JEEPS. OUR DAUGHTER BOUGHT A JEEP WITH THE SAME ENGINE BUT SHE HASN'T HAD A PROBLEM WITH HERS. WHEN WE TOLD THE DEALER THIS THEY SAID THIS PROBLEM EXISTS ONLY WITH SOME OF THE ENGINES. WHY ISN'T THERE A RECALL ON THESE! WHY ARE THEY EVEN SELLING THESE WHEN THEY KNOW THERE'S A PROBLEM. SINCE THE MANUFACTURE WOULDN'T FIX THE PROBLEM WE GOT RID OF THE JEEP.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2016 |

February 26, 2020 NHTSA ID NUMBER: 11311670
## Components: ENGINE
**NHTSA ID Number:** 11311670

**Incident Date** February 26, 2020

**Consumer Location** CARLISLE, OH

**Vehicle Identification Number** 1C4PJLAB5HW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE SPORT. THE CONTACT STATED THAT WHILE DRIVING 35 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THE FAILURE RECURRED 6 TIMES WITHIN TEN DAYS. THE VEHICLE WAS TAKEN TO LEBANON CHRYSLER DODGE JEEP RAM (518 W MAIN ST, LEBANON, OH 45038) WHERE THE CONTACT WAS INFORMED TO DRIVE THE VEHICLE FOR 2000 MILES AND TO THEN HAVE THE VEHICLE TESTED FOR OIL CONSUMPTION. THE CONTACT WAS INFORMED

THAT DEPENDING ON THE RESULT, THE MANUFACTURER MAY CHOOSE TO REPLACE THE ENGINE FREE OF CHARGE. THE OIL WAS TOPPED OF HOWEVER, NO ADDITIONAL MECHANICAL REPAIRS WERE PERFORMED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 40,732.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

## January 30, 2020 NHTSA ID NUMBER: 11306190
## Components: ENGINE

**NHTSA ID Number:** 11306190

**Incident Date** January 2, 2020

**Consumer Location** SHAKOPEE, MN

**Vehicle Identification Number** 1C49JMCB1HW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

COMPLETELY SHUTS DOWN WHEN DRIVING WITH 30% OIL LIFE REMAINING WITH NO WARNING. YOU LOOSE ALL POWER STEERING AND CONTROL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

## January 24, 2020 NHTSA ID NUMBER: 11301739
## Components: ENGINE

**NHTSA ID Number:** 11301739

**Incident Date** January 13, 2020

**Consumer Location** SHOREWOOD, IL

**Vehicle Identification Number** 1C4PJMCB0HW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I BOUGHT THIS VEHICLE BRAND NEW. SINCE ABOUT 30K I HAVE BEEN COMPLAINING THAT IT IS RANDOMLY SHUTTING OFF WITHOUT WARNING, REGARDLESS OF SPEED. NO ENGINE POWER, AND NO POWER STEERING. I HAVE BEEN TOLD THIS IS A FAIL SAFE DUE TO LOW OIL. I HAVE FOLLOWED THE FCA GUIDELINES AND DEALERS FOR OIL CHANGES AND CANT REALLY MAKE BETWEEN CHANGES. I HAVE DONE MULTIPLE OIL CONSUMPTION TESTS BETWEEN TWO DEALERS BC I AM TOLD IT DOESNT BURN ENOUGH FOR FCA STANDARDS TO REPLACE THE ENGINE. I HAVE CALLED AFTER IT DIED OUT TO ASK FOR A TOW IN AND HAVE BEEN DENIED AND TOLD IT JUST MEANS ITS TIME FOR AN OIL CHANGE. I HAVE TO HAVE AN IGNITION COIL REPLACED ON TWO SEPARATE INCIDENTS, REPROGRAMMING OF THE SHIFTER PCM, AND REPLACED THE PCM. IT WASNT TILL MY LATEST INCIDENT THAT I RECORDED IT AND POSTED THE VIDEO TO TWITTER THAT AN FCA REP REACHED OUT TO ME TO "HELP". I WAS TOLD I STILL NEED TO DO OIL TESTING BC I HAVE TO FAIL 3 IN A ROW FOR FURTHER TESTING REGARDLESS OF A HISTORY OF THE PROBLEM CONTINUING AND NOT GETTING BETTER. 1ST TEST IT WAS ONLY HALF A QUART. DIDNT EVEN MAKE IT TO THE 2ND BEFORE THE CAR SHOOK VIOLENTLY, LOST POWER, WOULDN'T ACCELERATE AND I HAD TO BE TOWED IN. 1ST WAS TOLD THE MULTIAIR ACTUATOR WENT OUT AND FCA AGREED TO PAY FOR IT, AS IM AT 73K. THEN I HEAR NOTHING FROM ANYONE FOR 8 DAYS

TILL I CALL THE DEALER AND IM TOLD THEY ARE WAITING ON SPARK PLUGS. 20MINS LATER THE FCA REP CALLS AND SAYS THE ENGINE NEEDS TO BE REPLACED. THEY FOUND, METAL SHAVINGS INSIDE, SCORCHING, A PIECE OF THE EXHAUST VALVE MISSING AND LOST INSIDE THE ENGINE. HOWEVER FCA WILL ONLY PAY FOR 1500 LEAVING THE REST OF THE BILL TO ME FOR SOMETHING THATS NOT MY FAULT AND AN ISSUE THEY CONTINUE TO IGNORE. HAD THEY INVESTIGATED THE PROBLEM EARLIER REGARDLESS OF THEIR OIL BURNING RULES THEY WOULD HAVE FOUND THE VALVE WAS CRACKED. FCA SAYS THEY ARE NOT SAYING ITS MY FAULT BUT ARE HIDING BEHIND THE WARRANTY.*DT*JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

January 22, 2020 NHTSA ID NUMBER: 11301066
## Components: ENGINE

**NHTSA ID Number:** 11301066

**Incident Date** June 1, 2019

**Consumer Location** MORTON GROVE, IL

**Vehicle Identification Number** 1C4PJLCB4HW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

VEHICLE CAN STOP ABRUPTLY DUE TO LOW OIL AS THIS ENGINE IMPROPERLY BLOWS OIL OUT THE EXHAUST AT A VERY HIGH RATE.

OUR VEHICLE BLOWS OUT 1 QUART OF OIL EVERY 1,000 MILES.

THE DEALER HAS BEEN MONITERING THIS PROBLEM SINCE OCTOBER 2019 WHEN I FOUND THE OIL LEVEL WAS DOWN 2 QUARTS.

THE DEALER WILL NOT CORRECT THE PROBLEM OR ELEVATE THE PROBLEM

TO THE MANUFACTURER. WE ARE LEFT WITH A LEMON. WE PURCHASED THIS VEHICLE NEW FROM THE DEALER IT HAD 11 MILES AT PURCHASE.THIS VEHICLE REQUIRES A VALVE REPAIR OR A NEW ENGINE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

---

January 19, 2020 **NHTSA ID NUMBER: 11300273**

## Components: ENGINE, POWER TRAIN

**NHTSA ID Number:** 11300273

**Incident Date** January 18, 2020

**Consumer Location** WEST BOYLSTON, MA

**Vehicle Identification Number** 1C4PJMCBXHW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON JANUARY 18 2020 I WAS DRIVING AND AFTER ONLY A MILE FROM HOME, COMING TO AN INTERSECTION YIELDING TO GO LEFT, MY CAR COMPLETELY WITHOUT WARNING STALLED IN THE MIDDLE OF AN INTERSECTION. I TRIED TO RE-START AND TOOK ABOUT 10 MINUETS GET IT TO RESTART. I WAS DRIVING THE MILE HOME WHEN THEN I GOT A "OIL PRESSURE LOW LIGHT". I DID AN OIL CHANGE THAT AFTERNOON TO FIND MY CAR ONLY HAD 2 QUARTS OF OIL REMAINING.

MY CAR IS BURNING OIL. I DO REGULAR OIL CHANGES. THERE ARE NO LEAKS. I HAD NO WARNING FROM MY CAR THAT MY OIL WAS LOW. ALTHOUGH THE FEATURE TO TURN OFF MY CAR WORKED PROPERLY IN THE EVENT OIL IS LOW, MY CAR IS BURNING A LARGE AMOUNT OF OIL AND NOT GIVING ME A LOW OIL WARNING BEFORE TURNING OFF MY CAR. THIS COULD HAVE BEEN

MUCH WORSE AND HAPPENED ON THE HIGHWAY WHICH I GENERALLY TRAVEL.

THESE MODEL CARS NEED TO BE FIXED FROM BURNING OIL AND DRIVERS ALERTED TO WHEN THEIR OIL STARTS TO BECOME LOW, NOT JUST SHUT OFF IN THE MIDDLE OF THE ROAD.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

December 24, 2019 **NHTSA ID NUMBER: 11291083**
**Components: ENGINE**
**NHTSA ID Number:** 11291083

**Incident Date** January 12, 2019

**Consumer Location** HAMPSTEAD, MD

**Vehicle Identification Number** 1C4PJLCB4HW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY ENGINE CONSUMES OIL. I CANNOT EVEN REACH 2000 MILES BETWEEN OIL CHANGES. MY CAR WILL JUST CUT OFF WHILE I AM DRIVING (AT ANY SPEED INCLUDING HIGHWAY SPEEDS AND TURNS). WHEN THIS FIRST HAPPENED I CHECKED THE OIL AND THE ENGINE WAS COMPLETELY EMPTY OF OIL. IT DIDNT EVEN REGISTER ON THE DIPSTICK. I HAVE HAD OVER 6 OIL CHANGES SINCE I BOUGHT MY CAR IN 01/2019 (LESS THAN A YEAR). I HAVE HAD OIL CONSUMPTION TESTING COMPLETED AND EVERYTHING "COMES BACK IN RANGE". THE ENGINE HAS BEEN INSPECTED AND NOTHING IS LEAKING OR FAULTY. MY CAR TAKES FULL SYNTHETIC OIL WHICH SHOULD LAST WAY LONGER THAN THAT. I AM AWARE THIS IS AN OVERALL ISSUE WITH 2017

JEEPS OF ALL MODELS. THE SERVICE MANAGER AT THE DEALERSHIP DIDNT SEEM LIKE HE KNOW MUCH OF ANYTHING AND TRIED TO TELL ME THAT THIS WAS NORMAL. I HAVE NEVER HAD A VEHICLE THAT COMPLETELY DEPLETES ITS OIL SUPPLY WITHIN 2000 MILES. HE THEN REFERRED ME TO MOPARS CORPORATE LINE WHO THEN REFERRED ME TO NHTSA TO FILE A REPORT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

December 21, 2019 **NHTSA ID NUMBER: 11290486**
**Components: ENGINE**
**NHTSA ID Number:** 11290486

**Incident Date** December 8, 2019

**Consumer Location** SELLERSBURG, IN

**Vehicle Identification Number** 1C4PJLAB5HW****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WHILE MAKING A RIGHT HAND TURN THE VEHICLE DIED. ATTEMPTS TO RESTART WERE NOT SUCCESSFUL. VEHICLE WAS JUMPED AND STARTED. AT THAT TIME THE DASH DISPLAYED "SHIFTER SERVICE NEEDED". SHIFTER WAS REPLACED. THE DAY AFTER SHIFTER WAS REPLACED THE VEHICLE BEGAN MAKING A DING NOISE (SIMILAR TO SEAT BELT DING) WHILE MAKING A TURN. VEHICLE WAS TAKEN TO DEALERSHIP AND THEY SAID NOTHING WAS THE MATTER WITH IT. TWO DAYS AFTER THAT WHILE MAKING A RIGHT HAND TURN THE VEHICLE MADE A DING NOISE AND STALLED (VEHICLE WAS RUNNING BUT WOULD NOT MOVE). VEHICLE WAS SHUT OFF AND WOULD NOT IMMEDIATELY RESTART. VEHICLE RESTATED EVENTUALLY AND WAS TAKEN TO THE DEALERSHIP AGAIN. AFTER THREE DAYS I WAS TOLD THIS IS DUE TO LOW OIL.

THEY WERE NOT ABLE TO TELL ME HOW LOW MY OIL WAS BUT STATED IT WOULD ONLY NEED TO BE A QUART LOW FOR THIS TO HAPPEN AND THAT JEEP IS NOTORIOUS FOR THIS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

---

December 11, 2019 **NHTSA ID NUMBER: 11288450**
**Components: ENGINE**
**NHTSA ID Number:** 11288450

**Incident Date** December 10, 2019

**Consumer Location** STOCKTON, CA

**Vehicle Identification Number** 1C4PJMABXHW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I HAD JUST PULLED OUT OF MY DRIVEWAY IN THE MORNING AND HEADING DOWN THE NEIGHBORHOOD ROAD. ABOUT A HALF A MILE INTO MY DRIVE, THE CAR FAILED TO ACCELERATE. THE CAR BEGAN TO COAST, I HAD LOST ENGINE POWER. I TRIED TO TURN THE WHEEL AND IT WAS UNRESPONSIVE. I LOOKED DOWN AT THE DASH AND IT WAS OUT. I WAS BARELY ABLE TO LIMP THE CAR TO THE CURB. AFTER APPROXIMATELY TEN MINUTES I WAS FINALLY ABLE TO TURN IT OVER AND START THE ENGINE.

MY ENGINE IS CONSUMING AN EXCESSIVE AMOUNT OF OIL BETWEEN OIL CHANGES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

## December 10, 2019 NHTSA ID NUMBER: 11288141
## Components: ENGINE

**NHTSA ID Number:** 11288141

**Incident Date** December 1, 2019

**Consumer Location** OTTAWA, IL

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE SUDDENLY STALLED. AFTER RESTARTING THE ENGINE, THE CHECK ENGINE INDICATOR REMAINED ILLUMINATED. THE VEHICLE WAS TAKEN TO AN UNKNOWN DEALER WHERE IT WAS DETERMINED THAT THE ENGINE OIL WAS LOW AND THE ENGINE OPERATED NORMALLY. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 52,000. THE VIN WAS UNKNOWN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

## November 27, 2019 NHTSA ID NUMBER: 11282625
## Components: ENGINE

**NHTSA ID Number:** 11282625

**Incident Date** November 25, 2019

**Consumer Location** BROOKLYN, CT

**Vehicle Identification Number** 1C4PJMBBXHW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ON TWO OCCASIONS THIS WEEK THE JEEP CHEROKEE UNEXPECTEDLY SHUT OFF WHILE DRIVING. IT WAS STARTLING AND LOSS OF POWER STEERING AND BRAKING LEFT IT DIFFICULT TO PULL OVER. UPON INQUIRY FROM A LOCAL JEEP DEALER, THEY INDICATED IT IS NOT UNCOMMON FOR THIS TO HAPPEN IF THE OIL IS LOW. THE OIL WAS IN FACT 3/4 QUART LOW AND WAS REMEDIED HOWEVER THERE SHOULD BE A LIGHT THAT COMES ON NOT A SUDDEN AND UNEXPECTED SHUT DOWN. THERE WAS NO INDICATION ON THE DASH REGARDING LOW OIL. THIS IS DANGEROUS AND COULD POTENTIALLY BE DEADLY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

## November 22, 2019 NHTSA ID NUMBER: 11281783
## Components: ENGINE

**NHTSA ID Number:** 11281783

**Incident Date** November 21, 2019

**Consumer Location** MYRTLE BEACH, SC

**Vehicle Identification Number** 1C4PJLAB1HW****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS ACCELERATING FROM A STOPPED POSITION AT A STOP SIGN AND THE CAR SHUT OF. I MANEUVERED OVER AS MUCH AS I COULD. WOULD NOT RESTART. IT WAS TOWED TO THE DEALERSHIP WHERE IT WAS DISCOVERED IT HAD NO OIL. IT HAD AN OIL CHANGE WITH IN THE LAST MONTH. IN THE TWO YEARS I HAVE OWNED IT, IT HAS HAD TO BE TOWED FOR THIS 1-2 OTHER TIMES AS IT RUNS OUT OF OIL AND SHUTS DOWN BEFORE THE RECOMMENDED OIL CHANGE DATE OR MILEAGE. I WAS NEVER INFORMED TO MONITOR THE OIL UNTIL RECENTLY. AFTER THE FIRST TIME THIS HAPPENED I WAS TOLD TO GET THE OIL CHANGED AT 4000 MILES INSTEAD OF 5000 AND I HAVE BEEN DOING THAT IT OR ADDING OIL IF I CANNOT GET IT RIGHT IN. IT ALSO HAS NO WARNING THAT IT IS LOW ON OIL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | CHEROKEE | 2017 |

October 31, 2019 **NHTSA ID NUMBER: 11277367**
**Components: ENGINE**
**NHTSA ID Number:** 11277367

**Incident Date** February 28, 2018

**Consumer Location** LOUISVILLE, KY

**Vehicle Identification Number** 1C4PJLCB6HW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2017 JEEP CHEROKEE. THE CONTACT STATED THAT THE SERVICE SHIFTER INDICATOR FLASHED INTERMITTENTLY ON THE INSTRUMENT PANEL. THE CONTACT CALLED OXMOOR CHRYSLER DODGE JEEP RAM (4520 SHELBYVILLE RD, LOUISVILLE, KY 40207, (502) 895-4520) AND WAS INFORMED THAT THE VEHICLE WOULD LOSE POWER WHEN IT NEEDED AN OIL CHANGE WHILE MAKING TURNS. THE DEALER STATED THAT WHEN THE OIL WAS CHANGED, THE VEHICLE WOULD OPERATE NORMALLY. THE FAILURE RECURRED AND THE DEALER STATED THAT THE OIL CHANGES NEEDED TO BE MORE FREQUENT, SUCH AS EVERY 2,000 TO 2,500 MILES. THE MANUFACTURER ADVISED THE CONTACT TO CALL NHTSA TO INQUIRE ABOUT POTENTIAL RECALLS. THE FAILURE MILEAGE WAS 7,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

## October 18, 2019 NHTSA ID NUMBER: 11269382
## Components: ENGINE
**NHTSA ID Number:** 11269382

**Incident Date** October 10, 2019

**Consumer Location** MORTON GROVE, IL

**Vehicle Identification Number** 1C4PJLCB4HW****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

MY CAR HAS THE 2.4 L ENGINE. IT HAS BEEN BURNING OFF A LOT OF OIL. THE DEALER CHANGED THE OIL AT 12,200 MILES ON APRIL 2, 2019. WE CHECKED THE OIL LEVEL LAST WEEK AND IT WAS LOW BY 2 QUARTS. WE TOOK IT BACK

TO DEALER AND THE CHANGED OIL AND STARTED A OIL CONSUMPTION TEST. WE ARE BOTH RETIRED AND DRIVE ONLY ABOUT 6,000 MILES PER YEAR.

WE PURCHASED THE JEEP NEW IN MARCH 2017 WITH 11 MILES

AT 5500 MILES IN NOVEMBER 2017 WE ALSO HAD A "OIL LEAK" SYMPTOMS.

GOOGLE THIS PROBLEM ON THE INTERNET REVEALS MANY CUSTOMERS OF THIS 2.4L JEEP AND CHRYSLER ENGINE HAVE PROBLEMS OF OIL " BLOWING OUT" .

THE DEALER SAID NO "LOW OIL " LIGHT WILL WARN YOU OF LOW OIL PROBLEM.

THEY SAID THE CAR WILL STOP RUNNING WHILE DRIVING.

I FIND THIS RESULT TO BE UNSAFE AND UNACCEPTABLE.

WHAT IS THE NHTSA DOING ABOUT THIS COMMON PROBLEM?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2017 |

**April 7, 2020 NHTSA ID NUMBER: 11320401**
**Components: ENGINE**
**NHTSA ID Number:** 11320401

**Incident Date** July 1, 2019

**Consumer Location** BOSTON, MA

**Vehicle Identification Number** 1C4PJMLB1JD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

INJURIES0

DEATHS0

TL* THE CONTACT LEASED A 2018 JEEP CHEROKEE LATITUDE. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE STALLED WITH AN UNKNOWN WARNING LIGHT ILLUMINATED. THE VEHICLE OPERATED AS INTENDED AFTER THE VEHICLE WAS RESTARTED. THE VEHICLE WAS TAKEN TO QUIRK CHRYSLER DODGE JEEP RAM OF DORCHESTER (40 HALLET ST, BOSTON, MA 02124) WHERE THE GEAR SHIFTER BEZEL WAS REPLACED HOWEVER, THE FAILURE RECURRED SOON AFTER THE REPAIR. THE VEHICLE WAS TAKEN BACK TO THE SAME DEALER WHERE A 40 POINT INSPECTION WAS PERFORMED. THE CONTACT WAS INFORMED THAT THE FAILURE WAS LINKED TO A LOW OIL PRESSURE. THE DEALER INFORMED THE CONTACT TO MONITOR THE OIL AND TO RETURN ONCE THE VEHICLE HAD ACCUMULATED AN ADDITIONAL 1,000 MILES. THE CONTACT BROUGHT THE VEHICLE BACK ON TWO SEPARATE OCCASIONS AFTER DRIVING 1,000 MILES HOWEVER, THE FAILURE PERSISTED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND A CASE WAS FILED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 17,844.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

March 12, 2020 NHTSA ID NUMBER: 11317753
## Components: ENGINE
**NHTSA ID Number:** 11317753

**Incident Date** February 1, 2019

**Consumer Location** PHOENIX, AZ

**Vehicle Identification Number** 1C4PJLLB7JD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

**DEATHS0**

MY CAR COMPLETELY RUNS OUT OF OIL BETWEEN OIL CHANGES. WHAT THIS THEN DOES, IS CAUSE THE LIMP MODE TO COME ON AND STALL MY VEHICLE. THIS HAPPENED IN INTERSECTIONS, AND ON THE HIGHWAY, BEFORE I MYSELF FIGURED OUT MY CAR HAD NO OIL. MY ENGINE WAS MISFIRING. I HAD LESS THAN A QUART. I HAD ENGINE CODES BEING THROWN NONE HAD ANYTHING TO DO WITH OIL. NO OIL LIGHT ON. NOTHING. I DEDUCED MYSELF ONLINE THAT I NEEDED TO CHECK MY OIL LEVEL, THOUGH I WAS STILL ONE WEEK OUT FROM NEEDING AN OIL CHANGE PER THE VEHICLE SPECS (THE OIL CHANGE NOTIFICATION FROM THE VEHICLE ALSO HAD NOT COME ON YET). SURE ENOUGH, DIPSTICK WAS BONE DRY. I HAD IT RECTIFIED. I HAD IT VERIFIED THAT I HAVE NO OIL LEAK. AND EVERY TIME I AM ALMOST DUE FOR AN OIL CHANGE MY VEHICLE STALLS. ANY AND EVERY WHERE. AND THEN I GO GET AN OIL CHANGE WITH MORE OIL. ALL OVER MESSAGE BOARDS, THIS HAPPENS TO PEOPLE. 2017'S HAD A RECALL FOR THIS. 2019'S HAD A RECALL FOR THIS. WHY IN GOD'S NAME HAS 2018 NOT BEEN RECALLED OVER THIS. IT'S UNACCEPTABLE. IT'S DANGEROUS. I WAS ALMOST HIT HEAD ON. THIS HAS HAPPENED EVERY 3K MILES FOR THE PAST TWO YEARS. IT'S UNACCEPTABLE AND UNSAFE.

## 1 Affected Product
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

---

## February 24, 2020 NHTSA ID NUMBER: 11311135
## Components: ENGINE
**NHTSA ID Number:** 11311135

**Incident Date** February 4, 2020

**Consumer Location** MANCHESTER, MA

**Vehicle Identification Number** 1C4PJMLB4JD****

## Summary of Complaint

**CRASHNo**

**FIRENo**

**INJURIES**0

**DEATHS**0

THE ENGINE BURNS THROUGH ALL OF THE OIL IN ABOUT 1500 MILES OF DRIVING. OIL HAS TO BE FILLED IN BETWEEN OIL CHANGES OR ENGINE WILL STOP WITH NO WARNING OR OIL LIGHT... ENGINE STOPS WHILE MOVING

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

February 17, 2020 **NHTSA ID NUMBER: 11309608**
**Components: ENGINE**
**NHTSA ID Number:** 11309608

**Incident Date** December 9, 2019

**Consumer Location** DALLAS, GA

**Vehicle Identification Number** 1C4PJLLB4JD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY 2018 JEEP CHEROKEE LATITUDE PLUS SHUT OFF WHILE DRIVING. THE FIRST TIME (12/8/2019 @ 1200 HRS) I WAS PULLING UP TO A STOP SIGN AND IT JUST SHUT OFF. NO DASH INDICATOR WARNING LIGHTS AND IT HAD PLENTY OF FUEL. THE SECOND TIME (12/9/2019 @ APPRX 1600 HRS)I WAS TURNING LEFT ONTO A VERY BUSY CITY STREET AND IT SHUT OFF. I WAS ABLE TO COAST TO THE SIDE OF THE ROAD SO I WOULDN'T GET HIT. AGAIN NO WARNINGS AT ALL. AFTER APPRX 10 MINUTES CAR WAS ABLE TO RESTART. DROVE STRAIGHT TO DALLAS DODGE(APPRX 23 MILES.) THEY SAID IT WAS LOW ON OIL. SHOULD ADD OIL OR GET OIL CHANGE. BUT SINCE THEY WERE CLOSING THEY DID NOT HAVE ANYONE WHO COULD HELP. ALSO SAID AN OIL CONSUMPTION TEST NEEDED TO BE DONE, BUT THEY COULD NOT PERFORM

IT. OIL CHANGE PLACES WERE CLOSED. I DROVE TO AUTO ZONE AND PURCHASED A 5 QT BOTTLE OF SYNTHETIC OIL. ADDED 3 QTS. TO FILL. 16-DEC TOOK CAR TO APPOINTMENT @ ED VOYLES. THEY HAD TO ADD 1.5 QTS OF OIL. SAID TO BRING IT BACK IN 1000 MILES OR IF OIL GOT LOW BEFORE THAT, BRING IT IN SO THEY CAN MEASURE IT AND DOCUMENT AMOUNT OF TIME AND MILEAGE.

4-JAN 2ND OIL CONSUMPTION TEST AT ED VOYLES. THEY HAD TO ADD 1 QT. SAID TO COME BACK IN 1000 MILES

1/15/2020 3RD OIL CONSUMPTION TEST. REQUIRED 2 QUARTS TO BE ADDED. SERVICE DEPT SAID ENGINE NEEDS TO BE REPLACED. THEY WILL CALL CHRYSLER/JEEP WARRANTY TO ORDER NEW ENGINE. HOWEVER, THEY SAID THEY WILL NOT PROVIDE A COURTESY VEHICLE I WILL HAVE TO RENT ONE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

**January 6, 2020 NHTSA ID NUMBER: 11297300**
## Components: ENGINE
**NHTSA ID Number:** 11297300

**Incident Date** November 1, 2019

**Consumer Location** ORISKANY, NY

**Vehicle Identification Number** 1C4PJMCB7JD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2018 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 10 MPH, THE VEHICLE SUDDENLY STALLED WITHOUT

WARNING. AFTER A FEW ATTEMPTS, THE CONTACT WAS ABLE TO RESTART THE VEHICLE; HOWEVER, IT STALLED INTERMITTENTLY WHILE DRIVING TO A SAFER LOCATION. THE CONTACT STATED THAT THE FAILURE OCCURRED A TOTAL OF THREE TIMES. THE CONTACT CALLED FUCCILLO DODGE CHRYSLER JEEP (LOCATED AT 10329 US RT 11, ADAMS, NY 13605, 844-353-7100) AND WAS INFORMED THAT THE VEHICLE TENDED TO BURN MORE OIL THAN NECESSARY, WHICH CAUSED IT TO SHUT OFF. THE DEALER ALSO INFORMED THE CONTACT THAT THERE WAS NOTHING TO INFORM THEM OF LOW OIL BEFORE THE FAILURE OCCURRED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES AND REFERRED THE CONTACT BACK TO THE DEALER. THE APPROXIMATE FAILURE MILEAGE WAS 26,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

December 20, 2019 **NHTSA ID NUMBER: 11290266**
**Components: ENGINE**
**NHTSA ID Number:** 11290266

**Incident Date** October 4, 2019

**Consumer Location** LIVINGSTON, TN

**Vehicle Identification Number** 1C4PJMCB6JD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MAKING A RIGHT TURN, ENGINE SHUT OFF NO POWER, LIGHTS STATED I MUST BE IN PARK TO SHIFT WARNING LIGHTS. THE JEEP WOULD NOT START. I HAD EXPERIENCED NO PRIOR ISSUES BEFORE THIS HAPPENED. I CALLED MY HUSBAND WHO ARRIVED AND DROVE IT HOME. I CALLED THE DEALERSHIP

AND THEY BASICALLY TOLD ME THIS WAS A KNOWN ISSUE WITH THIS MOTOR AND TO CHECK THE OIL. UPON CHECKING THE OIL THERE WAS VERY LITTLE ON THE DIPSTICK. ONCE AGAIN I CONTACTED THE DEALERSHIP AND WAS TOLD I BASICALLY NEED TO KEEP A CHECK ON THE OIL. THIS IS A SAFETY HAZARD!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

December 9, 2019 **NHTSA ID NUMBER: 11287916**
**Components: ENGINE**
**NHTSA ID Number:** 11287916

**Incident Date** December 9, 2019

**Consumer Location** ATASCOCITA, TX

**Vehicle Identification Number** 1C4PJLLB8JD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

THE 2018 JEEP CHEROKEE LATITUDE CONSUMES OIL AND HAS A MECHANISM WHERE IF THE CAR IS LOW ON OIL IT WILL JUST SHUT OFF WHEN DRIVING. THIS IS A SERIOUS SAFETY HAZARD AS THE CAR GIVES NO WARNING IT IS LOW ON OIL. SOMEONE IS GOING TO GET KILLED ONE DAY WHEN THESE CARS JUST SHUT OFF IN THE MIDDLE OF DRIVING.*DT

CONSUMER STATED THE FIRST OF ROUGHLY 15 OCCURRENCES OCCURRED AT 31K MILES. THE MOST RECENT HAPPENED AT 41,100 MILES. USUALLY WHILE TRAVELING 25-35 MPH AND USUALLY HAPPENS 2K-3K MILES FROM LAST OIL CHANGED. THERE IS NO WARNING LIGHTS ON DASH OR ALARMS CAR JUST LITERALLY DIES. .*JB

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

November 18, 2019 **NHTSA ID NUMBER: 11280871**
## Components: ENGINE
**NHTSA ID Number:** 11280871

**Incident Date** November 15, 2019

**Consumer Location** ROUND LAKE, IL

**Vehicle Identification Number** 1C4PJMLB0JD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY 2018 JEEP CHEROKEE LATITUDE HAS BEEN STALLING DUE TO HIGH OIL CONSUMPTION (PER THE DEALER). THE STALLS HAPPEN WHILE DRIVING WHEN BRAKING OR MAKING TURNS. THERE IS NO WARNING, THE ENGINE JUST SHUTS OFF, WITH LOSS OF POWER STEERING. WHEN THIS OCCURS, NEED TO COME TO A COMPLETE STOP, PUT THE VEHICLE IN PARK AND WAIT A COUPLE MINUTES. AS YOU CAN IMAGINE, THIS IS EXTREMELY DANGEROUS AS IT HAS HAPPENED ON THE HIGHWAY AND IN CITY DRIVING. IN TWO SCENARIOS, I WAS ALMOST REAR ENDED AND IN ANOTHER, I STALLED IN THE MIDDLE OF A BUSY INTERSECTION.

I'VE TAKEN THE JEEP TO MY DEALERSHIP WHO TELLS ME THAT THIS IS A KNOWN ISSUE AND THEY CAN'T DO ANYTHING ABOUT IT. THEY SUGGESTED I DO AN "OIL CONSUMPTION TEST" TO SEE IF THE ENGINE IS PERFORMING AS DESIGNED, WHICH ENTAILS ME BRINGING THE VEHICLE TO THE DEALERSHIP EVERY 1,000 MILES TO CHECK OIL LEVELS (EXTREMELY INCONVENIENT). I'VE ALSO OPENED A CASE WITH CHRYSLER/FIAT WHO SAYS I NEED TO COMPLETE THE CONSUMPTION TEST BEFORE THEY CAN MAKE ANY DETERMINATION.

I'VE RESEARCHED THIS ISSUE AND THERE ARE HUNDREDS OF JEEP OWNERS COMPLAINING OF THE SAME ISSUE. CHRYSLER/FIAT NEEDS TO DO SOMETHING ABOUT THIS ISSUE AS IT IS EXTREMELY DANGEROUS.

PLEASE LET ME KNOW IF THERE IS ANY ADDITIONAL INFORMATION NEEDED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

**November 25, 2019 NHTSA ID NUMBER: 11282329**
**Components: ENGINE**
**NHTSA ID Number:** 11282329

**Incident Date** November 16, 2018

**Consumer Location** VILLA RICA, GA

**Vehicle Identification Number** 1C4PJLCB0JD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

EVER SINCE I PURCHASED THE VEHICLE I CAN NOT GO MORE THAN 3,000 MILES AFTER AN OIL CHANGE WITHOUT THE VEHICLE SHUTTING OFF ON MY AND BEING BONE DRY ON OIL ON THE DIP STICK. I KEEP BEING TOLD THIS PARTICULAR MODEL JUST BURNS A LITTLE EXTRA OIL BUT THERE IS SOMETHING WRONG. IT IS SHUTTING OFF ON ME IN THE MIDDLE OF HIGHWAYS WHILE I'M DRIVING AND IS VERY UNSAFE. I HAVE TWO SMALL CHILDREN AND DO NOT TRUST TO PUT THEM IN THIS CAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2018 |

## April 2, 2020 NHTSA ID NUMBER: 11320034
## Components: ENGINE, UNKNOWN OR OTHER

**NHTSA ID Number:** 11320034

**Incident Date** April 1, 2020

**Consumer Location** LA MIRADA, CA

**Vehicle Identification Number** 1C4PJLCB2KD****

### Summary of Complaint

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

EVERY TIME I DON'T GET AN OIL CHANGE RIGHT AWAY, MY CAR WILL STALL IN THE MIDDLE OF THE ROAD AT RANDOM TIMES WITH NO WARNING. I HAVE BEEN WITH MY TWO YOUNG CHILDREN IN THE CAR WHEN THIS HAS HAPPENED SEVERAL TIMES, IT'S EXTREMELY UNSAFE AND I AM SO TIRED OF THIS ISSUE. I'VE SPOKE WITH THE DEALERSHIP AND THEY SAID ALL JEEP CHEROKEE'S ARE LIKE THIS, AS IF IT IS NORMAL. WE ARE LUCKY WE HAVEN'T GOTTEN INTO A CRASH DUE TO THIS. THIS IS JUST RIDICULOUS AND I'M LOOKING INTO DOING A BUY BACK FOR THIS CAR. CAN'T TRUST JEEP NOW.

### 1 Affected Product
### Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

**February 17, 2020** **NHTSA ID NUMBER: 11309750**

## Components: ENGINE

**NHTSA ID Number:** 11309750

**Incident Date** February 15, 2020

**Consumer Location** PINEWOOD, SC

**Vehicle Identification Number** 1C4PJLCB6KD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THERE WERE SEVERAL INCIDENTS OF THE FOLLOWING HAPPEN: CAR STARTS
FINE, I DRIVE FOR A FEW MINUTES AND THE CAR JUST SHUTS OFF AND JUST
STOPS ALL OF A SUDDEN. SO I WAIT AND TRY TURNING IT BACK ON. THANK
GOODNESS IT WASN'T ON A HIGHWAY. SOMETIME IT RE-STARTS THE 1ST TIME
BUT SOMETIMES IT TAKES A FEW TRIES. FIRST TIME THIS STARTED
HAPPENING (NOV. 2019), THE DEALER SAID IT NEEDED OIL CHANGE BUT IT
WAS ONLY AT AROUND 40% OIL LIFE. THEY TOLD ME IT WAS "BONE DRY." IT
WAS FINE AFTER OIL CHANGE. NOW (FEB 2020) DASHBOARD STILL HAS THE
OIL LIFE AS 48% AND IT'S ONLY BEEN 4000 MILES OR SO SINCE LAST OIL
CHANGE. DEALER WILL PROBABLY TELL ME AGAIN THAT IT NEEDS AN OIL
CHANGE BUT IT'S VERY STRANGE A NEW CAR (2019 JEEP CHEROKEE MODEL)
WILL BURN THROUGH ITS OIL IN JUST 4000 MILES. IT'S VERY CONCERNING
THE CAR JUST SHUTS OFF/TURNS OFF ALL OF A SUDDEN WITHOUT ANY
WARNING. AND IF IT DOES BURN THROUGH ITS SYNTHETIC ENGINE OIL IN
JUST 4000 MILES IT SEEMS THERE IS SOMETHING REALLY WRONG. ALSO, I
DON'T KNOW IF THIS CORRELATES WITH THE PROBLEM BUT WHEN I MAKE A
TURN I HEAR A "BING" SOUND WHICH MAKES ME LOOK AT THE DASHBOARD
TO SEE IF A LIGHT CAME ON BUT THERE IS NOTHING THERE. THIS HAPPENED
WHEN THE PROBLEM STARTED HAPPENING AND I'M HEARING IT AGAIN THIS
TIME AROUND. I HAD THIS PROBLEM HAPPEN TO ME 6-7 TIMES (SOMETIMES 2
TIMES IN 1 DAY) IN THE LAST 4 DAYS. THIS HAS ME SCARED TO DRIVE MY CAR
AROUND. I WAS RESEARCHING ONLINE AND I SAW OTHERS ARE HAVING
SIMILAR PROBLEM SO I THOUGH I WOULD REPORT THIS TOO.
HTTPS://WWW.CARGURUS.COM/CARS/DISCUSSION-T77885_DS986042

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

**February 3, 2020 NHTSA ID NUMBER: 11306656**

## Components: ENGINE

**NHTSA ID Number:** 11306656

**Incident Date** November 19, 2018

**Consumer Location** STOW, OH

**Vehicle Identification Number** 1C4PJMLB3KD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

2019 JEEP STALLS WHEN DRIVING WHEN OIL IS APPROX 2 QUARTS LOW, THERE ARE NO WARNING LIGHTS OR ANY INDICATION THAT OIL IS LOW. DEALERSHIP SAYS THIS IS COMMON ON THIS TYPE OF ENGINE AS IT BURNS OIL QUICKLY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

**January 27, 2020 NHTSA ID NUMBER: 11302169**

## Components: ENGINE

**NHTSA ID Number:** 11302169

**Incident Date** January 23, 2020

**Consumer Location** MONROE, NJ

**Vehicle Identification Number** 1C4PJMLB4KD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

JEEP ONLY HAS 30000 MILES. BOUGHT BRAND NEW. CAR RECENTLY STARTED STALLING WHEN SLOWING DOWN. APPARENTLY JEEP DESIGNED THE ENGINE TO STALL WITH LOW OIL. TOOK CAR TO DEALERSHIP AND THEY SAID THIS IS A KNOWN ISSUE AND THAT THE 4 CYLINDER JEEP CONSUMES MORE OIL AND AN OIL CHANGE WILL NEED TO BE EVERY 3000 MILES ON A BRAND NEW CAR. THERE IS A LARGE AMOUNT OF SIMILAR COMPLAINTS FROM OTHER PEOPLE ONLINE AND EVENTUALLY LEADS TO AN ENGINE REPLACEMENT. NOT ONLY IS THE OIL CONSUMPTION OUTRAGEOUS FOR A NEW CAR BUT THE STALLING IS COMPLETELY UNSAFE AS WE HAVE AN 11 MONTH OLD.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

**January 6, 2020 NHTSA ID NUMBER: 11297282**
**Components: ENGINE**
**NHTSA ID Number:** 11297282

**Incident Date** December 19, 2019

**Consumer Location** TUCSON, AZ

**Vehicle Identification Number** 1C4PJLLB4KD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON DEC 19TH OF 2019 I WAS LEAVING WORK WHEN I MADE A RIGHT TURN DURING BUSY TRAFFIC WHEN MY 2019 JEEP CHEROKEE SUDDENLY STALLED ON ME. I HAD TO PULL OVER AND RESTART THE CAR. THE CAR DID TURN BACK ON. AFTER SPEAKING WITH MY LOCAL DEALER, THEY TOLD ME THAT THE CAR WAS ALMOST OUT OF OIL HOWEVER NO LIGHT WAS ON THEN OR AT THE TIME OF THE STALL. I WAS INFORMED THIS IS A "SAFETY" FEATURE TO PREVENT THE ENGINE FROM HURTING ITSELF IF THE OIL GETS TOO LOW. AN OIL CONSUMPTION TEST WAS STARTED. THE CAR ONLY HAD 12590 MILES AT THE TIME OF THE INCIDENT. THIS IS ALSO THE SECOND OIL TEST THAT HAS BEEN DONE THE FIRST ONE WAS DONE BACK IN MAY OF 2019 WHEN THE CAR WAS AT AROUND 6000 MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

**November 25, 2019** **NHTSA ID NUMBER: 11282251**
**Components: ENGINE**
**NHTSA ID Number:** 11282251

**Incident Date** November 24, 2019

**Consumer Location** WADSWORTH, OH

**Vehicle Identification Number** 1C4PJMLB4KD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

DEATHS0

TL* THE CONTACT OWNS A 2019 JEEP CHEROKEE. WHILE DRIVING APPROXIMATELY 15 MPH, THE VEHICLE STALLED, LOST BRAKING AND STEERING ABILITY, AND THE BATTERY WARNING INDICATOR ILLUMINATED. THE CONTACT WAIT A FEW SECONDS AND THE VEHICLE RESTARTED NORMALLY. THE CONTACT STATED THAT THE FAILURES OCCURRED FIVE OTHER TIMES. THE VEHICLE WAS TAKEN TO MEDINA CHRYSLER JEEP (3205 MEDINA RD, MEDINA, OH 44256) WHERE IT WAS DETERMINED THAT IT WAS NORMAL FOR THE VEHICLE TO CONSUME AN EXCESSIVE AMOUNT OF OIL. THE DEALER FURTHER STATED THAT IF THE OWNER DID NOT KEEP TRACK OF THE OIL CONSUMPTION, "IT WAS NORMAL FOR THE ENGINE TO SEIZE". THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE CONTACT WAS ADVISED TO READ THE OWNER'S MANUAL ON HOW TO MAINTAIN OIL CONSUMPTION FOR THAT TYPE OF ENGINE. THE APPROXIMATE FAILURE MILEAGE WAS 29,995.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

## November 19, 2019 NHTSA ID NUMBER: 11281066
## Components: ENGINE
**NHTSA ID Number:** 11281066

**Incident Date** November 19, 2019

**Consumer Location** JAMAICA, NY

**Vehicle Identification Number** 1C4PJMLB4KD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I GOT THE VEHICLE AT 5 MILES. THE DEALER TOLD ME THE OIL CHANGE IS EVER 5K MILES. I DECIDED TO MAKE A SMALL TRIP TO CANADA, SO BEFORE HEADING THERE I CHECK THE FLUIDS. ( JUST IN CASE) AND NOTICE THE DIPSTICK ON THE OIL IS 75% AND I CHECK THE OIL LIFE DASHBOARD AND IT STATES IS AT 85% OIL LIFE. I ASSUME IT WILL BE FINE AND MAKE THE TRIP AROUND 1500 MILES ROUND TRIP TOTAL. I DIDNT CHECK THE FLUIDS COMING BACK TO THE CITY TILL LIKE 2 MONTHS AFTER SINCE I USE THE CAR ONLY FOR COMMUTING AND GROCERY SHOPPING. I WAS NEARING 5K MILES AND THE I CHECK THE ENGINE AGAIN (BEEN OFF FOR ACTUALLY COUPLE OF DAYS) AND THE OIL LEVEL ON THE DIPSTICK IS ROCK BOTTOM. SO I ADD 1 QUART OF THE MANUFACTURER'S STATED OIL AND CONTINUE DRIVING IT TILL IT HITS 5K. I TAKE IT TO THE DEALER THEY DO A QUICK OIL CHANGE AND THEYR SUPPOSED USUAL INSPECTION AND SAY EVERYTHING IS FINE. OIL CHANGE IS FINISHED AND THEY PUT A NEW STICKER AT 10005K MILES EXACTLY 5K MILES MANUFACTURER RECOMMENDS OIL CHANGE. I CONTINUE DRIVING IT AND SLOWLY RACK UP 2K MILES AND CHECK THE OIL LEVEL WHICH HAS GONE CONSIDERABLY FROM FULL TO HALF DIPSTICK. KEEP IN MIND IT WAS A COLD OIL INSPECTION AND THE VEHICLE HAS BEEN OFF FOR MORE THAN 5 HOURS. I DRIVE IT AGAIN 1K MILES MORE AND THE DARN OIL LEVEL DROPS TO 25% OF DIPSTICK. EVEN MADE A FACEBOOK POST IN A JEEP PAGE AND THE MECHANIC ADMITTED THAT THESE 2.4L ARE OIL BURNERS AND THAT NO NEW VEHICLE SHOULD BE CONSUMING OIL LIKE THAT. I TAKE IT TO DEALER ASAP AND THEY TELL ME EVERY OIL CHANGE IS 3K MILES NOT THE 5K MILES AND WRITE ON MY VISIT PAPER I TOOK THE VEHICLE LATE FOR OIL CHANGE. I'M WRITING THIS AT ALMOST 8500 MILES AND JUST TOOK A PICTURE AND VIDEO OF INSPECTION.THE DIPSTICK HAS GONE DOWN AT LEAST 10% DOWN .. ALSO HAD A VEHICLE SHUT DOWN BEFORE OIL CHANGE THAT'S WHY I ADDED THE QUART OF OIL BEFORE THE 5K MILES.

## October 29, 2019 NHTSA ID NUMBER: 11276989
## Components: ENGINE

**NHTSA ID Number:** 11276989

**Incident Date** December 9, 2018

**Consumer Location** DUMONT, NJ

**Vehicle Identification Number** 1C4PJMLB6KD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

2019 JEEP CHEEROKEE ENGINE KEEPS LOSING OIL I ONLY HAVE 6723 MILES ON JEEP IT TOTALLY TURNED OFF ON ME WHILE DRIVING THERE WAS NO INDICATION AT ALL THAT THE JEEP NEEDED OIL IT WAS 5 MONTHS OLD AND HAD TO ADD 3 QUARTS OF OIL TO IT SINCE THEN I HAVE HAD TO ADD AT LEAST A QUART OF OIL EVERY OTHER MONTH THIS SHOULD NOT HAPPEN ON A NEW VEHICLE RIGHT NOW I DO NOT FEEL SAFE DRIVING THE CHEEROKEE BECAUSE YOU DON'T KNOW IF IT WILL TURN OFF SPOKE TO THE DEALER THEY SAID IT SEEMS TO BE AN ISSUE WITH THAT ENGINE BUT THERE IS NO RECALL ON IT OR NOTHING THEY CAN DO SO I SHOULD KEEP OIL IN THE JEEP TO HAVE IF IT HAPPENS AGAIN. THIS IS NOT A ACCEPTABLE ANSWER ESPECIALLY SINCE IT CAN TURN OFF AT ANYTIME WITH OUT WARNING THIS NEEDS TO BE FIXED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

**September 24, 2019** **NHTSA ID NUMBER: 11257881**
**Components: ENGINE**
**NHTSA ID Number:** 11257881

**Incident Date** September 11, 2019

**Consumer Location** SOUTH HOLLAND, IL

**Vehicle Identification Number** 1C4PJLLB9KD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHEN DRIVING MY CAR, THE CAR HESITATES AS I TURN CORNERS, THE CAR SHAKES WHEN YOU START IT UP AND MOST IMPORTANTLY THE CAR CUT OFF WHILE I WAS DRIVING ALONG A BUSY STREET. I WAS IN RUSH HOUR TRAFFIC AND WAS ALMOST REAR ENDED BECAUSE OF IT. THIS SAME ISSUE HAPPENED

IN EITHER OCTOBER OR NOVEMBER. I MADE AN APPOINTMENT, I SPOKE TO THE PERSON AT THE DEALERSHIP AND THEY TOLD ME I PROBABLY NEEDED AN OIL CHANGE. I GOOGLED THE VEHICLE AND FOUND THERE WAS A RECALL THAT WOULD CAUSE THE SAME PROBLEMS I WAS HAVING. I PRESENTED TO THE DEALER THEY SAID THEY DIDN'T KNOW ABOUT IT BUT IT WAS SUPPOSEDLY RESOLVED. ALMOST ONE YEAR LATER I'M HAVING THE SAME ISSUE. IT'S DANGEROUS. I SPOKE WITH THE DEALERSHIP AND THEY SAID THE ENGINE WAS DESIGNED TO CUT OFF TO PROTECT THE ENGINE IF THE OIL IS LOW. THE ENGINE IN THESE CARS ARE A 2.4 TIGER SHARK ENGINE. THE DEALER REPLACED IT WITH A 2.4 MULTI-AIR ENGINE, POWER THE DEALER THIS SHOULD SOLVE THE PROBLEM OF THE ENGINE BURNING AN AN EXCESSIVE AMOUNT OF OIL. BOTH 2.4 ENGINES ARE DESIGNED TO SHUT OFF IF THERE IS A LOW AMOUNT OF OIL. THAT IS A SAFETY ISSUE THAT A CAR WOULD SHUT OFF IN THE MIDDLE OF DRIVING TO PROTECT ITSELF BUT THAT DOESN'T PROTECT THE DRIVER/PASSENGERS IT ACTUALLY PUTS THEM IN HARMS WAY.*DT *AS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | CHEROKEE | 2019 |

## August 29, 2019 NHTSA ID NUMBER: 11252239
## Components: ENGINE

**NHTSA ID Number:** 11252239

**Incident Date** August 1, 2019

**Consumer Location** VENTURA, CA

**Vehicle Identification Number** ZACCJADT3FP****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

EXCESSIVE OIL CONSUMPTION . 30000 MILES IN THE ENGINE AND IT GOES THROUGH OIL MORE OFTEN THAN THE RECOMMENDED OIL CHANGES. MAJOR ACCIDENT ISSUE, CAUSED BY ENGINE STALLINGS DUE TO UNEXPECTEDLY LOW OIL. ENGINE STALLED WHILE DRIVING 65MPH ON THE FREEWAY

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2015 |

## October 1, 2018 NHTSA ID NUMBER: 11132750
## Components: ENGINE
**NHTSA ID Number:** 11132750

**Incident Date** October 1, 2018

**Consumer Location** PALMERTON, PA

**Vehicle Identification Number** ZACCJBCT7FP****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

JEEP IS BURNING OIL AND COOLANT BETWEEN OIL CHANGES. NEED TO ADD OIL AT LEAST EVERY 2 TO 3 WEEK AND COOLANT MONTHLY. NO WARNING LIGHTS HAVE EVER COME ON INDICATION THE VEHICLE IS LOW, IT HAS NOT OVER HEATED. HAVE FOUND JEEP TO BE UPTO 3 QUARTS LOW ON OIL AND NO COOLANT IN RESERVOIR. NO SIGNS OF LEAKING OF ANY KIND. HAVE NOTICED A DISTINCT SMELL OF BURNT OIL AFTER LONG DRIVES. WHEN ADDING OIL AND COOLANT TODAY I FOUND A PINK FROTHY RESIDUE ON ALL THE HOUSE JOINTS FOR THE COOLANT. WHY AM I NOT GETTING ANY WARNING LIGHTS AND WHERE ARE THESE FLUIDS GOING TO. THERE IS DISTINCT METAL SOUND WHEN THE ENGINE IS RUNNING NOW. I ADDRESSED THE OIL ISSUE WITH THE DEAL THE LAST TIME IT WAS IN AND I WAS TOLD I

JUST NEED TO ADD OIL PERIODICALLY THAT "ALL VEHICLES" PERIODICALLY NEED OIL. I HAVE NEVER HAD THIS ISSUE WITH ANY OTHER VEHICLE I OWNED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2015 |

## September 30, 2016 NHTSA ID NUMBER: 10910872
## Components: ENGINE

**NHTSA ID Number:** 10910872

**Incident Date** August 29, 2016

**Consumer Location** HOUSTON, TX

**Vehicle Identification Number** ZACCJABT7FP****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

PURCHASED VEHICLE IN JULY 2015, WITH 12 MILES ON THE ODOMETER. VEHICLE DIED WHILE IN MOTION AT APPROXIMATELY 12 MPH ON MAY 2016. HAD FULL ELECTRICAL POWER, BUT ENGINE WOULD NOT TURN OVER AND IGNITION DID NOT EVEN MAKE "CLICK" NOISE. TOWED BY FCA 24H SERVICE TO THE CLOSEST DEALERSHIP (AND NOT THE ONE I BOUGHT IT FROM AND REQUESTED IT GO TO). AFTER 3 DAYS WAS TOLD THAT IT NEEDED OIL, OIL CHANGED WAS PERFORMED, AND THAT IT WAS FINE. OIL STARTED "DISAPPEARING" - NO LEAK, WASN'T BURNING. OIL PRESSURE LIGHT WOULD COME ON CONTINUOUSLY. CALLED FCA TO ALERT TO PROBLEM AND ASK WARRANTY QUESTIONS. WAS TOLD TO PUT OIL IN AND THAT THERE WERE NO PROBLEMS WITH 2015 RENEGADES; WARNED REP THAT CONTINUED DRIVING WITH NO OIL WOULD SEIZE ENGINE. CALLED ORIGINAL DEALERSHIP AND WAS TOLD TO REPLICATE THE PROBLEM. WAS ABLE TO REPLICATE PROBLEM - ENGINE SEIZED, WITH ONLY 9288 MILES ON IT, ON AUG 29 2016 WHILE

ENTERING NEIGHBORHOOD AT APPX.15 MPH - FIRST STARTED SHAKING AND RUMBLING LOUDLY, SPUTTERING AND DYING WHILE IN MOTION, ENGINE LIGHT CAME ON AND WOULD NOT START AFTER THAT. HAD TOWED TO ORIGINAL PURCHASE DEALERSHIP. WAS FIRST TOLD WAS A CYLINDER HEAD AND THAT WAS OIL IN THE SPARK PLUG SOCKETS AND ELSEWHERE (LUCKY IT DID NOT CATCH ON FIRE WHILE I WAS DRIVING). WEEK LATER WAS TOLD THAT A WHOLE NEW ENGINE WOULD HAVE TO GO IN, AS IT WAS SEIZED. ENGINE HAS FINALLY BEEN REPLACED AFTER 30 DAYS, AS DEALER HAD TO WAIT FOR FCA APPROVAL. NOW OUT OF POCKET ALMOST $400 FOR VEHICLE RENTALS AND TOWING, DESPITE FCA PROMISES TO PROVIDE. FILED FOR BUY BACK PROCESS AND GIVEN RUN AROUND. HAVE NOT HAD MY VEHICLE FOR A TOTAL OF 37 DAYS THIS YEAR - 35 WHICH ARE CONSECUTIVE. STILL WAITING FOR FCA RESPONSE; HAVE CALLED SEVERAL TIMES AND REP WILL NOT RETURN MY CALLS.

STAY FAR AWAY FROM ANY FCA PRODUCED VEHICLE THAT HAS THE 9 SPEED AUTOMATIC TRANSMISSION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2015 |

October 21, 2015 **NHTSA ID NUMBER: 10784943**
**Components: ENGINE**
**NHTSA ID Number:** 10784943

**Incident Date** October 2, 2015

**Consumer Location** ALEXANDRIA, VA

**Vehicle Identification Number** ZACCJBCT0FP****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ON OCTOBER 2, 2015 I WAS DRIVING DOWN A CITY STREET NEAR MY HOME. AS I CAME TO A STOPLIGHT THE ENGINE CUT OFF WITHOUT WARNING. THERE WERE NO WARNING LIGHTS OR MESSAGES ON THE DASHBOARD, THE ENGINE SIMPLY CUT OFF. I TRIED TO RESTART THE VEHICLE, AND RECEIVED THE MESSAGE "SHIFT TO PARK, THEN TO DRIVE." AT THIS POINT I WAS A HAZARD IN THE ROAD THAT OTHER VEHICLES HAD TO SWERVE TO AVOID. I WAS ABLE TO GET THE ENGINE RESTARTED AND TRAVELED APPROXIMATELY ¼ MILE TO A SPOT WHERE I COULD TURN AROUND. AS I TURNED ONTO A SIDE STREET THE ENGINE AGAIN CUT OFF WITHOUT WARNING. I WAS ABLE TO COAST TO THE SIDE STREET TO A SAFE PARKING SPOT. AFTER ABOUT 15 MINS I WAS ABLE TO START THE VEHICLE AGAIN AND DRIVE IT ½ MILE TO MY HOME WHERE I HAD THE VEHICLE TOWED TO THE JEEP DEALERSHIP SERVICE CENTER. THE DEALERSHIP KEPT MY VEHICLE FOR NEARLY A WEEK, BUT WAS UNABLE TO FIND ANYTHING WRONG. THEY STATED TO ME THAT THEY ATTACHED THE CHRYSLER COMPUTER DIAGNOSTIC AND FOUND NO ERRORS REGISTERED AND THAT THEY INSPECTED THE VEHICLE AND FOUND NOTHING WRONG. THEY ALSO STATED THAT THEY DROVE IT FOR 10 MILES AND COULD NOT GET THE ISSUE TO REPEAT, SO THEY TOLD ME TO PICK UP THE VEHICLE AND CONTINUE DRIVING IT. ON OCT 9 THE VEHICLE LOST POWER WHILE TURNING, BUT THE ENGINE DID NOT SHUT OFF AND AGAIN DISPLAYED NO WARNING LIGHTS. ON OCT 15 THE ENGINE AGAIN CUT OFF, BUT THIS TIME ON AN INCLINE AND ALMOST ROLLED INTO ONCOMING TRAFFIC. WE BROUGHT THE VEHICLE BACK TO THE DEALERSHIP AND DISCOVERED THERE WAS NO OIL IN THE ENGINE. MY SAFETY CONCERNS WITH THE RENEGADE ARE AS FOLLOWS:1) NONE OF THE ENGINE SENSING SYSTEMS REGISTERED THE LOW OIL, 2) IF THE LOW OIL LEVEL TRIGGERED THE ENGINE SAFETY CUTOFF WHY WAS THIS NOT REGISTERED IN THE VEHICLE'S FAULT LOG, AND 3) AFTER THE ENGINE SAFETY CUTOFF WAS TRIGGERED AND THERE WERE NO ERROR OR CHECK ENGINE MESSAGES OF ANY KIND. THEY COULD FIND NO RECORD OF ANY PROBLEMS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2015 |

**October 2, 2019** **NHTSA ID NUMBER: 11265592**
**Components: ENGINE**
**NHTSA ID Number:** 11265592

**Incident Date** October 1, 2019

**Consumer Location** Unknown

**Vehicle Identification Number** ZACCJBBT4GP****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I WAS DRIVING MY 2016 JEEP RENEGADE LATITUDE (2.4 LITER) WHEN THE VEHICLE STALLED ON ME. BEFORE IT STALLED I WAS STOPPED IN WHAT IS REFERRED TO AS A MICHIGAN LEFT. ONCE TRAFFIC WAS CLEAR I STARTED MY TURN AND AS I STARTED TO STRAIGHTEN OUT MY WHEEL, A VEHICLE IN FRONT OF ME WAS TURNING RIGHT INTO A BUSINESS. I APPLIED MY BRAKES AND THEN STARTED TO PUSH THE ACCELERATOR WHEN I NOTICED NO RESPONSE. I PUSHED A LITTLE MORE AND REALIZED THE ENGINE HAD SHUT OFF. I APPLIED THE BRAKE AND SHIFTED THE VEHICLE BACK TO PARK AND RESTARTED THE ENGINE. THERE WAS A GAS STATION NEAR SO I HEADED THERE. AS I WAS TURNING RIGHT INTO THE GAS STATION (SLIGHT INCLINED DRIVEWAY) I NOTICED A QUICK FLASH ABOUT OIL. I PARKED AT A PUMP AND POPPED THE HOOD TO CHECK THE OIL. TO MY SURPRISE I WAS GETTING VERY LITTLE TO NOTHING ON THE DIP STICK. I CHECKED MULTIPLE TIMES AND IT WAS THE SAME READING. I JUST HAD AN OIL CHANGE ON JULY 18, 2019. I HADN'T EVEN HIT THE NEXT SERVICE DATE (5,000-6,000 MILES) AND THERE HAD BEEN NO LEAKS THEY I HAD SEEN UNDER MY VEHICLE OR ANY ABNORMAL EXHAUST SMOKE (OIL BURNING) IN ANY OF THE TIME DRIVING THE VEHICLE. MY VEHICLE DOESN'T EVEN HAVE 48,000 MILES ON IT. I HAVE ONLY OWNED THE VEHICLE SINCE THE END OF JUNE. THIS STRUCK ME AS ODD AS I HAVE NEVER HAD ANY VEHICLE CONSUME THIS MUCH OIL WITH OUT SOME TYPE OF NOTICEABLE LEAK OR BURNING OF THE OIL. THERE WAS NO WARNING LIGHT PRIOR TO THIS EVENT ABOUT OIL DESPITE THERE BEING LITTLE TO NO READING OF OIL ON THE DIPSTICK.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2016 |

## May 17, 2019 NHTSA ID NUMBER: 11208335
## Components: ENGINE

**NHTSA ID Number:** 11208335

**Incident Date** May 14, 2019

**Consumer Location** EWA BEACH, HI

**Vehicle Identification Number** ZACCJABT9GP****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

THE CAR STALLS FREQUENTLY WITH NO WARNING AT SPEED AND ALSO WHEN EXECUTING A STOP. IT USES A HUGE AMOUNT OF OIL, 5 QTS BETWEEN CHANGES. I TOOK IT TO THE DEALER AND THEY TOLD ME THAT THIS CAR STALLS IF THE OIL LEVEL IS LOW. THIS MEANS THEY RECOGNIZE AN ISSUE AND HAVE DONE NOTHING ABOUT IT. HOW WOULD I KNOW THIS, AND HOW LOW DOES THE OIL HAVE TO BE TO STALL? THIS IS NOT NORMAL AND IF IT IS 'NORMAL' WHY HAVE THEY NOT TOLD ALL RENEGADE OWNERS? I WILL NEVER FEEL SAFE IN THIS CAR BECAUSE IF IT STALLS ON THE FREEWAY AT 60 MPH I WILL MOST CERTAINLY HAVE A CRASH.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2016 |

## January 29, 2019 NHTSA ID NUMBER: 11172751
## Components: ENGINE

**NHTSA ID Number:** 11172751

**Incident Date** November 3, 2018

**Consumer Location** VALLEY CENTER, CA

**Vehicle Identification Number** ZACCJABT5GP****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AROUND 40,000 MILES MY CAR STARTED CONSUMING OIL AT AN ALARMING RATE. THE DEALERSHIP SERVICE DEPARTMENT SAID IT WAS NORMAL FOR MY CAR TO CONSUME 1 QUART PER 750 MILES! THAT IS INSANE. THAT SAID, CHRYSLER GUIDELINE FOR CARS IS 1 QUART PER 2000 MILES FOR CARS BELOW 50,000 MILES. THE DEALERSHIP HAS REFUSED TO REPAIR MY ENGINE. I CAN'T EVEN GO 2500 MILES ON AN OIL CHANGE WITHOUT MY CAR SEIZING UP, STALLING, HAVING ERRORS CODES (LOW OIL PRESSURE, OIL LIGHT COMES ON, ELECTRICAL ERROR), WON'T ACCELERATE OVER 35 MILES PER HOUR. THIS ALL HAPPENS WHILE I'M DRIVING WITH NO WARNING! VERY DANGEROUS ON A FREEWAY! EVEN THE GUIDELINE FOR CARS OVER 50,000 MILES THE GUIDELINE BEING THE CAR CAN BURN 1 QUART EVERY 750 MILES IS RIDICULOUS. I'VE OWNED OLDER MODELS THAT NEVER DID THAT. IS THIS A NEW CAR THING? NEW CARS JUST BURN RIDICULOUS AMOUNTS OF OIL? TO WHAT END?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2016 |

**May 22, 2017** NHTSA ID NUMBER: 10990877
**Components: ENGINE**
**NHTSA ID Number:** 10990877

**Incident Date** May 15, 2017

**Consumer Location** HERNDON, VA

**Vehicle Identification Number** ZACCJBCT8GP****

**Summary of Complaint**

**CRASH**No

FIRENo

INJURIES0

DEATHS0

THE VEHICLE WILL DRIVE FINE THEN IT POWERS DOWN AND STALLS WHILE MOVING. THE RESTART PROCEDURE IS TO PLACE THE VEHICLE IN PARK, PRESS THE BRAKE THE PUSH THE ENGINE RUN BUTTON. THIS HAPPENS SEVERAL TIMES A DAY DURING NORMAL OPERATION OF THE VEHICLE AND HAS HAPPENED IN INTERSECTIONS. THE MANUFACTURER TOLD ME THE ENGINE IS DEFECTIVE DUE TO THE CASTING PROCESS WHICH CAUSES IT TO LOSE OIL THAT LEAKS INTO THE ENGINE SOMEWHERE AND CAUSES THE ENGINE TO SHUTDOWN EVEN WHILE MOVING. THEY ARE REPLACING THE ENGINE BUT AS THIS IS A MANUFACTURING ISSUE I CAN'T BELIEVE MY VEHICLE IS THE ONLY ONE WITH THIS ISSUE. THE VEHICLE IS CURRENTLY AT THE DEALERSHIP. THIS ISSUE OCCURRED MULTIPLE TIMES AND WITHOUT ANY WARNING WHATSOEVER.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2016 |

November 22, 2016 **NHTSA ID NUMBER: 10927375**
**Components: SERVICE BRAKES, ENGINE, ELECTRONIC STABILITY CONTROL**
**NHTSA ID Number:** 10927375

**Incident Date** November 18, 2016

**Consumer Location** ROCKPORT, MA

**Vehicle Identification Number** ZACCJBBW3GP****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2016 JEEP RENEGADE. WHEN THE CONTACT STARTED THE VEHICLE AFTER FILLING UP THE FUEL TANK, THE CHECK ENGINE AND ELECTRONIC STABILITY CONTROL WARNING INDICATORS ILLUMINATED AND THE VEHICLE STALLED. THE VEHICLE WAS ABLE TO RESTART ON THE FIRST ATTEMPT; HOWEVER, THE FAILURE RECURRED. IN ADDITION, THE VEHICLE MADE AN ABNORMAL SOUND AND THE EMERGENCY BRAKE WOULD NOT RELEASE. THE VEHICLE WAS TAKEN TO THE DEALER, BUT WAS NOT DIAGNOSED. THE DEALER RECOMMENDED TO HAVE THE OIL CHANGED EVERY 3,000 MILES AND TO CHECK THE DIP STICK EVERY TIME THE VEHICLE WAS FILLED WITH FUEL. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 5,870.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | RENEGADE | 2016 |

January 6, 2020 **NHTSA ID NUMBER: 11297374**
**Components: ENGINE**
**NHTSA ID Number:** 11297374

**Incident Date** January 6, 2020

**Consumer Location** CHANDLER, AZ

**Vehicle Identification Number** 1C3CDFBB3ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR IS BURNING OIL CAUSING IT TO STALL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

## June 3, 2019 NHTSA ID NUMBER: 11217665
## Components: ENGINE, UNKNOWN OR OTHER

**NHTSA ID Number:** 11217665

**Incident Date** June 2, 2019

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 1C3CDFBBXED****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY DODGE DART HAS AN ISSUE WHERE THE BATTERY LIGHT WILL TURN ON AND THEN THE CAR WILL TURN OFF WHILE IT IS IN USE. THIS ISSUE BEGAN AROUND 1 YEAR AGO AND HAS BEEN SPORADICALLY HAPPENING SINCE THEN. MY MECHANIC EXCHANGED MY BATTERY BUT THE ISSUE PERSISTED AND HE HAS BEEN UNABLE TO FIND A CAUSE. UPON DOING SOME RESEARCH THIS IS A COMMON PROBLEM WITH DODGE DARTS. WHEN THE OIL GETS LOW THE CAR WILL SHUT OFF WHEN IN USE WITHOUT AN INDICATOR LIGHT SHOWING THE OIL IS LOW AND DESPITE THE OIL LIFE PERCENTAGE NOT BEING CRITICALLY LOW (IT WAS 17% THE MOST RECENT TIME IT HAPPENED TO ME). THIS IS EXTREMELY DANGEROUS BECAUSE IT HAPPENS ABRUPTLY AND THE STEERING LOCKS UP WHILE THE CAR IS SHUTTING OFF.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

## December 5, 2018 NHTSA ID NUMBER: 11156056
## Components: ENGINE

**NHTSA ID Number:** 11156056

**Incident Date** August 8, 2016

**Consumer Location** BOULDER CITY, NV

**Vehicle Identification Number** 1C3CDFEB6ED****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

SUDDEN STALLING AT ANY SPEED, BEEN TO TOWBIN DODGE IN HENDERSON NEVADA, THEY SAY THEY ALL DO THAT WHEN IT NEEDS AN OIL CHANGE, SO I ASKED THEM, THERE IS ONLY 500 MILES SINCE U GUYS JUST CHANGED IT, THEY HOOKED UP A SCANNER AND SAID NO CODES CARS FINE. I SAID IT SHUTS OFF FOR NO REASON, THE STEERING GETS SUPER STIFF WHEN THE CAR DIES, AND IT'S A PUSH BUTTON START SYSTEM, THEN IT MAKES A FUNNY NOISE, AFTER A FEW ATTEMPTS IT WILL START UP AND BE FINE FOR A WEEK OR SO, SOMETIMES IT STALKS 2 TO 3 TIMES IN A MILE.

I'VE BEEN READING ABOUT THE DODGE DART WITH THEV2.4 LTR ENGINE STALLS FOR NO REASON, THIS IS A HUGE SAFETY ISSUE. THE DEALER STILL INSISTS IT'S AN OIL CHANGE TIMER IN THE COMPUTER THAT GETS YOU TO CHANGE THE OIL. I STRONGLY DISAGREE WITH THAT REASONING TO STALL THE CAR OUT ON THE FREEWAY OR INTERSECTION BECAUSE IT NEEDS AN OIL CHANGE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

**July 21, 2018** NHTSA ID NUMBER: 11112819

## Components: ENGINE

**NHTSA ID Number:** 11112819

**Incident Date** July 19, 2018

**Consumer Location** BAYVILLE, NJ

**Vehicle Identification Number** 1C3CDFBB5ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE CAR STALLS WHILE DRIVING AND DOES NOT RESTART IMMEDIATELY. THE DEALER CHANGES MY OIL EVERY 5,000 MILES. IT APPEARS TO STALL EVERY 3-4,000 MILES. THE SOLUTION FOR THE DEALER NOW IS TO BRING MY CAR IN EVERY 1,000 MILES. THIS SEEMS EXCESSIVE AND IS NOT A SOLUTION TO THIS DANGEROUS PROBLEM? SOMETIMES THE ENGINE TURNS OFF WHEN I'M IN TRAFFIC OR TRAVELING ON A BUSY STREET. THIS HAS BEEN HAPPENING SINCE I PURCHASED THE CAR NEW IN 2014. IT'S ONLY BEEN SERVICED BY THE DEALER.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

- 117 -

## May 18, 2018 NHTSA ID NUMBER: 11096734

## Components: ENGINE

**NHTSA ID Number:** 11096734

**Incident Date** October 7, 2016

**Consumer Location** MAGNOLIA, TX

**Vehicle Identification Number** 1C3CDFCB3ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ENGINE OVER-CONSUMES OIL. THE ENGINE WILL BE DRY FROM CONSUMING ALL OIL AT 4,000MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

## December 28, 2017 NHTSA ID NUMBER: 11057182

## Components: ENGINE

**NHTSA ID Number:** 11057182

**Incident Date** December 26, 2017

**Consumer Location** NEW PORT RICHEY, FL

**Vehicle Identification Number** 1C3CDFBB8ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

INJURIES0

DEATHS0

CROSSING A BUSY ROAD TO THE MIDDLE TURN LANE MY 2014 DODGE DART STALLED OUT AND HAD A COMPLETE LOSS OF POWER, LEAVING ME IN THE MIDDLE OF THE ROAD AND I WAS ALMOST TBONED. I WAS QUICKLY ABLE TO START THE VEHICLE AGAIN TO GET INTO THE MIDDLE TURN LANE WHERE THE CAR STALLED OUT AGAIN. AFTER SEVERAL ATTEMPTS I WAS ABLE TO START THE CAR AND TURN AROUND TO HEAD BACK HOME AND OFF THE ROAD. WHILE DRIVING 100FT THE CAR WAS STILL JERKING AS IT WAS ABOUT TO STALL YET AGAIN. I GET THE CAR HOME AND LEAVE IT PARKED TO CALL THE DEALERSHIP. THE ONLY THING THEY KEPT ASKING ME ABOUT OR WERE CONCERNED ABOUT WAS MY OIL AND IF I HAD BEEN DOING MY OIL CHANGES. SO, THEY OBVIOUSLY WERE AWARE OF THIS ISSUE WITH THE ENGINE FAILURE AND THE OIL. I TOLD THE DEALERSHIP THAT I HAVE COMPLETE DOCUMENTATION OF EVERY OIL CHANGE HAVING BEEN DONE ON TIME, EVERY TIME AND THAT I WASN'T EVEN DUE FOR MY NEXT OIL CHANGE. THE SERVICE DEPARTMENT OF THE DEALERSHIP STILL SUGGESTED I CHECK MY OIL LEVEL. I CHECK MY OIL AND IT'S SO LOW THAT NOTHING IS ON THE DIP STICK, MY ENGINE WAS DRY OF OIL WITHOUT MY OIL PRESSURE SENSOR EVER HAVING GONE OFF AND ZERO OIL IN MY DRIVEWAY. I CALLED IMMEDIATELY AND HAD THE CAR TOWED TO THE DEALERSHIP AS IT'S A VERY DANGEROUS PROBLEM AND STILL UNDER THE POWERTRAIN WARRANTY. THE NEXT DAY THE DEALERSHIP CALLS ME TO INFORM ME THAT THE INFORMATION I HAVE THEM WAS CORRECT THAT THERE WAS NO OIL IN MY CAR, NO OIL LEAKS AND NO RESIDUE OF OIL TO BE FOUND! THEY THEN PROCEEDED TO TELL ME THAT THEY'VE FILLED IT WITH OIL AND I'M REQUIRED TO CONTINUE DRIVING THIS DANGEROUS VEHICLE THAT ALREADY ALMOST HAD ME TBONED FOR ANOTHER 1,000 MILES TO DO AN OIL CONSUMPTION TEST BEFORE CHRYSLER WILL POSSIBLY APPROVE ME FOR A NEW MOTOR THAT IS STILL COVERED UNDER THE POWERTRAIN WARRANTY. I WAS ALSO TOLD THAT THEY ARE AWARE OF THE ISSUE OF THE MOTOR JUST BURNING THE OIL IN THIS CAR AND THAT IT'S DANGEROUS.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

July 7, 2017 NHTSA ID NUMBER: 11003740
## Components: ELECTRICAL SYSTEM, ENGINE
**NHTSA ID Number:** 11003740

**Incident Date** July 6, 2017

**Consumer Location** LONDON, KY

**Vehicle Identification Number** 1C3CDFCB0ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THIS IS THE SECOND TIME THIS HAS HAPPENED. THE ENGINE WILL STALL RANDOMLY WHILE DRIVING. THE FIRST TIME IT HAPPENED, WE HAD TO HAVE IT TOWED TO THE DEALERSHIP. THEY SAID IT WAS A SENSOR COVERED UNDER WARRANTY. OK GOOD. WELL A FEW DAYS AFTER, THE PROBLEM HAPPENED AGAIN. THIS TIME THEY SAY IT'S BECAUSE THE OIL NEEDED TO BE CHANGED. THE HUD SHOWED OVER 50% OIL LIFE LEFT. THE SAME ISSUE HAPPENED AGAIN A FEW DAYS AGO. THE PROBLEM SEEMS TO RESOLVE AFTER AN OIL CHANGE. I'VE NOTICED THIS HAS HAPPENED TO A LOT OF PEOPLE, BUT STILL NO RECALLS. THIS IS EXTREMELY DANGEROUS. WHEN THE ENGINE STALLS, YOU LOOSE POWER STEERING AND BRAKES. THIS CAN CAUSE A MAJOR ACCIDENT. LUCKILY, IT'S ONLY HAPPENED ON SURFACE STREETS. THIS ISSUE NEEDS TO BE LOOKED INTO AND FIXED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

May 11, 2017 NHTSA ID NUMBER: 10984890
## Components: ENGINE
**NHTSA ID Number:** 10984890

**Incident Date** April 12, 2016

**Consumer Location** RINEYVILLE, KY

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

2.4 L ENGINE STALLS AND DIES AT HIGHWAY SPEEDS. THE CAR ALSO USES A GREAT DEAL OF OIL, WITH NO EVIDENCE OF A LEAK. HAVE HAD IT IN THE SHOP SEVERAL TIMES. MECHANICS DO NOT KNOW WHAT TO DO WITH IT. SEEMS LIKE A FAULTY ENGINE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

**March 7, 2017** **NHTSA ID NUMBER: 10959080**
**Components: ENGINE**
**NHTSA ID Number:** 10959080

**Incident Date** March 3, 2017

**Consumer Location** Unknown

**Vehicle Identification Number** 1C3CDFBB1ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2014 DODGE DART. WHILE DRIVING 15 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS DIAGNOSED AS BEING LOW ON TWO QUARTS OF OIL. THE VEHICLE WAS TAKEN TO BE REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 24,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

## February 6, 2017 NHTSA ID NUMBER: 10949840
## Components: ENGINE

**NHTSA ID Number:** 10949840

**Incident Date** January 13, 2017

**Consumer Location** WORTHINGTON, IN

**Vehicle Identification Number** 1C3CDFBB3ED****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

AT 7 AM IN THE DARK, THE VEHICLE WAS APPROACHING A TRAIN TRACKS CROSSING AND STOPPED/STALLED ON A TRAIN TRACKS APPROACH. ALL ELECTRONICS WERE CHECKED AND VERIFIED AS GOOD. STARTER WOULD NOT ENGAGE. WHILE MAKING ARRANGEMENTS FOR A TOW TO THE DEALERSHIP, I CHECKED THIS BOARD FOR COMPLAINTS. SURE ENOUGH, THE LOW/NO ENGINE OIL ISSUE WAS THE ROOT CAUSE. THE ENGINE BURNS OIL AT AN ALARMING RATE AS IF IT WERE EVAPORATIVE. I WENT BACK AND ADDED A QUART. THE CAR FIRED RIGHT UP. I TOOK IT TO THE DEALERSHIP JUST TO BE SAFE FOR THEM TO CHECK IT OUT. OF COURSE, NO CODES WERE PREVALENT SO THEY COULD DO NOTHING BUT CHARGE ME FOR AN EXPENSIVE DIAGNOSTIC AND AN OIL CHANGE. THEY HAD IT FOR A WEEK. FCA

SENT ME A SURVEY SO I MADE THEM AWARE OF IT. NOW, I (ALONG WITH MANY OF MY FELLOW DART OWNERS) HAVE POSTED TO THE US GOVERNMENT'S OFFICIAL SITE FOR ACTIONABLE INTELLIGENCE THAT THEY MAY DO SOMETHING (ANYTHING!). HOW MANY NEAR MISSES HAVE TO BE REPORTED? HOW MANY ACTUAL FAILURES OF THIS SORT HAS CAUSED A MORTAL END? DEAD MEN AND WOMEN TELL NO STORIES AND REMEMBER THAT THE CAR'S FLASH MEMORY DOES NOT RECORD A CODE. SO CONCEIVABLY, THIS ISSUE MAY HAVE ALREADY BEEN THE CAUSE OF MANY PREVENTABLE DEATHS. THE INTERNET HAS VIDEO AVAILABLE OF THIS FAILURE IF THE NHTSA ARE INTERESTED. IT'S DANGEROUS AND CALLOUS THAT THIS ISSUE IS NOT BEING INVESTIGATED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| DODGE | DART | 2014 |

**January 24, 2017** **NHTSA ID NUMBER: 10947283**
**Components: ENGINE, POWER TRAIN**
**NHTSA ID Number:** 10947283

**Incident Date** October 21, 2015

**Consumer Location** GLEN AUBREY, NY

**Vehicle Identification Number** 1C3CDFBB7ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I WOULD LIKE TO VOICE MY OPINION ON A SAFETY ISSUE INVOLVING THESE CARS WITH THE 2.4 LITER ENGINE. THESE CARS ARE USING OIL, WAY FASTER THAN THEY SHOULD. THE CARS STALL OUT LOSING ALL POWER AND STEERING IF THE OIL BECOMES TOO LOW. THERE ISN'T ANY INDICATOR LIGHT THAT YOU ARE LOW OR ANY SIGN UNTIL IT HAPPENS. CURRENTLY MY CAR IS

USING JUST SHY OF A QUART OF OIL EVERY 1K MILES AND THIS IS ACCEPTABLE IN DODGE'S EYES. THEY ADVERTISE THESE CARS TO GO 6-8K MILES BETWEEN OIL CHANGES - NO MORE THAN 10K MILES! WELL, AT 5.5 QT CAPACITY... YOU WILL ALWAYS RUN OUT PLUS SOME BEFORE A CHANGE IS DUE! I HAVE SEEN MANY PEOPLE COMMENTING ABOUT THEIR VEHICLE STALLING OUT ON HIGHWAYS, ETC WITHOUT ANY WARNING. MAJORITY OF PEOPLE I'M SURE ARE NOT THINKING TO CHECK THEIR OIL ON THEIR NEW CAR WITH EVERY GAS FILL UP TO BE SURE THE LEVEL IS OK. THIS IS TOTALLY UNACCEPTABLE! THESE CARS USE THE 0W20 SYNTHETIC OIL AND IT AVERAGES ABOUT $9 A QT. THIS IS DOUBLING THE COST OF OIL CHANGES SINCE YOU NEED TO FILL IT UP SEVERAL TIMES IN BETWEEN. PLUS WHERE IS THIS OIL GOING? MINE HAS RECENTLY STARTED SPUTTERING AND WILL BE TAKING IT BACK TO THE SHOP .. AGAIN.. HAVE A FEELING THIS OIL IS POOLING SOMEWHERE AND NOW CAUSING A CLOG IN SOMETHING! *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

---

**October 10, 2016** NHTSA ID NUMBER: 10915058
**Components: POWER TRAIN, WHEELS, ENGINE**
**NHTSA ID Number:** 10915058

**Incident Date** October 4, 2016

**Consumer Location** KYLE, TX

**Vehicle Identification Number** 1C3CDFDH9ED****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TAKATA RECALL

THIS 2014 DODGE DART AERO HAS NOW HAD MULTIPLE PROBLEMS WITH THE CLUTCH AND AXLES. IT IS CURRENTLY IN THE SHOP TO HAVE THE SLAVE CYLINDER FOR THE CLUTCH AS WELL AS THE AXLES FIXED FOR THE SECOND TIME IN 2 YEARS. THEY ARE ALSO IN THE PROCESS OF CHECKING IN TO WHY THE CHECK ENGINE LIGHT CAME ON FOR THE MASS AIR FLOW SENSOR. THIS MAKES 2 TIMES THAT IT HAS GONE TO THE SHOP FOR CLUTCH AND AXLE ISSUES. THEY ALSO DON'T KNOW WHAT THE REAL PROBLEM IS FOR THE CHECK ENGINE LIGHT. I HAVE ASKED THEM TO BUY THE CAR BACK AND THEY WONT. THEY ALSO STATED THAT I MAY BE HAVING TO PAY SOME OUT OF POCKET TO GET MY CAR FIXED THIS TIME. THIS CAR IS NOTHING BUT PROBLEMS. LIKE I MENTIONED BEFORE; TWICE FOR THE CLUTCH AND AXLES, THE ENGINE LIGHT IS ON FOR A REASON THEY DON'T KNOW OTHER THAT THEY THINK IT IS THE MASS AIR FLOW SENSOR, THE THIRD TIME I TOOK IT TO DODGE FOR AN OIL CHANGE THEY TOLD ME THAT NO OIL CAME OUT OF THE ENGINE AND THEN TRIED TO EXPLAIN TO ME THAT MY ENGINE WAS "KNOWN" TO DO THAT. NOW I HAVE JUST GOTTEN OFF THE PHONE WITH THE MANUFACTURER CUSTOMER SERVICE AND THEY REPLIED WITH THEY WILL COVER ALL THE COSTS EXCEPT FOR $100. SEEMS KIND OF ODD TO SETTLE ON THAT AMOUNT. PLUS THEY WONT BUY IT BACK. THEREFORE, THIS CAR IS KNOWN TO HAVE CLUTCH AND ENGINE PROBLEMS AND DODGE EXPECTS ME TO DRIVE AROUND NOT HAVING TO WORRY ABOUT IF MY LIFE IS AT RISK. I SHOULD ALSO MENTION THAT THE TIRES THAT CAME ON THE CAR WERE FAULTY AS WELL AS I HAD TO REPLACE TWO OF THEM ALREADY. THE BANDS ON THE INSIDE OF THE TIRE CAME LOOSE AND CAUSED PROBLEMS WITH THE DRIVING AS WELL. THIS IS JUNKER CAR THAT I PURCHASED NEW AND DODGE COULD CARE LESS THAT IT IS FALLING APART.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

June 24, 2016 **NHTSA ID NUMBER: 10876406**
## Components: ENGINE
**NHTSA ID Number:** 10876406

**Incident Date** March 1, 2016

**Consumer Location** MCHENRY, IL

**Vehicle Identification Number** 1C3CDFBB9ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2014 DODGE DART. THE CONTACT STATED THAT THE VEHICLE EXPERIENCED EXCESSIVE OIL CONSUMPTION. THE VEHICLE USED OVER A QUART OF OIL IN 1,000 MILES. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE CONTACT WAS INFORMED THAT THE INFORMATION NEEDED TO BE DOCUMENTED FOR A FEW MONTHS, BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 19,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

June 23, 2016 NHTSA ID NUMBER: 10876124
**Components: ENGINE**
**NHTSA ID Number:** 10876124

**Incident Date** June 23, 2016

**Consumer Location** GOODYEAR, AZ

**Vehicle Identification Number** 1CF3CDFBB7E****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

PULLING TO A STOP ON THE MORNING OF TUESDAY, JUNE 21, CAR SHUDDERED THEN DIED 1 BLOCK FROM HOME. NO WARNING LIGHTS CAME ON, AND NONE HAD FLASHED IN THE 1.5 YEARS I HAVE OWNED THE CAR. COULD NOT GET CAR TO START FOR 10 MINUTES. ONCE CAR STARTED, NO WARNING LIGHTS APPEARED. DROVE IT TO MY LOCAL SERVICE STATION FOR A DIAGNOSTIC. THEY FOUND NO ISSUES. DROVE IT ALL DAY WEDNESDAY WITH NO ISSUES. THURSDAY MORNING, IT SHUDDERED AND DIED ABOUT 3 BLOCKS FROM HOME. AGAIN NO WARNING LIGHTS, AND CAR WOULD NOT START. HAD IT TOWED TO LOCAL SERVICE STATION WHERE IT WAS SERVICED ON TUESDAY. WHILE WAITING FOR A TOW, SEARCHED THE INTERNET FOR COMMON DODGE DART PROBLEMS, AND DISCOVERED THAT THEY BURN THROUGH OIL. CHECKED THE OIL AND ZERO OIL WAS REGISTERED ON THE DIPSTICK, DESPITE HAVING JUST OVER 3K MILES SINCE LAST OIL CHANGE. NO SIGNS OF AN OIL LEAK. NO WARNING LIGHTS OR INDICATORS OF A PROBLEM. NO ISSUES WITH OVER HEATING. MECHANIC IS CURRENTLY DIAGNOSING THE ISSUE TO DETERMINE A FIX.

THIS IS A RECURRING PROBLEM WITH DODGE DARTS IF COMPLAINTS ON PUBLIC FORUMS ARE ANY INDICATION. REPORTS OF ENGINES SEIZING DUE TO BURNING THROUGH OIL AT AN EXCESSIVELY HIGH RATE ARE COMMON FOR THIS CAR WHETHER THE CAR HAS 9K MILES, OR 50K MILES. IT IS INCREDIBLY DANGEROUS FOR A CAR TO RUN WITHOUT OIL, AND POSSES A SERIOUS SAFETY RISK, ESPECIALLY IF THE ELECTRICAL AND DIAGNOSTIC INFORMATION IS NOT RECOGNIZING THE ISSUE SO THAT OWNERS CAN ADDRESS IT IN ADVANCE OF ENGINE SEIZURE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

June 17, 2016 **NHTSA ID NUMBER: 10874749**
**Components: ENGINE, ELECTRICAL SYSTEM, SERVICE BRAKES**
**NHTSA ID Number:** 10874749

**Incident Date** June 16, 2016

**Consumer Location** KENNEWICK, WA

**Vehicle Identification Number** 1C3CDFBB2ED****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THIS VEHICLE HAVE HAD TWO OCCASIONS OF MASTER CYLINDER BRAKE FLUID LOSS AND UNEXPLAINED TOTALL ENGINE OIL EVAPORATION WITHOUT WARNING THAT CAUSED THE LOSS OF POWER WHILE DRIVING. LUCKILY IT HAPPENED IN CITY, NOT HIGHWAY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

April 5, 2016 **NHTSA ID NUMBER: 10853581**
**Components: ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 10853581

**Incident Date** August 15, 2015

**Consumer Location** ALEXANDRIA, VA

**Vehicle Identification Number** 1C3CFEB0ED8****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I HAVE A 2014 DODGE DART THAT IS BURNING OIL AT WHAT SEEMS TO ME TO BE AN ALARMING RATE. I HAVE HAD MY VEHICLE IN THE SHOP OVER 4 TIMES. I AM BEING TOLD I HAVE NO LEAKS AND MY CAR IS FINE, AND THAT IT IS

CHARACTERISTIC THAT MY CAR NEEDS TO HAVE OIL ADDED EVERY 2K MILES. I DRIVE MY CAR TO AND FROM WORK AND I RARELY TRAVEL OUT OF STATE. I AM NOT OVER DRIVING OR ROUGH DRIVING MY CAR BY ANY MEANS. I HAVE SPENT OVER 1K DOLLARS IN RENTALS AND REPAIRS. I HAVE A 3 YEAR OLD SON THAT I DRIVE TO DAYCARE 4 DAYS A WEEK AND I CANNOT MENTALLY BE COMFORTABLE DRIVING MY SON IN A CAR THAT STOPS IN THE MIDDLE OF THE ROAD BECAUSE ITS OUT OF OIL. DODGE HAS DONE NOTHING TO HELP ME AND I AM SEEKING LEGAL ACTION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

January 21, 2016 **NHTSA ID NUMBER: 10821593**
**Components: ENGINE**
**NHTSA ID Number:** 10821593

**Incident Date** January 16, 2016

**Consumer Location** TACOMA, WA

**Vehicle Identification Number** 1C3CDFBB4ED****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TIGER SHARK MULTI-AIR 2 ENGINE CONSUMES 1QT OIL PER 1000 MILES. I WAS UNAWARE OF THIS CONSUMPTION ISSUE AND THE OIL WENT TO LOW AND ENGINE IS DESIGNED TO SHUT OFF. THIS STALLING HAS HAPPEN 3 TIMES TO AND 1 TO THE DEALERSHIP. NONE OF THE CARS WARNING INDICATORS COME ON WHEN PRESSURE IS LOW THE CAR JUST STALLS. DEALERSHIP RESOLUTION WATCH OIL LEVEL AND THERE IS FIX FOR THE CONSUMPTION OR ANY WAY FOR THE WARNING LIGHTS TO BE TRIGGERED. SO IF I FORGET

TO CHECK THE OIL I AM GAMBLING WITH MY LIFE AND OTHERS ON THE ROAD IF THE CAR STALLS WHILE ON THE HIGHWAY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

July 10, 2015 **NHTSA ID NUMBER: 10733280**
**Components: ENGINE**
**NHTSA ID Number:** 10733280

**Incident Date** October 1, 2014

**Consumer Location** PHILADELPHIA, PA

**Vehicle Identification Number** 1C3CDFBB0ED****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2014 DODGE DART. THE CONTACT STATED THAT THE ENGINE OIL WAS DEPLETING PREMATURELY. THE DEALER STATED THAT THE ENGINE MOTOR FAILED. THE DEALER STATED THAT THE MOTOR MAY NEED TO BE REBUILT. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED. THE APPROXIMATE FAILURE MILEAGE WAS 7,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2014 |

August 6, 2019 NHTSA ID NUMBER: 11242097
## Components: ENGINE
**NHTSA ID Number:** 11242097

**Incident Date** May 16, 2019

**Consumer Location** ORLANDO, FL

**Vehicle Identification Number** 1C3CDFBB6FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2015 DODGE DART. WHILE DRIVING 55 MPH, THE VEHICLE SEIZED AND LOST POWER WITHOUT WARNING. THE VEHICLE VEERED TO THE SHOULDER OF THE ROAD. WHEN THE VEHICLE WAS TURNED OFF AND RESTARTED, IT RESUMED NORMAL OPERATION. THE VEHICLE WAS TAKEN TO GREENWAY DODGE CHRYSLER JEEP RAM (9051 E COLONIAL DR, ORLANDO, FL 32817, (407) 347-4929) WHERE IT WAS DIAGNOSED THAT THE OIL CONSUMPTION SEEMED LOW. THE OIL WAS CHANGED, BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED CASE NUMBER: 59514487. THE CONTACT WAS INFORMED THAT THE VEHICLE WOULD NEED TO BE DRIVEN FOR 2,000 MILES IN ORDER TO DETERMINE IF THE ENGINE NEEDED TO BE REPLACED. THE FAILURE MILEAGE WAS APPROXIMATELY 54,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

January 16, 2019 **NHTSA ID NUMBER: 11170385**
## Components: ENGINE
**NHTSA ID Number:** 11170385

**Incident Date** November 30, 2018

**Consumer Location** MERCHANTVILLE, NJ

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

WHEN MY OIL IS LOW, THERE IS NO WARNING ON DASH, MY CAR JUST SHUTS OFF. WE HAVE TAKEN IT TO A FEW DEALERSHIPS IN SOUTH JERSEY AND THEY SAID THIS IS A COMMON ISSUE WITH THE DODGE DARTS. IF MY HUSBAND WAS NOT A MECHANIC AND CHANGED OIL EARLY, I WOULD HAVE THIS ISSUE EVERY TIME!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

November 17, 2018 **NHTSA ID NUMBER: 11152235**

## Components: ENGINE
**NHTSA ID Number:** 11152235

**Incident Date** November 17, 2018

**Consumer Location** SANDUSKY, OH

**Vehicle Identification Number** 1C3CDFEB2FD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

VEHICLE STARTED STALLING LAST WINTER AFTER REMOTE START THOUGHT IT WAS REMOTE START ACTING UP BUT NOW IT STARTED STALLING RANDOMLY AT IDLE AND TURNING NOW IT HAS STALLED DRIVING DOWN THE ROAD AND SOMETIMES WILL NOT RESTART RIGHT AWAY, IT IS SCHEDULED TO HAVE AN OIL CHANGE IN 4 DAYS SO I STARTED SEARCHING WHY IT WOULD BE STALLING AND READ ABOUT EXCESSIVE OIL CONSUMPTION. I JUST CHECKED MY OIL AND IT IS BARELY READING ON DIPSTICK. THIS IS BS THERE IS NO WAY IT SHOULD BE CONSUMING THIS MUCH OIL BETWEEN OIL CHANGES. I BOUGHT IT BRAND NEW AND IT ONLY HAS 33,000 MILES ON IT.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## August 20, 2018 NHTSA ID NUMBER: 11120973
## Components: ENGINE
**NHTSA ID Number:** 11120973

**Incident Date** July 5, 2015

**Consumer Location** TOLEDO, OH

**Vehicle Identification Number** 1C3CDFBB3FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2015 DODGE DART. WHILE DRIVING VARIOUS SPEEDS, THE ENGINE MADE A KNOCKING SOUND AND THE VEHICLE OPERATED ROUGHLY, JERKED, HESITATED, AND DID NOT IMMEDIATELY RESPOND WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE VEHICLE WAS TAKEN TO A LOCAL UNKNOWN DEALER WHERE IT WAS DIAGNOSED THAT THE VEHICLE WAS LOW ON OIL, ALTHOUGH THE CONTACT STATED THAT THE VEHICLE WAS ROUTINELY TAKEN TO IN FOR OIL CHANGES. THE CAUSE OF THE FAILURE WAS NOT DETERMINED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 500.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

---

July 23, 2018 NHTSA ID NUMBER: 11113117
## Components: ENGINE
**NHTSA ID Number:** 11113117

**Incident Date** July 23, 2018

**Consumer Location** DAVENPORT, FL

**Vehicle Identification Number** 1C3CDFBB9FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I PURCHASED MY 2015 DART NEW FROM THE DEALERSHIP. SINCE 7/2017, THE CAR HAS STALLED OUT IN THE MIDDLE OF DRIVING AND LEFT ME STRANDED ON 3 SEPARATE INSTANCES. THE BATTERY LIGHT COMES UP ON THE DASH AFTER THE CAR STALLS OUT BUT THERE IS NO WARNING BEFORE THAT. THE CAR DOES NOT RESTART AND HAS TO BE LEFT FOR 5-10 MINUTES BEFORE IT WILL TURN OVER. EVEN THEN YOU CAN ONLY DRIVE IT UNTIL YOU PUSH THE BRAKE AGAIN AND IT STALLS OUT. THE DEALERSHIP INSISTS THAT THIS IS NORMAL FOR THE DART AND THAT IT BURNS MORE OIL THAN OTHER VEHICLES. EVERY TIME THIS OCCURS, THERE IS NOT A DROP OF OIL IN THE CAR. WHEN IT HAPPENED TODAY, THERE ARE LESS THAN 5,000 MILES ON THE CAR SINCE THE LAST OIL CHANGE AND IT HAS BEEN LESS THAN 3 MONTHS SINCE THE LAST OIL CHANGE. THE LAST TWO TIMES THIS HAS HAPPENED, I HAVE NEARLY GOTTEN HIT BECAUSE THE ENGINE JUST SHUTS DOWN WITHOUT WARNING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## June 21, 2018 NHTSA ID NUMBER: 11102946
## Components: ENGINE

**NHTSA ID Number:** 11102946

**Incident Date** August 4, 2017

**Consumer Location** LAKEWOOD, WA

**Vehicle Identification Number** 1C3CDFFBB2F****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ENGINE IS BURNING OIL AT AN ALARMING RATE. I HAVE TO FILL UP THE ENGINE WITH OIL TO KEEP IT FROM STALLING, EVERY 2 WEEKS. WHEN THE

ENGINE USES UP THAT OIL, IT STALLS MULTIPLE OF TIMES UNTIL I CAN DRIVE IT TO AN AUTOSHOP.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

June 6, 2018 NHTSA ID NUMBER: 11100205
**Components: ENGINE**
**NHTSA ID Number:** 11100205

**Incident Date** October 1, 2016

**Consumer Location** CAPITOL HEIGHTS, MD

**Vehicle Identification Number** 1C3CDFBB5FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

VEHICLE IS BURNING OIL WAY TO FAST. I GET MY OIL CHANGES FREQUENTLY AND HAVE TO KEEP A BIG BOTTLE IN THE CAR AS EXTRA. THE VEHICLE CAN BE DRIVING AND JUST COMPLETELY SHUT OFF IN MOTION. WHEN I ADD MORE OIL THAT CAR CUTS BACK ON. I DON'T HAVE ANY OIL SPOTS WHEN I PARK MY VEHICLE SO I HAVE NO CLUE WHERE THE OIL IS GOING. NO CHECK ENGINE LIGHTS ARE ON. I TAKE IT TO THE SHOP AND THEY DON'T KNOW WHAT THE ISSUE IS. THIS IS AN ISSUE I HAD SINCE I PURCHASED THE VEHICLE. I'M COMPLETELY OVERWHELMED WITH HOW DANGEROUS THIS CAR IS. THIS PROBLEM IS STILL CURRENT TIL THIS DAY 6/6/2018.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## May 15, 2018 NHTSA ID NUMBER: 11093862
## Components: ENGINE

**NHTSA ID Number:** 11093862

**Incident Date** May 12, 2018

**Consumer Location** MEDINAH, IL

**Vehicle Identification Number** 1C3CDFEB0FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2015 DODGE DART. WHILE DRIVING AT AN UNKNOWN SPEED, THE ENGINE STALLED. THE VEHICLE WAS ABLE TO BE RESTARTED. THE VEHICLE WAS TAKEN TO LARRY ROESCH CHRYSLER, DODGE, JEEP, RAM (200 WEST GRAND AVENUE, ELMHURST, IL 60126, 630-834-8000) WHERE IT WAS DIAGNOSED THAT THE ENGINE OIL WAS LOW. THE DEALER STATED THAT THE ENGINE OIL MIGHT BE RELEASING THROUGH THE EXHAUST SYSTEM AND THAT THE 2.4 LITER ENGINE WAS KNOWN TO BE FAULTY. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE CONTACT WAS CONCERNED THAT THE ENGINE MAY STALL IN TRAFFIC ON THE HIGHWAY. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 43,600.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## April 6, 2018 NHTSA ID NUMBER: 11083577
## Components: ENGINE

**NHTSA ID Number:** 11083577

**Incident Date** April 6, 2018

**Consumer Location** ELLETTSVILLE, IN

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ENGINE SHUTDOWN WHILE DRIVING. APPEARS TO BE SENSOR DETECTING LOW OIL AND RATHER THAN TRIGGERING THE MIL OR A LOW OIL INDICATOR, IT SHUTS THE ENGINE DOWN. HAPPENED TO MY WIFE WHILE SHE WAS DRIVING ON A HIGHWAY. ENGINE POWER LOSS, AND ALSO LOSS OF POWER STEERING AND BRAKING. ALL DASH LIGHTS CAME ON, RADIO CONTINUED PLAYING, AND LIGHTS KEPT WORKING SO IT WASN'T A COMPLETE ELECTRICAL POWER LOSS BUT A CONTROLLED ENGINE SHUTDOWN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

February 13, 2018 NHTSA ID NUMBER: 11072734
## Components: ENGINE
**NHTSA ID Number:** 11072734

**Incident Date** November 13, 2017

**Consumer Location** CLEMSON, SC

**Vehicle Identification Number** 1C3CDFBB0FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

WHEN DRIVING THE DART, THE VEHICLE WILL SHUT OFF WHILE IN DRIVE. THE DEALER IS SAYING THAT IT IS A SAFETY SWITCH FOR LOW OIL. HOWEVER THERE IS NO OIL LIGHT TURNING ON ON THE DASH BOARD AND THERE IS OIL LIFE REMAINING ON THE DIGITAL DISPLAY. THIS HAS HAPPENED NUMEROUS TIMES WITH NO RESOLVE. THE DEALER HAS EVEN WENT AS FAR AS TO SAY "WELL, YOU BOUGHT A DODGE DART". WHEN WE PURCHASED THE DART, WE BOUGHT THE MAINTENANCE PACKAGE, INCLUDING OIL CHANGES. WE USE THIS PACKAGE ALL THE TIME AND THERE WOULD BE NO EXCUSE TO BE LOW ON OIL THAT FAST IN A NEWER VEHICLE. THIS HAS HAPPENED A HALF DOZEN TIMES, SPEEDS VARYING FROM DRIVING IN A PARKING LOT (5-10MPH) , TO DOWN A STREET(35-45MPH) THANKFULLY NEVER ON A HIGHWAY. WE ARE FEARFUL FOR THE DAY THIS HAPPENS WITH CHILDREN IN THE CAR. WE HAVE BEEN IN CONTACT WITH DAIMLER CHRYSLER AND THEY HAVE NOT HELPED. ONE MECHANIC HAS TOLD ME THIS HAPPENS MORE OFTEN THAT YOU WOULD THINK. BUT STILL NO RESOLVE.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| DODGE | DART | 2015 |

February 1, 2018 NHTSA ID NUMBER: 11066457
## Components: ENGINE
**NHTSA ID Number:** 11066457

**Incident Date** June 1, 2017

**Consumer Location** ROCKVILLE, MN

**Vehicle Identification Number** 1C3CDFBB9FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2015 DODGE DART. THE CONTACT STATED THAT THERE WAS NO WARNING INDICATOR TO SPECIFY WHEN THE OIL WAS LOW. AS A RESULT, THE VEHICLE STALLED MORE THAN ONCE AND THE FAILURE WAS PROGRESSING INTERMITTENTLY. THE OWNER'S MANUAL HAD SPECIFIC GUIDELINES THAT WERE IN DIRECT CONFLICT WITH WHAT THE CONTACT WAS EXPERIENCING. THE DEALER (MCKAY'S DODGE CHRYSLER JEEP RAM FIAT, 2020 FRONTAGE RD S, WAITE PARK, MN 56387, (320) 252-7170) PROVIDED AN OIL CHANGE, INDICATED THAT AN OIL CONSUMPTION TEST WAS NEEDED, AND STATED THAT THEY WOULD NEED TO CHECK THE OIL LEVELS EVERY 500 MILES. THE CONTACT FELT THAT THIS WAS NOT A PERMANENT SOLUTION AND WAS UNABLE TO DETERMINE WHEN THE LEVELS WERE LOW. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND PROVIDED NO SOLUTION. THE FAILURE MILEAGE WAS NOT AVAILABLE. *TT *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

January 30, 2018 NHTSA ID NUMBER: 11065865
## Components: ENGINE
**NHTSA ID Number:** 11065865

**Incident Date** January 29, 2018

**Consumer Location** ETOWAH, TN

**Vehicle Identification Number** 1C3CDFEB3FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

DRIVING CAR AT 25 MPH AND IT STALLED WITHOUT WARNING AND WITHOUT ANY CLEAR INDICATION WHAT THE PROBLEM WAS. AFTER 10 MINUTES THE CAR STARTED AND WAS DRIVEN HOME. A SIMPLE GOOGLE SEARCH REVEALED LOW OIL COULD BE THE PROBLEM. OIL WAS CHECKED AND NOTED THAT IT WAS VERY LOW; THERE HAD BEEN NO INDICATION THAT THE CAR HAD LOW OIL. WE CALLED THE DEALER TO SET UP AN OIL CHANGE APPOINTMENT AND DESCRIBE THE STALLING PROBLEM AND THEY SAID "YOU MUST HAVE A DART", LIKE IT IS A COMMON PROBLEM. IT IS A VERY DANGEROUS SITUATION TO SHUT OFF THE ENGINE WITHOUT WARNING. CAR HAS APPROXIMATELY 40,000 MILES......

WEREN'T LOW OIL INDICATORS INVENTED IN THE 70'S?

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

**January 10, 2018 NHTSA ID NUMBER: 11061608**
**Components: ENGINE**
**NHTSA ID Number:** 11061608

**Incident Date** January 5, 2018

**Consumer Location** CENTERTON, AR

**Vehicle Identification Number** 1C3CDFBB2FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

VEHICLE HAS SCARING ON THE CYLINDER WALLS THAT IS SOAKING UP OIL AND CAUSING A EXCESSIVE OIL LOSS, CAUSING THE VEHICLE TO SHUT DOWN WHEN TAKING A CORNER AND NOT ABLE TO RESTART THE VEHICLE FOR A PERIOD OF TIME. I HAVE BEEN STRANDED IN THE MIDDLE OF THE ROAD A FEW TIMES NOT ABLE TO START THE VEHICLE RESULTING IN ME HAVING TO JUMP START IT TO BE ABLE TO GET THE VEHICLE TO MOVE. APPARENTLY THIS IS A COMMON PROBLEM WITH THE 2.4L TIGERSHARK ENGINES. I AM AFRAID I WILL BE STRANDED ON A BUSY STREET AND THE POSSIBILITY TO BE HIT. MY VEHICLE IS CURRENTLY AT THE SELLING DEALERSHIP AND IS TELLING ME THAT CHRYSLER IS DENYING THE CLAIM FOR A ENGINE REPLACEMENT, THEY ARE TELLING THE TECH TO GIVE ME AN OIL CHANGE AND SEND ME ON MY WAY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

**September 23, 2017** NHTSA ID NUMBER: 11025143
**Components: ENGINE**
**NHTSA ID Number:** 11025143

**Incident Date** September 20, 2017

**Consumer Location** YPSILANTI, MI

**Vehicle Identification Number** 1C3CDFBB3FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

INJURIES0

DEATHS0

MY 17 YEAR OLD SON WAS DRIVING HIS 2015 DODGE DART ON THE ROAD AND IT COMPLETELY STALLED ALMOST CAUSING AN ACCIDENT. IT THEN STARTED UP AGAIN AND DROVE. CAR WOULD NOT START AT SCHOOL UNTIL MANY TRIES. CAR 1 DAY LATER, 09202017, STALLED AGAIN WHILE DRIVING ON THE ROAD AND AND THANK GOD NO CARS WERE BEHIND HIM FOR A REAR END ACCIDENT. THIS IS A VERY DANGEROUS CONDITION ! DEALER INDICATED THE CAR WAS LOW ON OIL (ONLY 25% OIL LEFT). NO ENGINE OIL LIGHT HAS COME ON TO EVER WARN US. ADDITIONALLY, THE DODGE DART FORM WEBSITE INDICATES THIS IS A COMMON PROBLEM WITH THE DART'S 2.4L ENGINE CONSUMING 1 QUART OR MORE EVERY 2,000 MILES. THIS IS RIDICULOUS FOR A NEW CAR TO BURN THIS MUCH OIL AND CAN CAUSE THE ENGINE SHUT OFF PROTECTION WHILE ON A FREEWAY OR BUSY ROAD WHICH CAN CAUSE AN ACCIDENT. DEALERS ARE NOT SURE WHAT TO SAY AND DON'T INVESTIGATE THIS ENGINE PROBLEM. CAN SOMEONE HELP THIS COMMUNITY OF CAR OWNERS BEFORE ACCIDENTS OCCUR AND LOSS OF VEHICLE ENGINES AT GREAT EXPENSE TO OWNER. MANY PEOPLE ON THE MENTIONED FORUM ALSO INDICATE THEIR OIL LOW LIGHT HAS NEVER COME ON TO WARN THEM BEFORE THE CAR AUTOMATICALLY SHUTS OFF "WHILE DRIVING"

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

June 15, 2017 NHTSA ID NUMBER: 10995335
## Components: ENGINE
**NHTSA ID Number:** 10995335

**Incident Date** October 14, 2015

**Consumer Location** DAYTON, OH

**Vehicle Identification Number** 1C3CDFBB5FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2015 DODGE DART. WHILE DRIVING VARIOUS SPEEDS, A BEEPING NOISE WAS HEARD COMING FROM THE INSTRUMENT PANEL. THE BATTERY WARNING INDICATOR ILLUMINATED AND THE VEHICLE STALLED WHILE IN TRAFFIC. THE VEHICLE RESTARTED AFTER THE THIRD ATTEMPT. THE FAILURE RECURRED EACH TIME THE OIL LIFE REACHED BETWEEN 30% OR 40%. THE VEHICLE WAS TAKEN TWICE TO THE DEALER (DAVE DENNIS, LOCATED IN BEAVER CREEK, OH) WHERE IT WAS DIAGNOSED THAT THE OIL WAS TWO QUARTS LOW. THE VEHICLE WAS BEING TESTED FOR OIL CONSUMPTION THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 35,000. UPDATED 08/03/17*LJ *JS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

**June 1, 2017 NHTSA ID NUMBER: 10992732**
**Components: ENGINE**
**NHTSA ID Number:** 10992732

**Incident Date** April 26, 2017

**Consumer Location** ANDOVER, KS

**Vehicle Identification Number** 1C3CDFBB3FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I BOUGHT THIS CAR USED WITH ~ 31,000 MILES. I'VE PUT ~ 10,000 MILES ON THE CAR AND THE CAR HAS USED 3 QUARTS OF OIL IN THAT TIME. I ALSO HAVE HAD THE OIL CHANGED TWICE. ONCE WHEN I FIRST PURCHASED THE CAR AND ONCE TWO WEEKS AGO. INITIALLY THE CAR STALLED 3 TIMES WHILE IN MOTION AND TURNING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| DODGE | DART | 2015 |

## April 24, 2017 NHTSA ID NUMBER: 10980171
## Components: STRUCTURE, ENGINE, FUEL/PROPULSION SYSTEM

**NHTSA ID Number:** 10980171

**Incident Date** May 16, 2016

**Consumer Location** LIVONIA, MI

**Vehicle Identification Number** 1C3CDFBB4FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

NO OIL LIGHT ON, NO ENGINE LIGHT, AND IT STALLED. THERE IS A PROBLEM WITH OIL CONSUMPTION WITH THE 2.4 ENGINE. MY CAR DIED AFTER BACKING OUT OF MY DRIVEWAY AND STARTING A TURN. Y CAR STALLED OUT TWICE IN THE MIDDLE OF INTERSECTIONS VERY DANGEROUS. BATTERY LIGHT CAME ON, MUSIC CONTINUED, BUT ENGINGE JUST DIED. THE STEERING WHEEL FROZE (NO MORE POWER STEERING), AND I COULDN'T PRESS MY BRAKE DOWN, IT JUST SAT THERE IN THE ROAD. I CHECKED THE LEVEL OF MY OIL AND IT DOESN'T EVEN COVER THE CURVED PART OF THE DIPSTICK, THAT'S HOW LOW IT IS.THE CAR STALLED OUT AGAIN, A FEW MONTHS AFTER THE OIL CHANGE. THE CAR IS NOT INDICATING WHEN IT NEEDS OIL, AND IS SHUTTING

ITSELF OFF SO IT DOESN'T OVER HEAT WHILE DRIVING AT SPEEDS 70MPH+ AND IN THE MIDDLE OF INTERSECTIONS WHILE TURNING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## February 28, 2017 NHTSA ID NUMBER: 10957685
## Components: ENGINE

**NHTSA ID Number:** 10957685

**Incident Date** December 1, 2015

**Consumer Location** CHESAPEAKE, VA

**Vehicle Identification Number** 1C3CDFEB8FD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

BURNING OIL EVER SINCE WE BOUGHT IT, CONSTANTLY HAVING TO ADD OIL BETWEEN OIL CHANGES. DEALERSHIP SAYS ITS WITHIN SPECS. CONTACTED CHRYLSER CARE ABOUT ISSUES AS WELL. STILL HAS NOT BEEN CORRECTED. VERY DISAPPOINTED, A NEW CAR SHOULD NOT BURN/CONSUME 1 TO 2 QUARTS OF OIL BETWEEN OIL CHANGES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## January 5, 2017 NHTSA ID NUMBER: 10939899
## Components: ENGINE

**NHTSA ID Number:** 10939899

**Incident Date** August 10, 2015

**Consumer Location** SOUTHPORT, NC

**Vehicle Identification Number** 1C3CDFEB2FD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

DODGE DART GT 2015 SUDDENLY SHUTS OFF. NO WARNING LIGHTS ONLY A DINGING NOISE. ONLY 4200 MILES ON CAR THE FIRST TIME. SHUT OFF 8 DIFFERENT TIMES SENSE THEN. TOOK IT TO DEALER WAS TOLD OUT OF OIL. CAR WOULD SHUT OFF TURNING OR STOPPING FAST. GOT OIL CHANGE FROM DEALER. LESS THAN 4000 MILES LATER SAME THING, CAR SHUT OFF AND RADIO STILL ON AND DASH LIGHTS WORKING ONE DING NOISE. TURNED ONTO BUSY ROAD AND DART SHUT OFF, WAS SCARY FOR A FEW MINUTES FAST TRAFFIC COMING FROM BEHIND, HAD TO GET OFF ROAD QUICK. OIL NOT LEAKING IN DRIVEWAY. TECH AT DEALER SAID HE SAW THIS PROBLEM BEFORE AND TOLD ME TO WATCH MY ENGINE. CAR HAS NEVER MAID TO A 5000 MILE OIL CHANGE WITHOUT SHUTTING OFF. ONE TIME SHUT OFF AFTER ONLY 2540 MILES SENSE LAST OIL CHANGE. DEALER FOUND NO SIGNS OF LEAKS OR SIGNS OF OIL BURNING UP. THE 7TH OIL CHANGE THEY REPROGRAMMED THE OIL SENSOR. LOSING ALL MY FREE OIL CHANGES TO QUICKLY. NOW I'M 750 MILES FROM DUE OIL CHANGE AND SHUT OFF AGAIN. I CHECKED OIL STICK - BONE DRY. PUT 2 QUARTS OIL ( O2 20W) IN , THAT GOT ME TO THE BOTTOM OF LOW MARK ON STICK. CAR RUNNING OK TO GET TO DEALER AGAIN.ALSO CHECKED OIL GAGE IN CAR, SAID:43% OIL LIFE REMAINING. THAT WAS A LIE. OIL IS ALWAYS VERY LOW AND ENGINE HOT BUT NOT OVERHEATING. OIL SHOULD BE DIRTY AND MAYBE A LITTLE LOW BUT NOT VERY VERY LOW. I WANT TO MAKE THE CAR LAST 150 TO 200 THOUSAND MILES WITH GOOD CARE. WORRIED ENGINE WILL NOT EVEN GET CLOSE. GOT EXTENDED WARRANTY. CAR ENGINE GONNA BLOW UP BEFORE IT'S TIME AND BLAME ME. CAR SHUTTING OFF WITH NO WARNING AND NO OIL, CANT GET TO 5000 MILE OIL CHANGE. HAD A 2013 DART, LOVED IT, TRADED IN FOR 2015 WITH BETTER WARRANTY. MISS OLD DART.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| DODGE | DART | 2015 |

January 4, 2017 **NHTSA ID NUMBER: 10939710**
## Components: ENGINE
**NHTSA ID Number:** 10939710

**Incident Date** December 19, 2016

**Consumer Location** SANDWICH, IL

**Vehicle Identification Number** 1C3CDFEB9FD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

TL* THE CONTACT OWNS A 2015 DODGE DART. THE CONTACT STATED THAT THE ENGINE STALLED WHEN THE VEHICLE MADE A COMPLETE STOP. THE DEALER DIAGNOSED THAT THE VEHICLE NEEDED THE OIL CONSUMPTION MODULE RESET. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 27,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| DODGE | DART | 2015 |

## November 29, 2016 NHTSA ID NUMBER: 10928530
## Components: ENGINE

**NHTSA ID Number:** 10928530

**Incident Date** November 8, 2016

**Consumer Location** STARKSBORO, VT

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2015 DODGE DART. WHILE DRIVING 15 MPH, THE VEHICLE LOST POWER AND SHUT OFF. ALSO, THE CHECK ENGINE INDICATOR ILLUMINATED. THE VEHICLE WAS COASTED TO THE SIDE OF THE ROAD AND RESTARTED. THE FAILURE RECURRED THREE TIMES. THE VEHICLE WAS TAKEN TO A LOCAL DEALER WHERE AN OIL CHANGE WAS PERFORMED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 21,000. THE VIN WAS NOT PROVIDED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## December 8, 2015 NHTSA ID NUMBER: 10808943
## Components: ENGINE, UNKNOWN OR OTHER

**NHTSA ID Number:** 10808943

**Incident Date** February 26, 2015

**Consumer Location** RAYTOWN, MO

**Vehicle Identification Number** 1C3CDFBBXFD****

## Summary of Complaint

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

I PURCHASED THE CAR THE LAST WEEK OF FEBRUARY. I BEGAN HAVING CAR PROBLEMS IN MID MARCH. I CALLED THE DEALERSHIP AND WAS SCHEDULED TO COME IN FOR SERVICE. WAS TOLD THE SOFTWARE NEEDED TO BE UPDATED. GOT CAR BACK AND IT STOPPED ON ME TWICE AND HAD TO BE TOWED TO THE DEALERSHIP. IN MAY I WAS GIVEN A LOANER CAR AND WAS TOLD MY OIL CONSUMPTION WAS BAD. RECEIVED CAR BACK IN JUNE AND CAR WAS REPOSED FOR NONPAYMENT. I GOT CAR OUT AND IT STOPPED AGAIN. IN JULY THE DEALERSHIP THEN GAVE ANOTHER LOANER AND TOLD ME MY CAR WILL BE A CHRYSLER BUYBACK. FROM JULY TO SEPTEMBER NEVER HEARD ANYTHING FROM CHRYSLER TILL SEPT 24 ADVISING ME TO GO TO THE DEALERSHIP TO CHOOSE ANOTHER VEHICLE. DEALERSHIP DID NOT KNOW WHAT I WAS TALKING ABOUT SO WE CONTACTED CHRYSLER TO GET A CLEAR UNDERSTANDING OF WHAT NEEDS TO BE DONE. WAS TOLD TO CHOOSE A CAR AND THEY WOULD TAKE CARE OF THE REGISTRATION AND THE PAPER WORK. DROVE THE 2015 JEEP RENEGADE FOR ALMOST A MONTH AND I CHECKED IN WITH THE DEALERSHIP ONCE A WEEK TO FIND OUT IF THE PAPERWORK WAS COMPLETE. FIRST WEEK OF NOVEMBER WAS TOLD BY DEALERSHIP TO BRING BACK THE JEEP AND MY 2015 DART WAS REPAIRED. I WAS TOLD TO REGISTER THE DODGE DART AND THEN I COULD GET THE JEEP BACK.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## October 27, 2015 NHTSA ID NUMBER: 10786476
## Components: ENGINE
**NHTSA ID Number:** 10786476

**Incident Date** October 6, 2015

**Consumer Location** HEMET, CA

**Vehicle Identification Number** 1C3CDFBB9FD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2015 DODGE DART. WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS ABLE TO RESTART; HOWEVER, THE FAILURE RECURRED. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE VEHICLE REQUIRED AN OIL CONSUMPTION TEST. WHILE DRIVING THE VEHICLE FOR THE OIL CONSUMPTION TEST, THE VEHICLE BEGAN TO OVERHEAT. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE COOLING FAN FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 9,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

October 20, 2015 **NHTSA ID NUMBER: 10783654**
## Components: ENGINE, POWER TRAIN, STEERING
**NHTSA ID Number:** 10783654

**Incident Date** October 19, 2015

**Consumer Location** SOUTHPORT, FL

**Vehicle Identification Number** 1C3CDFBB5FD****

**Summary of Complaint**

**CRASH**No

FIRENo

INJURIES0

DEATHS0

AFTER NUMEROUS TIMES THE CAR HAS STALLED IN TRAFFIC, DODGE PLACED VEHICLE ON AN OIL CONSUMPTION STUDY, THE CAR FAILED THE STUDY AND A NEW ENGINE WAS PLACED IN THE CAR. THE CAR WENT BACK TO THE DEALER THE NEXT DAY DUE TO METAL TO METAL GRINDING IN STEERING AT THE SLIGHTEST HINT OF A TURN OR CURVE

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2015 |

## March 5, 2020 NHTSA ID NUMBER: 11316307
## Components: ENGINE
**NHTSA ID Number:** 11316307

**Incident Date** September 18, 2019

**Consumer Location** LAS VEGAS, NV

**Vehicle Identification Number** 1C3CDFBB8GD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2016 DODGE DART. THE CONTACT STATED WHILE DRIVING AT 30 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT STATED THAT THERE WAS NO OIL IN THE ENGINE. THE CONTACT'S HUSBAND RESTARTED THE VEHICLE AFTER OIL WAS ADDED. THE CONTACT MENTIONED ENGINE OIL WAS ADDED EACH TIME PRIOR TO THE VEHICLE BEING DRIVEN. THE CONTACT CALLED LOCAL DEALER TOWBIN DODGE LLC LOCATED AT (275 AUTO MALL DR, HENDERSON, NV 89014, (702) 558-3800) AND

WAS INFORMED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT INFORMED OF FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 88,784.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

October 2, 2019 **NHTSA ID NUMBER: 11265660**
**Components: ENGINE**
**NHTSA ID Number:** 11265660

**Incident Date** September 19, 2019

**Consumer Location** SOUTH GLENS FALLS, NY

**Vehicle Identification Number** 1C3CDFBB5GD****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

I HAVE BEEN TAUGHT TO CHECK MY OIL CONSISTENTLY. I BOUGHT MY VEHICLE WITH 68,089. CHECKED OIL AND IT WAS FULL. AT 69,089 I CHECKED OIL AND WAS 2 QUARTS LOW!! SO I FILLED IT AND CALLED DEALERSHIP. THEY SAID THEY COULD DO AN OIL CONSUMPTION TEST BUT THAT IT'S NORMAL FOR VEHICLES TO BURN OIL( ABOUT 1 QUART PER 1000 MILES. MY VEHICLE BURNED DOUBLE THAT. I DID SOME RESEARCH ONLINE TO FIND THAT MANY OTHER CONSUMERS WITH THE SAME VEHICLE HAD THE SAME PROBLEM ! DODGE SHOULD HAVE A REMEDY FOR A VERY SERIOUS PROBLEM. SINCE FILLING I HAVE BURNED 1 QUART IN 700 MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

July 10, 2019 **NHTSA ID NUMBER: 11230764**
## Components: ENGINE
**NHTSA ID Number:** 11230764

**Incident Date** February 7, 2019

**Consumer Location** NORTH LAS VEGAS, NV

**Vehicle Identification Number** 1C3CDFBB4GD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2016 DODGE DART. WHILE DRIVING, THE CONTACT HEARD AN ABNORMAL BEEPING NOISE. UPON OPENING THE HOOD, THE CONTACT CHECKED THE OIL AND NOTICED THAT THE DIPSTICK WAS BONE DRY. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE CONTACT STATED THAT THE VEHICLE WAS CONSUMING AN EXCESSIVE AMOUNT OF OIL. THE CONTACT TOOK THE VEHICLE TO AN INDEPENDENT MECHANIC WHO PERFORMED A LEAK AND COMP TEST AND THE RESULTS WERE NEGATIVE. THE VEHICLE WAS TAKEN TO PRESTIGE CHRYSLER JEEP DODGE (6520 CENTENNIAL CENTER BLVD, LAS VEGAS, NV 89149) WHERE THE PVC VALVE WAS REPLACED; HOWEVER, THE FAILURE RECURRED. THE MANUFACTURER WAS CONTACTED AND DID NOT ASSIST. THE FAILURE MILEAGE WAS 71,144. *AS *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

## February 23, 2019 NHTSA ID NUMBER: 11182064
## Components: ENGINE

**NHTSA ID Number:** 11182064

**Incident Date** February 15, 2019

**Consumer Location** EVANSVILLE, IN

**Vehicle Identification Number** 1C3CDFBB5GD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I HAVE A 2016 DODGE DART SXT THAT I BOUGHT OVER A YEAR AGO WHEN IT HAD 20, XXX MILES ON IT, IT NOW HAS 46,XXX MILES ON IT, IT DOES THE WEIRDEST THING, I WILL BE DRIVING IT AND IT JUST DIES AND DOESN'T WANT TO START BACK UP UNTIL A COUPLE MINUTES LATER, IT IS EMBARRASSING AND A TRAFFIC HAZZARD TO BE STALLED IN THE MIDDLE OF AN INTERSECTION OR AT A STOP LIGHT, IT HAS BEEN DOING THIS OFF AND ON SINCE I BOUGHT THE CAR, IT IS VERY DANGEROUS, IT WASNT UNTIL RECENTLY THAT I REALIZED THAT THIS IS HAPPENING EVERY TIME THAT MY OIL CHANGE PERCENTAGE IS AT 25% OR BELOW, SO I GOOGLED THE PROBLEM I AM HAVING AND IT IS A COMMON ISSUE WITH THESE CARS , THEY ARE CONSUMING OIL IN BETWEEN OIL CHANGES TO THE POINT THE ENGINE IS 1 TO 2 QUARTS LOW AND A SENSOR DETECTS THAT AND IS STALLING THE ENGINE TO PROTECT IT, DOES THIS CAR NOT HAVE AN OIL LIGHT TO DETECT WHEN THE OIL IS LOW? HOW IS THE WAY THEY HAVE THIS SET UP LEGAL? THEY NEED TO RECALL THESE CARS AND FIX THE ENGINE BEFORE SOMEONE DIES !

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

## February 12, 2019 NHTSA ID NUMBER: 11176480
## Components: ENGINE

**NHTSA ID Number:** 11176480

**Incident Date** February 11, 2019

**Consumer Location** FORT SMITH, AR

**Vehicle Identification Number** 1C3CDFBB5GD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY 2016 DODGE DART STALLED AT A STOPLIGHT WHILE IDLING. I CALLED THE DODGE DEALERSHIP AND THEY TOLD ME TO CHECK THE OIL LEVEL IN MY CAR. IF IT GETS TOO LOW THE CAR WILL STALL. I HAD JUST CHANGED MY OIL ABOUT 3 MONTHS BEFOREHAND WITH THE CORRECT WEIGHT AND AMOUNT OF OIL ACCORDING TO THE OWNERS MANUAL. BUT WHEN I CHECKED, SURE ENOUGH THERE WAS ALMOST NO OIL ON THE DIPSTICK. APPARENTLY THESE CARS BURN OIL AND DODGE DOESN'T SEEM TO BE WILLING TO FIX THE PROBLEM. THERE ARE OTHER SIMILAR COMPLAINTS ALL OVER THE INTERNET THAT I HAVE FOUND. THIS COULD BE VERY DANGEROUS IF PULLING OUT INTO TRAFFIC AND YOU GET HIT BECAUSE YOUR CAR DIES. ALSO I WONDER HOW LONG THE CAR WILL LAST WHILE BURNING OIL THE WAY IT DOES. AS A SINGLE FATHER TAKING CARE OF 3 KIDS BY MYSELF I CANNOT JUST GO OUT AND GET A NEW CAR WHENEVER I WANT. THIS IS VERY IRRITATING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

## January 15, 2019 NHTSA ID NUMBER: 11170247
## Components: ENGINE

**NHTSA ID Number:** 11170247

**Incident Date** January 15, 2019

**Consumer Location** DAYTON, VA

**Vehicle Identification Number** 1C3CDFBB0GD****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I HAVE A 2016 DODGE DART WITH 63K ON IT. MY 16 YEAR OLD DRIVES IT AND THREE DAYS AGO SHE IS PULLING OUT SCHOOL AND THE CAR CUTS OFF. SHE HAS HAVE IT JUMPED WE TAKE IT TO GET BATTERY CHECKED AND ALTERNATOR. IT SHOWS BATTERY IS NO GOOD SO WE REPLACE BATTERY. THE NEXT MORNING AND SHE ON WAY TO WORK AND IT CUTS OFF AGAIN SO WE GET IT RUNNING AND DRIVE IT AROUND AND CUTS OFF TWICE MORE. I CONTACTED DEALER AND THEY TEST IT AND TELL ME IT IS 2 QUARTS LOW ON OIL AND IT WILL CUT OFF. WE HAVE HAD NO INDICATOR LIGHT THAT OIL WAS LOW THE OIL HAD BEEN CHANGED LESS THEN TWO MONTHS AGAIN. THEY GO TO SAY WE CAN REQUEST A OIL CONSUMPTION TEST IN 500 MILES AND PROCEED TO GIVE ME SERVICE BULLETIN ON OIL CONSUMPTION. THIS IS A SAFETY ISSUE AS WHAT IF WE ARE DRIVING ON FREEWAY AND IT JUST CUTS OFF! I ASK WHY IT'S BURNING OIL IF IT'S OIL LEAK AND THEY SAY THERE NO LEAK BUT DON'T KNOW WHERE OIL IS GOING AND IT'S A COMMON PROBLEM IN DARTS TO CHECK OIL EVERY 500 MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

**April 2, 2018 NHTSA ID NUMBER: 11082559**

## Components: ENGINE

**NHTSA ID Number:** 11082559

**Incident Date** April 2, 2018

**Consumer Location** CHICAGO, IL

**Vehicle Identification Number** 1C3CDFBB5GD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE VEHICLE KEPT TURNING OFF WHILE DRIVING. IT HAPPENED MORE OFTEN WHEN VEHICLE WAS COLD. CHECKED THE BATTERY AND ALTERNATOR AT A MECHANIC AND ALL WAS FINE. ITS A PROBLEM WITH ENGINE OIL. THE CAR CONSUMES OIL AT A RATE OF APPROXIMATELY 1 QUARTS PER EVERY 500 MILES. WHEN THE OIL REACHES LOW LEVELS, THE VEHICLE WILL TURN OFF WHILE DRIVING CAUSING THE STEERING WHEEL TO GET STIFF AND DIFFICULT TO HIT THE BREAKS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

December 26, 2017 **NHTSA ID NUMBER: 11056386**

## Components: ENGINE

**NHTSA ID Number:** 11056386

**Incident Date** December 23, 2017

**Consumer Location** WATERVLIET, NY

**Vehicle Identification Number** 1C3CDFBB3GD****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

VEHICLE HAS HAD ISSUES FROM ABOUT 1300 MILES . THE CAR WILL RANDOMLY SHUT OFF WHILE DRIVING WITH NO WARNING SIGNS AND HAS A HARD TIME RESTARTING , IF IT WILL RESTART. THE CAR HAS BEEN BACK TO THE DEALER SEVERAL TIMES AND DIAGNOSED AND THEY CAN NOT FIND THE ANYTHING IN THE COMPUTER SYSTEM OR FIGURE OUT WHATS WRONG . I WAS TOLD BE THE DEALER THAT IT IS ACCEPTABLE FOR THE CAR TO CONSUME UP TO 1 QUART OF OIL EVERY THOUSAND MILES OR SO . THE ONLY INFORMATION I WAS GIVEN IS THAT IT IS A KNOWN OIL PROBLEM AND THAT FCA (FIAT CHRYSLER AUTOMOTIVE) IS NOT WILLING TO DO ANYTHING ABOUT THE MATTER . THE VEHICLE NOW HAS ABOUT 41 THOUSAND MILES ON IT AND IS BACK AT THE DEALERSHIP FOR FURTHER TESTING . THIS HAS NOT ONLY COST ME EXTRA MONEY BUT HAS CREATED MAJOR SAFETY CONCERNS , I HAD BROKEN DOWN WHILE GETTING ON AND OFF OF THE HIGHWAY WITH MY FAMILY IN THE CAR AND HAVE BEEN STUCK ON OR IN THE MIDDLE OF THE ROAD SEVERAL TIMES . THESE 2.4L FIAT MOTORS ARE EXTREMELY UNSAFE ! I HAVE TOLD DODGE I REFUSE TO DRIVE THE CAR UNTIL THEY FIX THE ISSUE , ALSO I WOULD NOT ACCEPT THE SAME CAR AS A LOANER DUE TO THE FACT THAT THE LAST LOANER CAR I HAD SIMILAR TO MINE ALSO HAD THE SAME ISSUE AT THE LAST SERVICE .

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

December 12, 2017 **NHTSA ID NUMBER: 11054118**
## Components: ENGINE
**NHTSA ID Number:** 11054118

**Incident Date** December 10, 2017

**Consumer Location** KISSIMMEE, FL

**Vehicle Identification Number** 1C3CDFGBXGD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2016 DODGE DART. IN OCTOBER OF 2016, WHILE DRIVING 25 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO A LOCAL DEALER (NAPLETON CHRYSLER JEEP DODGE RAM, 1460 E OSCEOLA PKWY, KISSIMMEE, FL 34744) WHERE IT WAS DIAGNOSED THAT THERE WAS INADEQUATE OIL IN THE VEHICLE DURING PRODUCTION, WHICH CAUSED THE SENSOR TO SHUT THE VEHICLE DOWN. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED. WHILE DRIVING 40 MPH, THE OIL INDICATOR WAS FLASHING. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHERE A COMPRESSION TEST WAS COMPLETED. THE DEALER DIAGNOSED THAT THE OIL WAS EVAPORATING AND THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE AND DENIED THE CLAIM. THE MANUFACTURER ADVISED THE CONTACT TO ADD OIL AND REFER TO THE OWNER'S MANUAL. THE FAILURE MILEAGE WAS 15,638.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

[March 27, 2017 NHTSA ID NUMBER: 10968698](#)
## Components: ENGINE
**NHTSA ID Number:** 10968698

**Incident Date** January 15, 2017

**Consumer Location** LAVEEN, AZ

**Vehicle Identification Number** 1C3CDFBB7GD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2016 DODGE DART. WHILE DRIVING 45 MPH, THE VEHICLE STALLED AND THE BATTERY AND SERVICE ENGINE INDICATORS ILLUMINATED. THE FAILURE RECURRED MULTIPLE TIMES. THE VEHICLE WAS TOWED TO A DEALER WHERE IT WAS DIAGNOSED THAT THE ENGINE HAD NO OIL, WHICH CAUSED THE FAILURE. AFTER ADDING OIL, THE FAILURE RECURRED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 38,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

[June 27, 2016 NHTSA ID NUMBER: 10876954](#)
## Components: ELECTRICAL SYSTEM, VEHICLE SPEED CONTROL, ENGINE
**NHTSA ID Number:** 10876954

**Incident Date** June 26, 2016

**Consumer Location** OXON HILL, MD

**Vehicle Identification Number** 1C3CDFBB9GD****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY 2016 DODGE DART OVERHEATS THE RPM GOES UP AND DOWN WHEN THE CAR IS IN MOTION. ON JUNE 26 MY CAR CUT OFF ON ME IN THE MIDDLE OF THE ROAD AND IT TOOK ME TEN MINS TO START IT UP MY CHECK ENGINE LIGHT KEEPS GOING ON AND OFF AND EVERY TIME I TAKE IT IN THEY SAY ITS NOTHING WRONG WITH IT. MY OIL PRESSURE LIGHT COMES ON AND I HAVE 100 PERCENT OIL IN MY CAR. WHEN I PUT ON BRAKES IT ACTS LIKE IT DOESNT WANT TO STOP SO IHAVE TO BRAKE FARTHER AWAY FROM PEOPLES CARS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| DODGE | DART | 2016 |

June 16, 2019 **NHTSA ID NUMBER: 11220386**
**Components: ENGINE**
**NHTSA ID Number:** 11220386

**Incident Date** March 23, 2019

**Consumer Location** WATERTOWN, TN

**Vehicle Identification Number** 1C3CCCAB2FN****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS0**

I WAS HAVING ISSUES WITH MY CAR I WOULD GET IN IT TO DRIVE IT AND IT WOULD JUST DIE ON ME IN THE MIDDLE OF THE ROAD AND THAT IS VERY DANGEROUS IT GOT TO WHERE I DIDNT DRIVE IT WELL THEN FINALLY ON A DAY OFF I HAD TO GET MY CHRYSLER 200 TOWED INTO THE NEAREST CHRYSLER DEALERSHIP WHICH IS THE DEALERSHIP LOCATED IN MT JULIET WELL I HAVE ALWAYS HAD MY OIL CHANGED ON TIME AND I HAVE ALL THE DOCUMENTS THAT IT WAS CHANGED WELL WE GOT IT TOWED AND THE MECHANIC CHECKED MY OIL AND THERE WAS NO OIL WHAT SO EVER IN MY CAR SO I WOULD UP HAVING TO LEAVE MY CAR FOR THERE MANAGER TO SUPPOSELY CHANGE THE OIL AND DO AN OIL PRESSURE TEST WELL I HAD MY CAR PICKED UP BY MY GRANDMA AND THEY DIDNT GIVER HER A RECEIPT BECAUSE THE MECHANIC TOLD US IT WOULD BE AN OPEN ACCOUNT UNTIL THEY FIGURED OUT IF IT WAS USING OIL WELL I DROVE IT 1 THOUSAND MILES AND TOOK IT BACK AND THE MANAGER WITH THE MECHANIC CHECKED MY OIL AND THEY SAID IT WAS FULL WELL THEN NEXT THOUSAND MILES WE TOOK IT BACK AND THEY DECIDED TO GIVE US ISSUES BECAUSE THE MECHANIC WE WHERE WORKING WITH HAD LEFT THE COMPANY AND WE HAVE A RECEIPT FROM BOTH TIMES AND IT STATES IN THE FIRST RECEIPT THAT THEY PUT IN THEIR SYSTEM THAT THE OIL CONSUMPTION TEST DID BEGIN ON THAT DATE WELL THE MANAGER TOLD US THAT THEY ONLY HAD RECORD OF US BEING THERE TWICE WHICH BOTH TIMES WAS TO CHECK THE OIL WELL THE MANAGER STATED THAT I WOULD HAVE TO BRING IT BACK AND GET AN OIL CHANGE AND START THE ENTIRE PROCESS OVER AGAIN AND MY CAR IS ONLY IN WARRANTY FOR A FEW MORE MONTHS MY CAR IS USING OIL AND THERE IS NO LEAKS THAT ARE HAPPENING I WANT THIS ISSUE FIXED OR YOU CAN BUY THIS CAR OUT I AM TIRED OF HAVING TO MISS WORK OR GOING THROUGH HECK TO TRY TO GET THIS RESOLVED. I DO HAVE THE PROOF AND I'M NOT SCARED TO TAKE THIS INTO LAWFUL ORDERS. THANK YOU VERY MUCH WESTLY ASHFORD I ALSO HAVE A VIDEO OF WHAT THE CAR WAS DOING AND I AM NOT AFRAID TO SHOW IT

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2015 |

June 12, 2019 **NHTSA ID NUMBER: 11219470**

## Components: ENGINE

**NHTSA ID Number:** 11219470

**Incident Date** June 12, 2019

**Consumer Location** GERMANTOWN, MD

**Vehicle Identification Number** 1C3CCCAB4FN****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY OIL WAS RECENTLY CHANGED 2/28/2019, THE OIL IS 3 MONTHS OLD AND I'VE ONLY DRIVE 2,133 MILES SINCE. MY CAR TAKES FULL SYNTHETIC OIL AND SHOULD LAST FOR 6,000 MILES. I CHECKED IT TODAY 6/12/2019 AND MY CAR TELLS ME I HAVE 66% LEFT AND I DO NOT I NEED TO GET A OIL CHANGED EVEN BEFORE HITTING 3,000 MILES BECAUSE THERE IS NONE LEFT. I HAVE HAD THIS ISSUE HAPPEN 3/4 TIMES WITHIN THE LAST YEAR AND A HALF AND I'VE ONLY HAD THE CAR FOR 2 YEARS. A FEW MONTHS BACK I GOT THIS CHECKED OUT BY MY MECHANIC AND EVEN A SECOND MECHANIC, HE TOLD ME THAT THE PISTONS RINGS ON MY CAR ARE BAD AND IS CAUSING EXCESSIVE OIL CONSUMPTION, THERE IS NO LEAK ETC. SO MY CAR CONSTANTLY RUNS OUT OF OIL BEFORE ITS TIME TO CHANGE IT AND IS CAUSING MY CAR TO CUT OFF IN THE MIDDLE OF DRIVING. MY MECHANIC ADVISED ME TO REPORT THIS PROBLEM AND EITHER CHANGE THE OIL EVERY 3,000 MILES OR GET RID OF THE CAR. IT IS DANGEROUS FOR THE CAR TO CONTINUOUSLY CUT OFF WHILE DRIVING IT. SO I AM REPORTING THIS PROBLEM I'VE HAD FOR THE PAST YEAR AND A HALF WITH HOPES FOR A SOLUTION

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2015 |

## May 24, 2019 NHTSA ID NUMBER: 11209709
## Components: ENGINE

**NHTSA ID Number:** 11209709

**Incident Date** May 24, 2019

**Consumer Location** ORANGE, VA

**Vehicle Identification Number** 1C3CCCBBXFN****

## Summary of Complaint

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TAKATA RECALL: MY VEHICLE, CHRYSLER 2015 200 CONSISTENTLY STALLS OUT WHEN OIL GETS TOO LOW. OIL GOES LOW UNEXPECTEDLY AND FAR BEFORE ANY SCHEDULED OIL MAINTENANCE. ENGINE IS BURNING OIL MUCH TOO QUICKLY. VEHICLE WILL STALL WITH NO WARNING IN THE MIDDLE OF TRAFFIC.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2015 |

## December 26, 2017 NHTSA ID NUMBER: 11056581
## Components: ENGINE

**NHTSA ID Number:** 11056581

**Incident Date** July 17, 2017

**Consumer Location** BELLEVUE, OH

**Vehicle Identification Number** 1C3CCCAB8FN****

## Summary of Complaint

**CRASH**No

FIRENo

INJURIES0

DEATHS0

MY HUSBAND AND I WENT ON A TRIP FROM BELLEVUE, OHIO TO FORT WAYNE, INDIANA. AROUND 300 MILES ROUND TRIP, GIVE OR TAKE. MY HUSBAND CHECKED THE OIL BEFORE WE LEFT AND IT WAS FINE. NO PROBLEMS ON THE RIDE THERE. AFTER THE CAR SAT FOR 3-4 HOURS WE WERE LEAVING THE PARK, GOING DOWN A HILL WITH A CURVE AT THE BOTTOM AND THE CAR JUST DIES. NO STEERING AND NO BRAKES. ALL THE LIGHTS ON THE DASH CAME ON. WE HAD NO IDEA WHAT WAS GOING ON. WE ALMOST HIT A CAMPER. THE ONLY THING THAT STILLED WORKED WAS THE RADIO. THE CAR FINALLY STOPS ON ITS OWN. MY HUSBAND PUTS IT IN PARKING AND CHECKS ON THE OUTSIDE OF THE CAR TO MAKE SURE WE DIDN'T HIT ANYTHING. WHEN HE TRUE TO START THE BACK UP, IT STRUGGLES THE FIRST TWO TRIES. THE THIRD TIME IT TURNED OVER. NO LIGHTS ON DASH TO EXPLAIN THE STALL. WE NERVOUSLY DRIVE THE CAR ALL THE WAY HOME. I CALLED THE DEALERSHIP THE NEXT MORNING. WE TOOK THE CAR IN TO BE CHECKED OUT. DEALERSHIP HAD THE CAR OVER NIGHT. WE GO IN TO PICK UP OUR CAR AND THEY TELL US THAT THEY HAD TO PUT 3 3/4 QUARTS OF OIL IN IT. IT BEING LOW ON OIL CAUSED THE SAFETY FEATURE IN THE CAR TO SHUT THE ENGINE DOWN. DIDNT KNOW ABOUT THIS FEATURE. WE WERE ALSO INFORMED THAT SINCE OUR CAR HAD OVER 50,000 IT WILL BURN THROUGH A QUART OF OIL EVERY 750 MILES..SERIOUSLY. AFTER THE DEALERSHIP TRIED TO CHARGE US 75 DOLLARS FOR LABOR, WHICH I REFUSED TO PAY. I WENT HOME AND RESEARCHED THE OIL CONSUMPTION FOR OUR CAR. ON THE CHRYSLER WEBSITE IT DOES STATE THAT OUR CAR WILL CONSUME 1 QUART OF OIL FOR EVERY 750 MILES. CHRYSLER SAYS THIS IS ACCEPTABLE. MY DAD IS A RETIRED MECHANIC OF 45 YEARS AND HES BEYOND OUTRAGED THAT THIS IS ACCEPTABLE. AT 80 AN OIL CHANGE AND FOR SOMEONE THAT TRAVELS A LOT, THAT'S RIDICULOUSLY EXPENSIVE. HOW CAN THIS BE ACCEPTABLE? MIND BLOWN BY THIS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHRYSLER | 200 | 2015 |

December 1, 2017 NHTSA ID NUMBER: 11051820

## Components: ENGINE

**NHTSA ID Number:** 11051820

**Incident Date** November 27, 2017

**Consumer Location** LONG BEACH, CA

**Vehicle Identification Number** 1C3CCCAB0FN****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY CAR HAS SHUT OFF 3 TIMES JUST THIS WEEK WHILE DRIVING. EACH TIME I WAS IDLING AT A STREET LIGHT. THE DASH SAYS TO PUT CAR BACK IN PARK AND THEN IT TAKES A COUPLE OF TRIES TO RESTART IT. TOOK IT TO THE DEALER THEY SAID I HAVE NO OIL. BUT I JUST HAD AN OIL CHANGE NOT TOO LONG AGO AND I HAVE NO LEAKS. THIS CAR IS CONSUMING WAY TOO MUCH OIL. NO WARNING LIGHT CAME ON THAT I WAS LOW ON OIL. I WAS IN A YIELDING LEFT HAND TURNING LANE WHEN THE CAR SHUT OFF 2 OF THE 3 TIMES. IF IT HAD HAPPENED A FEW SECONDS LATER I COULD HAVE BEEN T-BONED WITH MY SON IN THE CAR ON THAT SIDE. VERY DANGEROUS!!!!! THIS SHOULD BE RECALLED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHRYSLER | 200 | 2015 |

## May 10, 2017 NHTSA ID NUMBER: 10984771
## Components: ENGINE

**NHTSA ID Number:** 10984771

**Incident Date** May 8, 2017

**Consumer Location** FRESNO, CA

**Vehicle Identification Number** 1C3CCCAB1FN****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AFTER WORK I GO TO START MY CAR AND THERE WAS A HARD START AND
THEN MY CAR DIED. THE ENGINE FELT LIKE IT WAS GOING TO POP OUT OF
THE HOOD. WELL, CHRYSLER WAS INFORMED AND MY CAR WAS TOWED NEXT
DAY TO THE DEALERSHIP. MY SERVICE MAN CALLED APPROXIMATELY 45 MIN
AFTER MY CAR WAS DELIVERED TO THEM EXPLAINING TO ME I WAS ABOUT 2
QUARTS LOW ON OIL. THIS IS IMPOSSIBLE I EXPLAINED TO HIM. ON THE
DRIVER SIDE THERE IS A STICKER SHOWING I JUST GOT MY OIL CHANGE NOT
TO LONG AGO. MY SERVICE MAN SAID THIS IS A KNOWN PROBLEM WITH THIS
ENGINE. THIS TYPE OF ENGINE BURNS OIL AND I RECOMMEND WHEN YOU FILL
UP YOUR TANK TO CHECK YOUR OIL EVERY TIME. I FILL UP ONCE A WEEK SO I
HAVE TO CHECK MY OIL ONCE A WEEK!? THIS IS RIDICULOUS MY NEW CAR
BURNS OIL!? GOOD THING THIS HAPPENED AFTER WORK. WHAT IF MY CAR
WOULD HAVE STALLED WHILE DRIVING WITH MY KIDS. I DRIVE ACROSS TOWN
TO TAKE AND PICK UP MY KIDS FROM SCHOOL. NOW I HAVE TO CARRY A
QUART OF OIL SO MY CAR DOESN'T STALL AND DIE ON ME

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| CHRYSLER | 200 | 2015 |

**January 10, 2017 NHTSA ID NUMBER: 10944184**
**Components: ENGINE, UNKNOWN OR OTHER, ELECTRICAL
SYSTEM**
**NHTSA ID Number:** 10944184

**Incident Date** August 20, 2016

**Consumer Location** MADISON, WV

**Vehicle Identification Number** N/A

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE VEHICLE IS CONSUMING THE OIL AND THEN SHUTS OFF WITH NO WARNING HAS LEFT US IN 2 INTERSECTIONS HAD THE CAR LOOKED AT BOTH TIMES THE DEALERSHIP IS MONITORING OIL AFTER CRYSELR DONE A RESET BUT IT IS STILL CONSUMING OIL I HAVE SPOKE WITH CRYSLER BUT NOTHING HAS BEEN DONE TO ENSURE MY FAMILIES SAFTY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2015 |

**November 29, 2016 NHTSA ID NUMBER: 10928462**
**Components: UNKNOWN OR OTHER, ENGINE**
**NHTSA ID Number:** 10928462

**Incident Date** November 26, 2016

**Consumer Location** TEMPLE HILLS, MD

**Vehicle Identification Number** 1C3CCCAB7FN****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR BURNS ENTIRE SUPPLY OF OIL IN LESS THAN 1500 MILES. ENGINE OIL DEPLETES WITHOUT WARNING THEN THE CAR CUTS OFF IN THE MIDDLE OF THE ROAD. OIL LIFE READS IMPROPERLY ON THE DASH.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2015 |

**November 1, 2016 NHTSA ID NUMBER: 10920591**
**Components: ENGINE**
**NHTSA ID Number:** 10920591

**Incident Date** July 11, 2016

**Consumer Location** NEWBURG, MD

**Vehicle Identification Number** 1C3CCCAB8FN****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

CAR WILL STALL WHILE COMING TO A STOP OR SLOWING TO MAKE A TURN. TOOK IT IN TO THE DEALERSHIP AND WAS TOLD THAT THE OIL NEEDED TO BE CHANGED AND THAT THE ENGINE WOULD AUTOMATICALLY "SHUT OFF" IF AN OIL CHANGE IS NEEDED. PROBLEM HAS OCCURRED NUMEROUS TIMES EVEN AFTER HAVING THE OIL CHANGED REGULARLY. *TR

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2015 |

## May 31, 2018 NHTSA ID NUMBER: 11098922
## Components: ENGINE

**NHTSA ID Number:** 11098922

**Incident Date** April 19, 2018

**Consumer Location** WEST MELBOURNE, FL

**Vehicle Identification Number** 1C3CCCAB0HN****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY CHRYSLER 200 STARTED SHUTTING ITSELF OFF WHILE DRIVING. THE LIGHTS AND RADIO STAY ON BUT THE BRAKES AND STEERING ARE MANUAL. THE DEALERSHIP INFORMED ME THAT I WAS LOW ON OIL AND THAT THE CAR IS EQUIPPED WITH A SAFETY FEATURE TO SHUT THE CAR OFF WHEN OIL IS LOW. THIS CAR IS 10 MTHS OLD AND ONLY 11K MILES. IT CONTINUED AFTER THAT VISIT AND AFTER SHAMING CHRYSLER ON TWITTER, THEY OPTED TO REPLACE THE MOTOR. THE PROBLEM IS THIS CAR SHUTS OFF WHILE DRIVING. THE ENGINES ARE THE SAME AND THIS PROBLEM WILL KILL SOMEONE. THE AUTO IS NOT EQUIPPED WITH A LOW OIL LIGHT AND I HAVE BEEN TOLD TO CHECK OIL EVERY MONTH!

I AM PICKING THE CAR UP TODAY WITH AN ENGINE THAT IS NEW TO THIS CAR BUT, I AM PETRIFIED TO DRIVE IT. IF IT SHUTS OFF ON THE FREEWAY, HOW AM I TO GET OVER BEFORE I GET HIT. CHRYSLER STATES THAT IS NO PROBLEM IF THIS ENGINE IS FAULTY BECAUSE THEY WILL COVER UNDER WARRANTY.

WHAT WILL IT TAKE-SOMEONE DYING? I DO NOT WANT TO BE THAT PERSON.

SINCE I AM GOING TO GET THIS DEATH TRAP I CALLED TO MAKE SURE THEY FIXED THE CRUISE CONTROL. DEALERSHIP STATED THAT THE CAR IS NOT ON

RECALL. FROM ALL MY RESEARCH ALL 200'S ARE ON RECALL. SO, NOW I HAVE A CAR THAT WILL TURN OFF WHEN THE OIL GETS LOW (WITH NO WARNING LIGHT TO TELL YOU OIL IS LOW) AND I CANNOT USE THE CRUISE CONTROL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| CHRYSLER | 200 | 2017 |

---

March 3, 2020 **NHTSA ID NUMBER: 11315836**
## Components: ENGINE
**NHTSA ID Number:** 11315836

**Incident Date** September 24, 2019

**Consumer Location** CARLISLE, PA

**Vehicle Identification Number** 3C4NJDAB6HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

VEHICLE TRIED TO SHUT OFF - SENT VEHICLE TO GARAGE AND THEY RESET SOME CODES. SECOND TIME - VEHICLE SHUT OFF IN THE MIDDLE OF AN EIGHT LANE HIGHWAY GOING 55 MPH - NO ACCIDENT. HAD TO HAVE VEHICLE TOWED TO DEALERSHIP. REPLACED MODULE IN ENGINE. THIRD TIME - VEHICLE SHUT OFF AGAIN ON A TWO LANE HIGHWAY - NO ACCIDENT. ACCORDING TO GARAGE THE VEHICLE WAS LOW ON OIL BUT NO OIL LIGHT CAME ON. READ QUITE A FEW OF THESE JEEP VEHICLES ARE HAVING THIS PROBLEM.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

---

February 4, 2020 **NHTSA ID NUMBER: 11307060**
## Components: ELECTRONIC STABILITY CONTROL, ELECTRICAL SYSTEM, ENGINE

**NHTSA ID Number:** 11307060

**Incident Date** October 1, 2017

**Consumer Location** FERN PARK, FL

**Vehicle Identification Number** 3C4NJDDBXHT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I PURCHASED MY 2017 JEEP COMPASS TRAIL HAWK BRAND NEW, MY PRODUCTION DATE IS APRIL 26, 2017. I HAVE HAD ENDLESS ISSUES W/ THIS VEHICLE, I HAVE OWNED OTHER JEEPS AND NEVER HAD THESE ISSUES. IT STARTED W/ MY RADIO MAKING THIS CRAZY INDESCRIBABLY LOUD SOUND ALONG W/ FREEZING THE SCREEN. TURNING OFF THE RADIO WOULD NOT STOP THE SOUND, NOT EVEN TURNING OFF THE ENTIRE VEHICLE WOULD STOP THE SOUND. SERV DEPT COULD NEVER REPLICATE, I BROUGHT IT IN ONE TIME WHEN RADIO WAS ON A NON-EXISTENT PHONE CALL AND ACTING UP. THEY TOOK MY CAR AND TURNED IT OFF, NEXT DAY TOLD ME THEY COULDN'T REPLICATE. I DEMANDED THAT THE GIRL WHO TOOK MY CAR IN AND SAW WHAT WAS GOING ON SPEAK WITH THE TECH TO EXPLAIN WHAT SHE SAW. THEY AGREED TO ORDER ME A NEW RADIO. ADDITIONALLY I BEGAN HAVING ISSUES W/ JEEP THROWING ON RANDOM DASH INDICATOR LIGHTS AND NOT STARTING. TCM PIN WAS SPREADING AND CAUSING INDICATORS B BATTERY CONTROLLING STOP/START TESTED BAD. THEY REPLACED. I HAD ALREADY REPLACED MY A BATTERY A DAY OR SO BEFORE. DAMAGE WIRES

FOUND AT FUSE BOX (THEY BLAMED ME) I HAVE MADE ZERO MODS TO CAR OR EVEN LIFTED THE HOOD MYSELF. BCM REPLACED. I HAD ISSUE W/ ENGINE CUTTING OFF WHILE DRIVING IN ROAD & PULLING EBRAKE BEFORE I'M DUE FOR OIL CHANGE. HAD OIL CONSUMPTION TEST DONE AND THEY SAY IT'S FINE, THIS IS BECAUSE CHRYSLER MAKES UP THE CONSUMPTION STANDARD. SO YOU WILL ALWAYS BE "FINE." THIS IT TO PREVENT YOU FROM GETTING TO COMPRESSION TEST. I GO IN MANY TIMES FOR THIS SAME ISSUE. EVENTUALLY, I DEMAND WITH FCA THAT THEY ALLOW COMPRESSION TEST AND REPLACE MY ENGINE WHEN THEY DISCOVER IT'S DUE TO OIL CONSUMP. TECH REPORTS OIL LOW, SPRK PLUG CYL 3 IS OIL FOULED, COMPRESS. TEST DONE AIR IS FELT FROM OIL FILL, BORE SCOPE OF CYL 3 WALLS ARE SCORED AND HAVE OIL ON THEM. FCA APPROVES NEW ENGINE FOR ME. AFTER NEW ENG. I DRIVE 13 MI ENG IS OVER HEATING. T-STAT CLAMP REPLACED. DO NOT GIVE UP & DOCUMENT WELL!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

**January 24, 2020** NHTSA ID NUMBER: 11301719
**Components: ELECTRICAL SYSTEM, ENGINE, SUSPENSION**
**NHTSA ID Number:** 11301719

**Incident Date** November 7, 2017

**Consumer Location** CARLISLE, PA

**Vehicle Identification Number** 3C4NJDAB8HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ENGINE HAS EXCESSIVE OIL CONSUMPTION WHICH CAUSES THE VEHICLE TO JUST STALL OUT. RECOMMENDED 5000 OIL CHANGES BUT DEALERS WILL SAY

3000 AND TO CHECK OIL EVERY 2 DAYS BECAUSE IT MAY NEED 4-5 QTS BETWEEN OIL CHANGES. THIS STARTED WITHIN 5 MONTHS OF DRIVING IT OFF THE SHOWROOM FLOOR. DEALER AND CHRYSLER CORP ARE AWARE OF ISSUES BUT NO FIX HAS BEEN DISCOVERED NOT DO THEY CARE. MY DAUGHTER AND HER 2 BABIES WERE ALMOST KILLED WHEN IT JUST STALLED EXITING A MAJOR FREEWAY AND AN 18 WHEELER RIGHT BEHIND HER...CASE MANAGER (3RD CASE SINCE 2017) AT FCA WAS "OH, SO SCARY". THIS IS A SERIOUS, DEADLY ISSUE AND DEALERS OMIT THINGS FROM THE SYSTEM, PERFORM THE CONSUMPTION TESTS IMPROPERLY OR DON'T RECORD THEM AT ALL SO THEY WILL NOT HAVE TO DO WHAT'S RIGHT.

THE VEHICLE WILL TOTALLY SHUT DOWN WHILE TURNING, EMERGENCY BRAKE WILL APPLY AND IT TAKES A BIT TO GET IT STARTED AGAIN. SOMETIMES LIGHTS ON DASH WILL ALL FLASH ON OR SOMETIMES JUST THE OIL LIGHT (EVEN WITHIN 2 WEEKS OF AN OIL CHANGE).

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

December 17, 2019 **NHTSA ID NUMBER: 11289571**
**Components: ENGINE, POWER TRAIN, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11289571

**Incident Date** December 9, 2019

**Consumer Location** BURLESON, TX

**Vehicle Identification Number** 3C4NJCBBXHT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

2 TIMES THE SAME INCIDENT OCCURRED 6 MONTHS APART, ONCE IN JUNE 2019 MILEAGE 22046 AND ONCE IN DECEMBER 2019 MILEAGE 28423. BOUGHT THE CAR BRAND NEW IN 2017. OIL IS DISSAPPEARING!! THE OIL PRESSURE LOW LIGHT WILL FLASH ON - THERE IS A LOSS OF POWER - WHILE DRIVING - NO WARNING! THEN THE LIGHT WILL GO OFF. DRIVE TO OIL CHANGE BUSINESS TO HAVE THEM CHECK THE OIL LEVEL AND THE JEEP WILL BE 3 TO 3.5 QUARTS LOW. NO LEAK PRESENT OR OIL SEEN. ENGINE SEEMS TO SLIP WHILE DRIVING BEFORE THIS HAPPENS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

---

December 16, 2019 **NHTSA ID NUMBER: 11289341**
**Components: ENGINE**
**NHTSA ID Number:** 11289341

**Incident Date** December 13, 2019

**Consumer Location** SALEM, IN

**Vehicle Identification Number** 3C4NJDDB8HT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ENGINE STALLS AT ANY SPEED DUE TO LOW OIL. 2.4 ENGINE HAS EXCESSIVE OIL CONSUMPTION TO THE DEGREE OF SHUTTING DOWN IN BETWEEN 5000 MILE OIL CHANGES. ENGINE HAS 30,000 MILES AND USES 3 QUARTS BETWEEN CHANGES "APPARENTLY". CHRYSLER SAYS 1 QUART PER 2000 MILES!!! ON A NEW VEHICLE, THIS IS TOTALLY UNACCEPTABLE!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

December 3, 2019 **NHTSA ID NUMBER: 11286711**

## Components: ENGINE

**NHTSA ID Number:** 11286711

**Incident Date** January 1, 2018

**Consumer Location** SOUTH EUCLID, OH

**Vehicle Identification Number** 3C4NJCBB0HT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2017 JEEP COMPASS. THE CONTACT STATED THAT THE OIL IN HIS VEHICLE NEEDED TO BE CHANGED EVERY TWO MONTHS. IN ADDITION, THE LOW OIL WARNING INDICATOR ILLUMINATED. THE VEHICLE WAS TAKEN TO GANLEY CHRYSLER DODGE JEEP RAM (LOCATED AT 310 BROADWAY AVE, BEDFORD, OH 44146, (440) 232-2121) WHERE IT WAS DIAGNOSED THAT THE ENGINE NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 51,000.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

## November 17, 2019 NHTSA ID NUMBER: 11280586
## Components: ENGINE

**NHTSA ID Number:** 11280586

**Incident Date** September 19, 2019

**Consumer Location** CLARKSTON, MI

**Vehicle Identification Number** 3C4NJDBB5HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

PROBLEM STARTED AROUND 43K MILEAGE. WHEN TURNING, THE "LOW OIL PRESSURE" LIGHT WOULD COME ON, THEN THE ENGINE WOULD STALL AND SOMETIMES THE EMERGENCY BRAKE WOULD ACTIVATE AND STOP THE CAR. I WOULD HAVE TO SHUT VEHICLE OFF AND THEN TURN BACK ON TO OPERATE. THIS HAPPENED ON SIDE STREETS AND ONCE ON HIGHWAY. TOOK CAR INTO GOLLING (DEALER) AND THEY SAID OIL WAS VERY LOW. I HAD JUST HAD OIL CHANGED ABOUT 3K MILES PRIOR TO THAT. DEALER TOLD ME THAT "THESE ENGINES ARE KNOWN TO BURN OIL". THEY TOLD ME TO BRING IT BACK AT 2K MILES TO HAVE THE OIL CHECKED. AT 2K MILES, THE OIL WAS LOW AGAIN AND THEY DID AN OIL CHANGE AND TOLD ME TO BRING IT BACK AT 1K MILES. I BROUGHT IT BACK AT 1K MILES THEY NEEDED TO "TOP IT OFF" AND TOLD ME TO BRING IT BACK AGAIN AT 2K MILES. THE DEALER ALSO MENTIONED THAT IF NEXT OIL CHECK IT WAS SHOWING LOW, THEY MAY NEED TO REPLACE ENGINE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | COMPASS | 2017 |

## November 5, 2019 NHTSA ID NUMBER: 11278195

## Components: ENGINE
**NHTSA ID Number:** 11278195

**Incident Date** November 4, 2019

**Consumer Location** CLARENCE CENTER, NY

**Vehicle Identification Number** 3C4NJCAB8HT****

### Summary of Complaint

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

VEHICLE SHUTS DOWN WHILE OPERATING. TOOK IT TO THE DEALER AND THE DEALER SAID IT USES A QUART OF OIL EVERY 500 MILES THEREBY BY CAUSING ENGINE TO SHUT DOWN DURING OPERATION. DEALER STATED CHRYSLER IS AWARE OF PROBLEM AND NO SOLUTIONS HAVE BEEN PROVIDED YET. DEALER ALSO STATED TO GET AN OIL CHANGE EVERY 3000 MILES. THIS VEHICLE HAS 33,720 MILES AND WAS PURCHASED JUN 2017.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

## October 18, 2019 NHTSA ID NUMBER: 11269297
## Components: ENGINE
**NHTSA ID Number:** 11269297

**Incident Date** October 17, 2019

**Consumer Location** DUNDEE, OR

**Vehicle Identification Number** 3C4NJCAB8HT****

### Summary of Complaint

**CRASHNo**

FIRENo

INJURIES0

DEATHS0

MY VEHICLE HAS 15562 MILES ON IT AND IS 400 MILES FROM IT'S OIL CHANGE. WHEN DRIVING VEHICLE ON NEIGHBORHOOD STREETS IT WOULD RANDOMLY STALL AND SHUT OFF CAUSING A LOSS OF POWER STEERING AND VEHICLE ACCELERATION. WHEN WE ARRIVED HOME WE DID A ONCE OVER ON THE ENGINE AND THE OIL DIP STICK WAS BONE DRY. WE CALLED OUR LOCAL DEALERSHIP AND THEY MENTIONED THAT THEY HAD SEEN SEVERAL JEEP COMPASSES WITH THE SAME ISSUE.*DT

CONSUMER STATED OUR VEHICLE WAS ABOUT 300 MILES SHY OF THE 5000 MILE SUGGESTED OIL CHANGE FROM JIFFY LUBE (PER MFG'S SPEC). SO 4700 MILES SINCE PREVIOUS OIL CHANGE.*JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

October 7, 2019 NHTSA ID NUMBER: 11266724
**Components: ENGINE**
**NHTSA ID Number:** 11266724

**Incident Date** October 5, 2019

**Consumer Location** MASSAPEQUA, NY

**Vehicle Identification Number** 3C4NJDCB7HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ON SATURDAY, 10/5/19 WHILE DRIVING VEHICLE FOR ONLY A MINUTE AND MAKING A RIGHT TURN, THE OIL LIGHT CAME ON (OIL PRESSURE LOW) AND THEN TURNED OFF. I THEN STOPPED MY VEHICLE AND WAITED ABOUT AN HOUR BEFORE CHECKING THE OIL AND IT WAS DOWN ALMOST 2 1/2 QUARTS. THIS IS ONLY AFTER APPROXIMATELY 3,200 MILES SINCE THE LAST OIL CHANGE. I WENT T TO JEEP SERVICE IN GARDEN CITY, NY FIRST THING MONDAY MORNING AND WAS TOLD BY 2 DIFFERENT SERVICE WORKERS THAT IT IS NORMAL TO BURN THROUGH A QUART OF OIL EVERY 1500 MILES. * THIS IS NOT NORMAL*

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | COMPASS | 2017 |

---

## October 2, 2019 NHTSA ID NUMBER: 11265624
## Components: ENGINE

**NHTSA ID Number:** 11265624

**Incident Date** August 19, 2019

**Consumer Location** CROWN POINT, IN

**Vehicle Identification Number** 3C4NJDAB4HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2017 JEEP COMPASS. THE CONTACT STATED THAT THE VEHICLE BURNED EXCESSIVE OIL. THE VEHICLE WAS TAKEN TO JAMES CHRYSLER DODGE JEEP RAM (13007 WICKER AVE, CEDAR LAKE, IN 46303, (219) 267-1226) WHERE THE VEHICLE WAS TESTED FOR OIL CONSUMPTION EVERY 500 MILES. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 21,008. *BF*JB

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

April 2, 2019 **NHTSA ID NUMBER: 11193286**
## Components: ENGINE
**NHTSA ID Number:** 11193286

**Incident Date** April 1, 2019

**Consumer Location** MILWAUKEE, WI

**Vehicle Identification Number** 3C4NJDDB6HT****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

THE VEHICAL (2017 JEEP COMPASS TRAILHAWK) AUTOMATICALLY SHUT DOWN AND INHALED THE PARKING BREAK WHILE THE CAR WAS IN MOTION ON A BUSY STREET WITHOUT ANY INDICATION OF AN ISSUE BY THE DASHBOARD. THE VEHICAL TOOK SEVERAL ATTEMPTS TO TURN BACK ON. ONCE IT WAS BACK ON, I WAS ABLE TO GET THE VEHICAL TO THE DEALERSHIP AND THEY INDICATED THAT THE OIL LEVEL WAS AT THE BOTTOM OF THE DIP STICK. THE VEHICAL WASN'T AT ITS REQUIRED OIL CHANGE YET AND NO INDICATION OF LOW OIL OR LOW OIL PRESSURE WAS INDICATED TO ME THROUGH ITS SAFETY SYSTEM.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

## April 1, 2019 NHTSA ID NUMBER: 11193188
## Components: ENGINE
**NHTSA ID Number:** 11193188

**Incident Date** May 1, 2018

**Consumer Location** SAGINAW, MI

**Vehicle Identification Number** 3C4NJDBB4HT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

ENGINE USES OIL. HAVE TO ADD OIL SEVERAL TIMES BEFORE NEXT OIL CHANGE IS DUE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

## November 22, 2018 NHTSA ID NUMBER: 11153251
## Components: ENGINE
**NHTSA ID Number:** 11153251

**Incident Date** November 22, 2018

**Consumer Location** ROBERT LEE, TX

**Vehicle Identification Number** 3C4NJDDB5HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MY 2017 JEEP COMPASS HAS ONLY 14,000 MILES ON IT. I MADE A TURN TODAY AND NOTICED THE LOW OIL INDICATOR CAME ON. I IMMEDIATELY TOLD MY HUSBAND AND HE CHECKED THE OIL AND IT WASN'T EVEN SHOWING UP ON THE DIP STICK. IT CAUSED MY ENGINE TO TURN OFF IN AN INTERSECTION AND I HAD TO HOPE THAT I COULD GET OUT OF THE INTERSECTION WITHOUT GETTING HIT. I MANAGED TO GET IT TURNED BACK ON AND THE EMERGENCY BRAKE WAS AUTOMATICALLY ENGAGED WHEN THE ENGINE TURNED OFF. I DISENGAGED THE EMERGENCY BRAKE AND STARTED MY ENGINE AND MADE IT HOME. WE DID ADD 3 QUARTS OF OIL. SO, I RESEARCHED THIS "PROBLEM" ONLINE AND FOUND MANY PEOPLE HAVING THE SAME PROBLEM WITH THIS ENGINE BURNING OIL LIKE CRAZY. I'M NOT SURE IF MY ENGINE IS DAMAGED OR NOT (DUE TO THE OIL BEING BASICALLY DRY). I AM PLANNING ON TAKING IT IN TO THE DEALERSHIP. WE ADDED OIL TO GET IT BACK TO THE NORMAL LEVEL, BUT TO ME WE JUST COVERED UP THE PROBLEM. A NEW MOTOR SHOULD NOT BURN THROUGH 4 1/2 QUARTS OF OIL IN 5,000 MILES. SOMETHING NEEDS TO BE DONE. I FEEL LIKE MY $30,0000.00 VEHICLE IS A LEMON.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | COMPASS | 2017 |

October 15, 2018 **NHTSA ID NUMBER: 11140516**
**Components: ENGINE**
NHTSA ID Number: 11140516

**Incident Date** October 4, 2018

**Consumer Location** TEMPE, AZ

**Vehicle Identification Number** 3C4NJDBB5HT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AROUND 8:50AM OCTOBER 4TH, 2018 MY WIFE AND BABY WERE AT A CITY STREET RED LIGHT STOPPED AND UPON ACCELERATING THE CAR COMPLETELY SHUT OFF AND THE STEERING-WHEEL LOCKED UP. AFTER ABOUT 5 MINUTES SHE WAS ABLE TO START IT UP AGAIN. WE LIVE IN THE CITY SO THIS COULD HAVE BEEN MUCH WORSE AT ANY DIFFERENT LIGHT AT ANY TIME OF DAY.

I BROUGHT IT IN FIRST THING THE NEXT MORNING TO THE DEALERSHIP AND WAS TOLD THAT LOW OIL CAN CAUSE AIRPOCKETS IN THE ENGINE SHUTTING THE WHOLE VEHICLE OFF. THE JEEP TECH SAID "THIS HAS BEEN SEEN A LOT ON NEWER JEEPS IN THESE MULTI-AIR ENGINES. PEOPLE COME IN FOR THE SAME REASON AND HAVE NO INDICATION OF WHAT CAUSED IT. WHEN THEY FIRST CAME OUT WE HAD TO DIAGNOSE A LOT AND 99.9% OF THE TIME THAT IS THE CAUSE."

MY CAR WAS AT ~11,200 MILES, AND MY OIL CHANGE STICKER SUGGESTED ~11,600 TO GET IT CHANGED AGAIN. I HAD NO OIL LIGHT, LET ALONE WASN'T EVEN CLOSE TO THE CERTIFIED TECH'S OIL CHANGE STICKER THAT IS PLACED ON THE CAR. THIS IS COMPLETELY UNSAFE AND NOT ACCEPTABLE. THE TECH SUGGESTED KEEPING A QUART OF OIL IN MY CAR AND CHECKING THE OIL EVERY 1-2K MILES (IN A BRAND NEW VEHICLE!).

THE DEALERSHIP GM CALLED ME AND ASKED IF I WANTED TO TRADE IN MY VEHICLE FOR ITS WORTH TO GET ME IN SOMETHING ELSE SINCE I WASN'T SATISFIED, BASICALLY BRUSHING OFF THE MAJOR ISSUE AT HAND. I EXPLAINED I WANT THIS VEHICLE GONE AND REFUNDED COMPLETELY. HE MENTIONED I COULD TRY MY LUCK WITH THE FCA. I PUT IN A COMPLAINT THROUGH JEEP, AND A REP BY THE NAME OF STEVE STANDER CALLED 4 TIMES THROUGHOUT THE FOLLOWING WEEK AND LEFT NO VOICEMAIL. I LOOKED UP HIS # TO VERIFY HE WAS CALLING FROM CHRYSLER. STARTING FROM THE FIRST MISSED CALL I LEFT HIM A VOICEMAIL TELLING HIM THE BEST TIME WAS ANY TIME AFTER 12:30PM PST. THE NEXT 3 ATTEMPTS HE MADE WERE STILL IN THE EARLY MORNING, IGNORING MY VM'S.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

---

September 4, 2018 **NHTSA ID NUMBER: 11124329**
## Components: ENGINE
**NHTSA ID Number:** 11124329

**Incident Date** August 14, 2018

**Consumer Location** GLEN BURNIE, MD

**Vehicle Identification Number** 3C4NJDDB2HT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ENGINE OIL AND STALLING. I WENT FOR MY 2ND OIL CHANGE 8/27/2018. THE SERVICE TECH AND A MECHANIC LISTENED WHEN I SAID THE OIL WAS BASICALLY GONE AND MY HUSBAND HAD TO ADD 2 QUARTS. I EVEN CHECKED ALL THE SYSTEM WARNINGS AND THERE IS NONE FOR LOW OIL. WHEN PULLING OUT INTO AN INTERSECTION THE CAR TOTALLY SHUT OFF AT 4 DIFFERENT TIMES. SO THE MECHANIC SAID YES THOSE 2.4 ENGINES BURN 1 QUART EACH 1000 MILES AND WHEN THE OIL IS LOW THE ENGINE WILL JUST STOP. I ASKED ABOUT WHY THERE ARE NO WARNING LIGHTS, THE MECHANIC AGAIN SAID YES THERE IS NOT ONE. HAVING A CAR JUST SHUT OFF IS SO DANGEROUS. IT COULD HAVE BEEN A TERRIBLE ACCIDENT IF ANOTHER CAR WAS COMING ANY OF THOSE 4 SHUT OFFS. ALSO MY CAR JERKS WHEN SHIFTING GEARS. THE SERVICE TECH COMMENTED I NEEDED A COMPUTER UPGRADE. WHILE THERE FOR THE OIL CHANGE SUPPOSEDLY THE UPGRADE WAS DONE. IT JUST JERK AGAIN THE OTHER DAY WHEN THE TRANSMISSION WAS SHIFTING. THIS CAR IS JUST A YEAR OLD - ALL OF THESE ISSUES ARE TERRIBLE AND DANGEROUS.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2017 |

April 11, 2020 NHTSA ID NUMBER: 11320854
## Components: ENGINE
**NHTSA ID Number:** 11320854

**Incident Date** February 26, 2020

**Consumer Location** POWELL, OH

**Vehicle Identification Number** 3C4NJDCB2JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

FOUR DIFFERENT TIMES THE CAR HAS SUDDENLY SHUT DOWN WHILE DRIVING IN TRAFFIC EVERYTHING SHUT DOWN AND PARKING BRAKE CAME ON.HARD TO RESTART AND GET PARKING BRAKE OFF TO GET OUT OF THE MIDDLE OF THE ROAD AND TRAFFIC. FIRST TIME AT 11,900 MILES.. NO WARNING. OIL HAS BEEN LOW TWO OF THE TIMES WHEN TAKEN TO SERVICE CEMTER BUT NO WARNING LIGHTS

CAME ON. HAPPENED AGAIN AT 18,000 & 22,000 MILES CURRENTLY HAVE 23,000 MILES

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

April 7, 2020 NHTSA ID NUMBER: 11320394
## Components: ENGINE
**NHTSA ID Number:** 11320394

**Incident Date** February 27, 2020

**Consumer Location** TUSTIN, CA

**Vehicle Identification Number** 3C4NJCCB7JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I PURCHASED THE CAR BRAND NEW. SINCE THE BEGINNING IT WAS BURNING/LEAKING OIL AS I WAS OFTEN TOLD, BUT CAR SHOULDN?T DO THAT. YET DEALERSHIP NEITHER OTHER OIL CHANGE PLACES NEVER CHECKED MY VEHICLE FOR ADDITIONAL ISSUES. RECENTLY IT GOT VERY BAD AND I WENT TO A DIFFERENT DEALERSHIP AND THOUGHT MAYBE THERE THEY WILL CHECK. THEY DID SOME SPECIAL PROCEDURE AND FOUND THERE IS CRACKS IN THE ENGINE THAT ARE CAUSING THE OIL ISSUE AND MAY CAUSE VEHICLE SHUT DOWN AND CRASH. THEY SAID IT IS MANUFACTURER ISSUE AND IT WAS FAULTY ENGINE PUT IN. MY CAR IS JUST LITTLE OVER 1.5 YEAR OLD BUT BECAUSE I DRIVE A LOT UNFORTUNATELY WARRANTY DOESN?T COVER IT AND THERE IS SOMEHOW NO RECALL ON IT. HOW IS IT POSSIBLE THERE IS NO RECALL FOR SUCH A MAJOR ISSUE? EHHH... PLEASE FEEL FREE TO REACH OUT TO ME OR DEALERSHIP WITH ANY ADDITIONAL QUESTIONS. OR I CAN SEND DIAGNOSIS DOCUMENTS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## March 12, 2020 NHTSA ID NUMBER: 11317807
## Components: ENGINE

**NHTSA ID Number:** 11317807

**Incident Date** February 10, 2019

**Consumer Location** FLORENCE, KY

**Vehicle Identification Number** 3C4NJDDBXJT****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

ENGINE IS FAILING MULTIPLE OIL CONSUMPTION TESTS AT DEALERSHIP.
WHEN ASKED WHAT THE NEXT STEP IS FOR A RESOLUTION WE ARE TOLD IT IS
ONLY DOCUMENTED. THE VEHICLE IS BURNING 1 QUART OF OIL EVERY 1000
MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## March 7, 2020 NHTSA ID NUMBER: 11316728
## Components: ENGINE, POWER TRAIN

**NHTSA ID Number:** 11316728

**Incident Date** February 20, 2020

**Consumer Location** WESTERLY, RI

**Vehicle Identification Number** 3C4NJDAB4JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

AT THE END OF FEBRUARY 2020 MY 2018 JEEP COMPASS ENGINE WOULD SEIZE, WHILE I WAS DRIVING. IT WOULD SHUT OFF, AND AUTOMATICALLY PUT ON THE PARKING BRAKE. I WOULD NO LONGER BE ABLE TO ACCELERATE, I'D LOSE POWER STEERING, AND THEN IT WOULD STRUGGLE TO RESTART. THIS OBVIOUSLY PUT ME AT HIGH RISK FOR CAUSING AN ACCIDENT OR BEING INVOLVED IN A COLLISION. BEFORE THE ENGINE SHUT DOWN, I WOULD SEE "CANNOT SHIFT WHILE VEHICLE IS IN DRIVE" ON MY DASHBOARD SCREEN. I HAD IT TOWED TO DEALERSHIP, AS I WAS RIGHTLY TERRIFIED TO DRIVE IT, AND THEY SAID IT WAS A LOOSE ELECTRICAL SHIFTING WIRE. THEY STATED THAT THEY SECURED IT AND THAT IT SHOULD BE FINE. IT HAPPENED AGAIN TWO DAYS LATER, THIS TIME WITH NO DASHBOARD SCREEN INDICATION, ONLY THE D ON MY GEAR STICK FLASHED, AND I BROUGHT IT BACK. UPON INSPECTION THE DEALERSHIP SAID THAT I WAS OUT OF OIL AND THIS WAS TRIGGERING THE ENGINE SHUT OFF. I WAS 800 MILES OVER FOR AN OIL CHANGE (THAT I HAD SCHEDULED BUT WAS UNABLE TO DRIVE TO BECAUSE OF THE CAR MALFUNCTIONING) HOWEVER MY CAR HAD GIVEN ME NO INDICATION WHATSOEVER THAT IT NEEDED OIL. I NOW MUST GO BACK TO THE DEALER IN 1000 MILES FOR AN OIL CONSUMPTION TEST. DEALERSHIP PREDICTS I MAY POSSIBLY NEED A NEW ENGINE. MY CAR ALSO JERKS WHEN I SWITCH GEARS AND AT TIMES IT STRUGGLES TO START. EVEN IF THE ENGINE IS REPLACED THERE IS NO GUARANTEE THAT THE CAR ENGINE WON'T SEIZE AGAIN IF IT IS LOW ON OIL, OR THINKS IT IS, AND I SHOULDN'T HAVE TO MANUALLY CHECK THE OIL OF A 2018 VEHICLE THAT I PURCHASED WITH THE EXPECTATION THAT IT WAS SAFE AND RELIABLE. REALLY DISAPPOINTED WITH CHRYSLER. I'VE OWNED JEEPS IN THE PAST THAT WERE GREAT AND LASTED FOREVER. THIS IS REALLY SOMETHING THAT CHRYSLER SHOULD CONSIDER RECALLING THE WHOLE MAKE/MODEL FOR. I'M AFRAID TO DRIVE ANYWHERE OR HAVE OTHER PEOPLE IN MY CAR. MY CAR IS A LIABILITY NOT A SAFE PASSENGER VEHICLE.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## February 27, 2020 NHTSA ID NUMBER: 11311841
# Components: ENGINE

**NHTSA ID Number:** 11311841

**Incident Date** January 27, 2020

**Consumer Location** WADING RIVER, NY

**Vehicle Identification Number** 3C4NJDDB5JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

A COUPLE OF DAYS DURING A WEEK'S TIME THE ENGINE WILL SHUT DOWN WHILE TAKING MY DAUGHTER TO SCHOOL IN THE MORNING AS I WAS TURNING ONTO THE MAIN ROAD OUT OF MY NEIGHBORHOOD. THE ENGINE SHUT OFF, THE STEERING BECAME DIFFICULT, AND THE PARKING BRAKE ENGAGED. A COUPLE DAYS AFTER THE SECOND TIME THE OIL PRESSURE LIGHT CAME ON FOR A SECOND. I CHECK THE OIL AND IT WAS 3 QUARTS LOW. NO OTHER WARNING LIGHTS CAME ON. AFTER LOOKING FOR INFORMATION ON THE WEB I LEARNED THE ENGINE WAS LOW OR OUT OF OIL AND SHUTTING DOWN IS A SAFETY FEATURE AS IS ENGAGING THE EMERGENCY BRAKE IN TRAFFIC. I WASN'T DUE FOR AN OIL CHANGE FOR QUITE SOME TIME BASED ON JEEP'S RECOMMENDED SCHEDULE, BUT I WAS FORCED TO DO ONE SO THEY COULD VERIFY THE ISSUE. I AM CONCERNED FOR MY SAFETY, MY FAMILY'S, AS WELL AS OTHER DRIVERS AS I DO NOT KNOW WHEN THE CAR WILL SHUT IF I DON'T ACT LIKE I HAVE MY FIRST CAR FROM THE 1960'S AND HAD TO CHECK THE OIL WEEKLY.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## February 26, 2020 NHTSA ID NUMBER: 11311759
## Components: UNKNOWN OR OTHER
**NHTSA ID Number:** 11311759

**Incident Date** February 19, 2020

**Consumer Location** UNIVERSITY PLACE, WA

**Vehicle Identification Number** 3C4NJDDB8JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

THE FIRST TIME THIS HAPPENED I WAS ON A CITY STREET IN SEATTLE MAKING A RIGHT HAND TURN AND MY JEEP STALLED OUT. I WAS UNABLE TO MOVE IT, NO LIGHTS CAME ON WITH ANY WARNING BEFORE IT HAPPENED. ON THE SECOND TRY THE JEEP STARTED AND I WAS ABLE TO DRIVE THE 2 HOURS HOME SAFELY. THE SECOND TIME I WAS ON A SIDE ROAD HAD JUST LEFT HOME HEADING TO WORK. AGAIN, NO WARNINGS IT JUST STALLED OUT.I STARTED IT AND CONTINUED ON. TONIGHT THE LOW OIL PRESSURE LIGHT FLASHED QUICK AS I WAS GOING UP A HILL. I DECIDED TO GOOGLE WHAT WAS HAPPENING AND FOUND TONS OF POSTS WITH THE SAME ISSUE BEING CAUSED BY NO OIL. I CHECKED THE OIL AND IT WAS BONE DRY. I PURCHASED THE VEHICLE BRAND NEW 6 MONTHS AGO AND HAVE 3100 MILES ON IT. THIS IS A SAFETY ISSUE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## February 26, 2020 NHTSA ID NUMBER: 11311557
## Components: ENGINE, POWER TRAIN
**NHTSA ID Number:** 11311557

**Incident Date** February 25, 2020

**Consumer Location** Unknown

**Vehicle Identification Number** 3C4NJDBB9JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MULTIPLE TIMES THE LOW OIL PRESSURE LIGHT FLASHES. IN A FEW INSTANCES THE CAR STALLS AND DOESN'T WANT TO START BACK UP LEAVING YOU STUCK. LUCKILY WE'VE NEVER BEEN HIT WHEN THIS HAPPENS. USUALLY HAPPENS GOING UP A HILL OR AROUND A BEND. OIL LEVEL IN CAR IS GOOD AND CHANGED EVERY 3-5000 MILES. IT DOESN'T MATTER IF THE CAR IS FULLY WARMED UP OR COLD ENGINE. DOESN'T MATTER IF GAS LEVEL IS AT A 1/4 OR 3/4 TANK. I CHECKED FOR RECALLS AND THERE WAS A RECALL FOR THIS PROBLEM IN THE PREVIOUS MODEL YEAR BUT IT SAYS IT'S NOT FOR MY VEHICLE EVEN THOUGH IT'S THE EXACT SAME PROBLEM. THIS HAS HAPPENED MULTIPLE TIMES WITH THE STALLING AND PROBABLY 25 TIMES THE LOW OIL PRESSURE LIGHT HAS FLICKERED ON.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

February 25, 2020 **NHTSA ID NUMBER: 11311420**
**Components: ENGINE**
**NHTSA ID Number:** 11311420

**Incident Date** February 24, 2020

**Consumer Location** SOUTH HAVEN, MI

**Vehicle Identification Number** 3C4NJDDBXJT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I GOT MY OIL CHANGED 2/24/2020. I HAVE HAD THE JEEP LESS THEN THREE MONTHS. THERE WAS ABSOLUTELY NO OIL ON THE DIPSTICK. THIS CAR BURNED THROUGH 5 QUARTS OF OILS IN 6,000 MILES.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## February 11, 2020 NHTSA ID NUMBER: 11308436
## Components: UNKNOWN OR OTHER
**NHTSA ID Number:** 11308436

**Incident Date** January 3, 2020

**Consumer Location** BELL GARDENS, CA

**Vehicle Identification Number** 3C4NJDAB1JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I HAVE A 2018 JEEP COMPASS WHEN I DID MY OIL CHANGE ON 1/4/2020 I TOLD THEM MY CAR HAD STOPPED ON ME WHILE I WAS GOING 25MPH ON THE ROAD AND SUDDENLY STOPPED. PER PERSON THAT SERVICE MY CAR IT WAS DUE TO AN OIL CHANGE, I ASKED IF THEY CAN STILL CHECK THE CAR OUT. AFTER A WEEK OF DOING AN OIL CHANGE THE CAR HAD THE SAME PROBLEM WHEN I TAKE IT TO THE DEALER THEY BLAME IT ON THE CAR NEEDING AN OIL

CHANGE, KEEP IN MIND THAT MY NEXT OIL CHANGE IS DUE UNTIL 10,000 I CURRENTLY HAVE 8,238 MILES ON THE CAR. CHAMPION DEALER IN THE CITY OF DOWNEY CA AND CHRYSLER SEEM LIKE THEY DO NOT WANT TO HELP ME FIND OUT WHAT'S WRONG ON MY CAR. I WILL PROVIDE SCREENSHOTS OF AN EMAIL I HAVE WITH CHRYSLER. PLEASE ADVICE ME ON THIS PROBLEM AND WHAT DO YOU RECOMMEND FOR ME TO DO. THANK YOU.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

---

**January 26, 2020** NHTSA ID NUMBER: 11302070
**Components: ENGINE**
**NHTSA ID Number:** 11302070

**Incident Date** January 15, 2020

**Consumer Location** PORTER CORNERS, NY

**Vehicle Identification Number** 3C4NJDBB7JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TWO DAYS IN A ROW THE ENGINE SHUT DOWN LESS THEN ONE MILE INTO MY MORNING COMMUTE AS I WAS TURNING ONTO THE MAIN ROAD OUT OF MY DEVELOPMENT. THE ENGINE SHUT OFF, THE STEERING BECAME DIFFICULT, AND THE PARKING BRAKE ENGAGED. NO WARNING LIGHTS CAME ON, AND NOTHING INDICATED WHY THE CAR WAS SHUTTING DOWN.

WHEN TAKEN INTO THE DEALER AFTER THE SECOND INCIDENT IN AS MANY DAYS, I WAS TOLD THE ENGINE WAS LOW OR OUT OF OIL AND SHUTTING DOWN IS A SAFETY FEATURE AS IS ENGAGING THE EMERGENCY BRAKE IN TRAFFIC. I WASN'T DUE FOR AN OIL CHANGE FOR ANOTHER MONTH BASED ON

JEEP'S RECOMMENDED SCHEDULE, BUT I WAS FORCED TO DO ONE SO THEY COULD VERIFY THE ISSUE. I WAS ALSO TOLD THE COMPASS HAS A NEW HIGHLY EFFICIENT ENGINE AND THESE NEW ENGINES ARE SO EFFICIENT THEY BURN/LEAK OIL, AND I AM TO CHECK MY OIL EVERY 500-1000 MILES AND ALWAYS HAVE A QUART IN THE CAR TO TOP IT OFF. WHEN I ASKED WHY THERE WASN'T A DASHBOARD INDICATOR THE OIL WAS LOW I WAS TOLD THE COMPASS DOES NOT HAVE SUCH AN INDICATOR. I AM CONCERNED FOR MY SAFETY, MY FAMILY'S, AS WELL AS OTHER DRIVERS AS I DO NOT KNOW WHEN THE CAR WILL SHUT DOWN AGAIN.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | COMPASS | 2018 |

---

January 19, 2020 **NHTSA ID NUMBER: 11300260**
**Components: ENGINE**
**NHTSA ID Number:** 11300260

**Incident Date** November 21, 2018

**Consumer Location** RED OAK, TX

**Vehicle Identification Number** 3C4NJCAB8JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

5/2018, WE BOUGHT A 2018 JEEP COMPASS SPORT WITH EXTENDED WARRANTY AND GAP INSURANCE. WE WERE DILIGENT ON GETTING OIL CHANGED PER RECOMMENDATIONS. 8/2018, PULLING OUT IN INTERSECTION, VEHICLE DIED, SPONTANEOUSLY ENGAGED THE EMERGENCY BRAKE. THIS HAPPEND A FEW MORE TIMES WE TOOK IN FOR SERVICE. 11/2018, (WELL

WITHIN THE LEMON LAW GUIDELINES)WE TOOK TO THE WAXAHACHIE. THEY INSPECTED IT/CHANGED OIL, THEY TOLD US IT WAS LOW ON OIL, THAT THE DYING OF THE CAR WAS A SAFETY MECHANISM AND WE JUST NEEDED TO CHANGE THE OIL MORE OFTEN. KEEP IN MIND, THE OIL HAD BEEN CHANGED PER VEHICLE RECOMMENDATIONS. WE BEGAN CHANGING THE OIL EVERY 3000 MILES. THE VEHICLE STILL DIED MULTIPLE TIMES OVER NEXT SEVERAL MONTHS, GOING DOWN THE TOLLWAY, PULLING OUT ON THE SERVICE ROAD TO GET ON THE HIGHWAY, MIDDLE OF BUSY INTERSECTIONS WITH CHILDREN IN VEHICLE. 10/1/2019, FRUSTRATED/CONCERNED ABOUT SAFETY, TOOK THE VEHICLE BACK IN FOR SERVICE. AT THIS TIME IT HAD ONLY BEEN 2000 MILES SINCE THE WAS OIL CHANGED, WAS LOW ON OIL. THIS IS WHEN WE WERE TOLD THAT CHRYSLER IS AWARE OF THIS ISSUE AND WE NEVER GOT A RECALL. HAD US BRING THE VEHICLE BACK IN EVERY 1000 MILES FOR OIL CONSUMPTION TEST. 10/15/2019, 2 QTS LOW AFTER 1000 MILES. THEY ORDERED NEW ENGINE. THEY WERE BACKED UP SO ON11/12/19 THEY CALLED TO BRING CAR IN FOR NEW ENGINE 11/22, WE PICKED UP CAR, DROVE APPROXIMATELY 10 MILES, OVERHEATED. WE RETURNED TO SERVICE DEPARTMENT. THEY KEPT IT/WE PICKED UP 11/26, DROVE TWO MILES/DIED GOING DOWN SERVICE ROAD. WE TOOK BACK. 12/2, PICKED UP/ WARNING LIGHT CAME ON DURING TEST DRIVE. LEFT THERE. PICKED UP 12/4/19. 1/4/20,VEHICLE OVERHEATED WHILE DRIVING. TOOK TO WAXAHACHIE.10 DAYS LATER, THEY SAID NEEDS NEW ENGINE. 3RD ENGINE/LESS THAN 2 YEAR OLD CAR. GOAL IS GET THEM TO BUY BACK FOR WHAT WE OWE, REFUND DOWN PAYMENT, TRADE IN, REMAINDER OF WARRANTY/GAP INSURANCE. NEVER RECEIVED ANY RECALL ON THIS VEHICLE!

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

January 16, 2020 **NHTSA ID NUMBER: 11299976**
**Components: ENGINE**
**NHTSA ID Number:** 11299976

**Incident Date** January 16, 2020

**Consumer Location** BADEN, PA

**Vehicle Identification Number** 3C4NJDDB5JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

MY CAR IS NOT EVEN 2 YEARS OLD AND IT HAS COMPLETELY SHUT DOWN TWICE WHILE DRIVING. VERY QUICKLY A "LOW OIL PRESSURE WARNING" SIGN WILL FLASH ON THE DASHBOARD, AND SOON AFTER THE CAR BECOMES LIMP AND COMPLETELY SHUTS DOWN. IT WILL NOT MOVE AND DOESN'T ALLOW FURTHER DRIVING. THE DEALERSHIP FOUND MY OIL IS LOW, EVEN THOUGH I HAVEN'T EVEN HIT 2500 MILES SINCE MY LAST OIL CHANGE. THEY ARE HAVING ME COME BACK AFTER 500 MILES TO MONITOR OIL CONSUMPTION AND INVESTIGATE FURTHER. THIS IS EXTREMELY FRUSTRATING AND DANGEROUS, AS IT HAS SHUT OFF WHEN I'M ON MAIN ROADS WITH CARS ALL AROUND ME. I'M VERY DISAPPOINTED, AS I HAVE NEVER HAD ANY ISSUES WITH PREVIOUS JEEPS I'VE OWNED.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

**January 16, 2020** **NHTSA ID NUMBER: 11299937**
**Components: ENGINE**
**NHTSA ID Number:** 11299937

**Incident Date** January 16, 2020

**Consumer Location** BRENTWOOD, CA

**Vehicle Identification Number** 3C4NJCBB5JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS0**

2.4L MULTIAIR MOTOR BURNS OIL AT EXCESSIVE RATE. NEW CAR BURNS 1QT OF OIL PER 850 MILES. NO "LOW OIL" INDICATOR LIGHT. WHEN LOW ON OIL, CAR STALLS, JOLTS, OR SHUTS OFF. STALL GENERALLY OCCURS WHEN TURNING AT LOW SPEEDS (LESS THAN 30 MPH). SIGNIFICANT SAFETY HAZARD IF TURNING IN FRONT OF ONCOMING TRAFFIC. CAR WILL STALL IF DOWN 2 QUARTS. THEREFORE, IF YOU DO NOT REFILL OIL EVERY 1500 MILES, YOU RISK STALLING ON ROADWAYS. CURRENT VEHICLE HAS 26,000 MILES. NORMALLY ADD 5 QUARTS OF OIL BETWEEN SCHEDULED OIL CHANGES. STALLING HAS OCCURRED APPROXIMATELY 10 TIMES. TWO TIMES STALL OCCURRED IN INTERSECTION, ALMOST RESULTING IN HIGH SPEED COLLISION FROM OPPOSING TRAFFIC.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

January 16, 2020 **NHTSA ID NUMBER: 11299787**
**Components: ENGINE**
**NHTSA ID Number:** 11299787

**Incident Date** January 15, 2020

**Consumer Location** HASTINGS, MN

**Vehicle Identification Number** 3C4NJDBB4JT****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

OIL BURNING UP WAY BEFORE OIL CHANGE IS DUE. CAUSED MY CAR TO STALL IN THE MIDDLE OF THE ROAD.

THE STALL OCCURRED WHILE MAKING A RIGHT TURN AT AN INTERSECTION

SPEED OF APPROXIMATELY 10-15 MPH.

MILEAGE WAS ABOUT 39000 WHILE MAKING THE TURN A QUICK CHIME AND OIL PRESSURE LOW CAME ON AND DISAPPEARED AND THE CAR IMMEDIATELY STALLED.

COME TO FIND OUT THAT WAS WAS OIL ON DIPSTICK. NO WARNINGS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

---

December 30, 2019 **NHTSA ID NUMBER: 11291974**
**Components: ENGINE**
**NHTSA ID Number:** 11291974

**Incident Date** December 15, 2019

**Consumer Location** STATEN ISLAND, NY

**Vehicle Identification Number** 3C4NJDCB7JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

TL* THE CONTACT OWNS A 2018 JEEP COMPASS. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE RANDOMLY SHUT OFF ON MULTIPLE OCCASIONS. THE ENGINE WAS RESTARTED AND THE VEHICLE OPERATED NORMALLY. THE VEHICLE WAS TAKEN TO ISLAND CHRYSLER (1239 HYLAN BLVD, STATEN ISLAND, NY) WHERE IT WAS DIAGNOSED THAT THE ENGINE OIL WAS VERY LOW. THE CONTACT WAS INFORMED THAT THE ENGINE SHUT OFF DUE TO VERY LOW OIL AND OPERATED AS INTENDED. THE MANUFACTURER PROVIDED CASE NUMBER: CAS-71699220. THE FAILURE MILEAGE WAS 13,200.

**1 Affected Product**

## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

### December 28, 2019 NHTSA ID NUMBER: 11291788
## Components: ENGINE

**NHTSA ID Number:** 11291788

**Incident Date** September 12, 2019

**Consumer Location** PUTNAM VALLEY, NY

**Vehicle Identification Number** 3C4NJDBB3JT****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES** 0

**DEATHS** 0

ON THREE DIFFERENT OCCASIONS MY ENGINE HAS SHUT OFF AND GONE INTO A 'LIMP MODE' WHILE I AM DRIVING WITHOUT ANY WARNING OR INDICATOR LIGHT ACTIVATION. THIS HAS OCCURRED WHILE DRIVING AT HIGH SPEEDS AND HAS NEARLY RESULTED IN MORE THAN ONE MULTI-VEHICLE ACCIDENTS. THE PARKING BRAKE ENGAGES AND I AM UNABLE TO RESTART THE VEHICLE FOR SEVERAL MINUTES THEREAFTER. I WAS NEARLY REAR ENDED ON BOTH OCCASIONS AND HAD NO IDES WHAT WAS WRONG. COME TO FIND OUT, THERE WAS MINIMAL OIL IN THE ENGINE DESPITE BEING DEALER MAINTAINED IN A TIMELY FASHION AND WELL BEFORE THE NEXT OIL CHANGE WAS DUE. I IMMEDIATELY TOOK MY 2018 JEEP COMPASS IN FOR SERVICING WHERE THEY EXPLAINED THEY HAVE BEEN SEEING THIS ISSUE IN THIS PARTICULAR MODEL WITH THE 2.4 LITER MULTI-AIR 4 CYLINDER ENGINE. THE PCV VALVE WAS REPLACED AND THEY STARTED TO MONITOR OIL USAGE VIA AN OIL CONSUMPTION TEST EVERY 500 MILES. UNFORTUNATELY THE PCV VALVE REPLACEMENT DID NOT PROVE TO BE THE FIX AS THE ENGINE MALFUNCTIONED ONCE AGAIN SOMETIME AROUND 2500 MILES INTO THE OIL CHANGE. I AM EXTREMELY CONCERNED FOR MY SAFETY AND RELY ON THIS VEHICLE TO GET ME TO WORK AS I AM A HEALTHCARE PROFESSIONAL. I AM

SHOCKED THAT A RECALL HAS NOT BEEN ISSUED AFTER READING ONLINE JUST HOW MANY CASES HAVE BEEN REPORTED WITH THE SAME MAKE/MODEL ENGINE. I AM LUCKY THAT I WAS NOT SERIOUSLY INJURED AND IT IS JUST A MATTER OF TIME BEFORE SOMEONE IS, IF ACTION IS NOT TAKEN. I WAS MERGING ONTO A 4 LANE HIGHWAY DURING RUSH HOUR TRAFFIC WITH NO SHOULDER THE FIRST TIME THIS OCCURRED. TRAFFIC WAS MOVING AT 65 MILES PER HOUR. IT WAS ABSOLUTELY FRIGHTENING. THIS IS UNACCEPTABLE AND IS A DETRIMENT TO HIGHWAY AND PERSONAL SAFETY. MY SALES ASSOCIATE AT THE DEALERSHIP IS ALSO ALARMED AT JUST HOW MANY 2018 JEEP COMPASS' WITH THE 2.4 LITER ENGINE ARE HAVING THIS UNEQUIVOCAL HAZARDOUS ISSUE. SOMETHING MUST BE DONE ASAP.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

December 27, 2019 **NHTSA ID NUMBER: 11291542**
**Components: ENGINE, FUEL/PROPULSION SYSTEM**
**NHTSA ID Number:** 11291542

**Incident Date** November 7, 2019

**Consumer Location** CORDOVA, TN

**Vehicle Identification Number** 3C4NJDBB6JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

THIS JEEP CANNOT GO 3,000 MILES BETWEEN OIL CHANGES. EVEN WHEN USING A FULLY SYNTHETIC OIL THAT HAS A LIFE SPAN OF 5,000 MILES, THE "LOW OIL PRESSURE" WARNING COMES ON. IF NOT SERVICED, THE VEHICLE STALLS (USUALLY WHILE TURNING THE STEERING WHEEL, USUALLY IN THE MIDDLE OF AN INTERSECTION!). UPON TOWING IT TO A SERVICE STATION,

THEY STATE THAT THEY CAN'T FIX IT, ONLY THE DEALERSHIP CAN FIX IT. THE DEALERSHIP STATES THAT IT JUST NEEDS AN OIL CHANGE. SO, INSTEAD OF USING THE "MILEAGE TO NEXT OIL CHANGE" STICKER, I HAVE TO HAVE THE OIL LEVEL CHECKED TO ESTIMATE WHEN IT WILL STALL AGAIN. I DO NOT FEEL SAFE IN THIS CAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## November 28, 2019 NHTSA ID NUMBER: 11282766
## Components: ENGINE

**NHTSA ID Number:** 11282766

**Incident Date** November 1, 2019

**Consumer Location** PLYMOUTH, MA

**Vehicle Identification Number** 3C4NJDCB2JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

PURCHASED NEW COMPASS FROM BEST JEEP IN PLYMOUTH MA. AFTER FIRST OIL CHANGE, JUST BEFORE SECOND 13,000 MILES (STICKER SAYS TO GO EVERY 7,000 MILES) LOW OIL PRESSURE LIGHT CAME ON, HAD TO GET OFF THE ROAD. TOOK 2 QUARTS OF OIL TO GET TO SAFE ZONE, OIL DRIPPING WAS NOTICEABLE UNDER CAR AND I BROUGHT BACK TO DEALER. GOT CAR BACK AND THEY NOTED NO OIL LEAK FOUND AND SAW SPILLED OIL AT FILLER SPOT. I PUT OIL IN THE CAR, THERE WAS NO OIL SPILLED AROUND THE FILLER. WHEN I LOOKED, DEALERSHIP HAD TAKEN, WHAT SEEMED TO BE AN OILY RAG, AND WIPED ALL AROUND THAT AREA. THEN TRIED TO BLAME ME. GOT CAR HOME, OIL WAS STILL DRIPPING. CALLED, MADE ANOTHER APPOINTMENT. THEY THEN WROTE ON THE WORK ORDER "VERIFIED, SERVICE

MANAGER DOCUMENTED OIL UNDER VEHICLE. THEY PUT DIE IN OIL, CLEANED UP PRESENT OIL ON OUTSIDE OF ENGINE. WENT BACK TO DEALER AFTER 300 MILES, OIL WAS DOWN HALF A QUART, BUT DEALER SAID NO LEAKS FOUND. WAS TOLD THAT THIS IS WITHIN THE NORMAL RANGE FOR A NEW ENGINE TO BURN UP TO 1 QUART OF OIL PER 1000 MILES. THIS MEANS THE ENGINE IS ALREADY SHOWING 1 QUART OF OIL APROX EVERY 600 MILES. NOW I HAVE TO DO AN "OIL CONSUMPTION TEST" EVERY 1000 MILES. AFTER READING WHAT CAN HAPPEN WHEN LOW OIL PRESSURE HAPPENS, CAR SHUTTING DOWN AND LOCKING UP SO CANT BE DRIVEN, HAS HAPPENED. ONCE AT A STOP LIGHT, THEN TRYING TO LEAVE A PARKING SPOT. I THOUGHT IT WAS OPERATOR ERROR AND I MUST HAVE DONE SOMETHING WRONG BECAUSE NO WARNING LIGHTS CAME ON AND I WAS ABLE TO RESTART THE CAR AND CONTINUE. MY FAULT FOR NOT FOLLOWING UP WITH DEALER, HOWEVER IF HAPPENS AGAIN, CAR WILL BE JUST TOWED FROM SPOT. TO ME, THIS IS AN ISSUE JEEP KNOWS ABOUT AND IS PUTTING PROFITS OVER LIVES. THE COST OF A LIFE IF THE CAR SHUTS DOWN ON THE HIGHWAY OR INTERSECTION WITH NO WARNING, IF FAR LESS THAN WHAT IT WILL COST THEM TO STEP UP AND ACKNOWLEDGE AND CORRECT. I JUST PRAY IT DOESN'T HAPPEN TO MY FAMILY.*DT*JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

November 21, 2019 **NHTSA ID NUMBER: 11281517**
**Components: ENGINE, POWER TRAIN, UNKNOWN OR OTHER**
**NHTSA ID Number:** 11281517

**Incident Date** November 16, 2019

**Consumer Location** INDIANAPOLIS, IN

**Vehicle Identification Number** 3C4NJCAB0JT****

**Summary of Complaint**

**CRASH** No

**FIRE** No

**INJURIES0**

**DEATHS0**

I PURCHASED MY JEEP COMPASS NEW. SINCE I HAVE HAD IT, I HAVE TAKEN MY 2018 JEEP COMPASS IN FOR REPAIR DUE TO LOSS OF OIL SEVERAL TIMES. THE LOSS OF OIL WAS FIRST NOTICED BEFORE THE FIRST 2,000 MILES ON THE CAR BECAUSE OF A TICKING NOISE COMING FROM THE ENGINE. THIS CAR HAS EVEN STOPPED ON ME ON WHILE TRAVELING OUT OF TOWN AND THE ENGINE LIGHT COMES ON ALONG WITH OTHER LIGHTS. IN THIS PARTICULAR INSTANCE IT DID START BACK UP EVENTUALLY. WHEN IT DID, THE ENGINE LIGHT STAYED ON THE WHOLE TIME. RECENTLY, (11/16/19), WHILE DRIVING THE WHOLE CAR SHUTS DOWN IN THE MIDDLE OF THE STREET AND THE EMERGENCY BRAKES LOCK UP. THE CAR WILL NOT BUDGE. IN THIS INSTANCE THE CAR HAD TO BE TOWED TO THE DEALERSHIP. THERE HAVE BEEN SO MANY ISSUES WITH THIS CAR THAT I DO NOT FEEL SAFE DRIVING IT. THESE ISSUES SEEM TO BE COMPLETELY RANDOM AND WITHOUT WARNING.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

**November 21, 2019 NHTSA ID NUMBER: 11281490**
**Components: ENGINE**
**NHTSA ID Number:** 11281490

**Incident Date** November 21, 2019

**Consumer Location** OKEMOS, MI

**Vehicle Identification Number** 3C4NJCBB2JT****

**Summary of Complaint**

**CRASHNo**

**FIRENo**

**INJURIES0**

**DEATHS0**

ENGINE OIL CHECKED LOW 3,000 MILES AFTER LAST OIL CHANGE. THIS IS CONSISTENT WITH MULTIPLE ONLINE REPORTS OF THESE VEHICLES BURNING OIL RAPIDLY. OTHER REPORTS STATE VEHICLE SHUTS DOWN WHILE TRAVELING WITH NO WARNING INDICATIONS AND THE DIPSTICK REGISTERS NO ENGINE OIL.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
| --- | --- | --- |
| JEEP | COMPASS | 2018 |

**November 18, 2019** NHTSA ID NUMBER: 11280735
**Components: ENGINE, POWER TRAIN, UNKNOWN OR OTHER**
NHTSA ID Number: 11280735

**Incident Date** November 16, 2019

**Consumer Location** NEWNAN, GA

**Vehicle Identification Number** 3C4NJCAB3JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

PURCHASED AT THE DEALERSHIP @ 5K..ENGINE STALLED @ 18K MILES AS I WAS BACKING OUT OF MY DRIVEWAY.. CHECKED AND THERE WAS NO OIL ON STICK.. HAD TO BUY OIL TWICE JUST TO TAKE MY JEEP TO BE SERVICED AND HAVE AN "OIL CONSUMPTION TEST" PERFORMED MULTIPLE TIMES, WAS TOLD EVERYTHING WAS FINE.. 11K MILES LATER.."SERVICE ENGINE," "SERVICE TRANSMISSION," FLASHES ON DASH. NO OIL ON STICK WITHIN 400 MILES OF NEEDING AN OIL CHANGE.. ENGINE WON'T TURNOVER/START. STRANDED WITH <30K MILES & HAVEN'T HAD THE VEHICLE A YEAR.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

---

November 13, 2019 **NHTSA ID NUMBER: 11279790**
## Components: ENGINE
**NHTSA ID Number:** 11279790

**Incident Date** July 17, 2019

**Consumer Location** BONNEY LAKE, WA

**Vehicle Identification Number** 3C4NJCAB2JT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

I BOUGHT MY 2018 JEEP COMPASS IN FEBRUARY 2019. IN JULY 2019 WHILE DRIVING THE CAR ON THE FREEWAY WITH MY 2 DAUGHTERS THE OIL LIGHT CAME ON AND THE CAR TURNED OFF IN THE MIDDLE OF TRAFFIC. THANK GOD I WAS IN TRAFFIC AND I WAS ABLE TO RESTART THE CAR. THE OIL LIGHT DID NOT COME BACK ON AND I WAS ABLE TO DRIVE THE CAR. A FEW DAYS LATER THIS HAPPENED AGAIN WHILE TAKING MY DAUGHTERS TO VISIT FAMILY ON THE ROAD. I WAS ABLE TO START THE CAR AGAIN. THE OIL LIGHT DID NOT COME BACK ON AGAIN. THE NEXT DAY I TOOK MY CAR TO LARSON DODGE AND JEEP DEALER IN PUYALLUP, WA. I TOLD THEM WHAT WAS HAPPENING AND I WAS TOLD THAT IT IS A KNOWN PROBLEM THAT THE JEEP COMPASS HAS A PROBLEM WITH OIL EVAPORATING AND THEY WOULD CHANGE THE OIL. THE SERVICE PERSON I TALKED TO SAID HIS WIFE ALSO HAS A JEEP COMPASS AND HE IS TRYING TO CONVINCE HIS WIFE TO TRADE IT IN BECAUSE TO THIS PROBLEM. I AM NOT SURE HOW OIL CAN JUST EVAPORATE. AT THE TIME OF THE OIL CHANGE I HAD DRIVEN ABOUT 3000 TO 3500 MILES SINCE I BOUGHT THE CAR. I HAVE HAD TO HAVE MY OIL CHANGED ONE OTHER TIME AROUND 3000 MILES AND WILL HAVE TO HAVE IT CHANGED AGAIN SOON. THE LAST TIME THE OIL WAS VERY LOW AGAIN AND IT GETTING LOW AGAIN. I HAVE TO CONTINUOUSLY CHECK MY OIL ON A WEEKLY BASIS ON AN ALMOST NEW CAR. DRIVING THIS CAR, THAT CAN JUST TURN OFF AT ANYTIME DUE TO

A KNOWN OIL CONSUMPTION ISSUE WITH THE 2018 JEEP COMPASS NOT ONLY PUTS ME IN DANGER BUT IT PUTS MY CHILDREN IN DANGER EACH TIME THE CAR IS DRIVEN. I DO NOT HAVE ANOTHER MODE OF TRANSPORTATION.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

---

### November 9, 2019 NHTSA ID NUMBER: 11279198
### Components: ENGINE
**NHTSA ID Number:** 11279198

**Incident Date** November 9, 2019

**Consumer Location** SHELTON, CT

**Vehicle Identification Number** 3C4NJDCB6JT****

**Summary of Complaint**

**CRASH**No

**FIRE**No

**INJURIES**0

**DEATHS**0

I LEFT MY HOUSE AND DROVE ABOUT A MILE DOWN THE ROAD. I STOPPED AT A STOP SIGN AND AS I WENT TO PROCEED ONTO AN EXTREMELY BUSY ROAD MY 2018 JEEP COMPASS COMPLETELY SHUT DOWN. IT WOULDNT MOVE AND TOLD ME TO SHIFT GEARS THEN PRESS THE BRAKE AND START BOTTON. MULTIPLE ATTEMPTS WOULD NOT RESTART THE CAR. IT TOOK BETWEEN 5-7 MINUTES TO FINALLY START RUNNING, BUT GAVE NO INDICATION OF WHAT THE ISSUE WAS. I WAS ABLE TO DRIVE A MILE TO MY DESTINATION WITHOUT ANY ISSUE, BUT WAS MOMENTARILY IN FEAR FOR MY LIFE AS THE ENGINE SHUT DOWN WITH NO NOTICE. UPON FURTHER INVESTIGATION, I FOUND A WEBSITE CONTAINING OF HUNDREDS OF RECENT COMPLAINTS DESCRIBING THE EXACT SAME SCENARIO. JEEPS SOLUTION HAS BEEN THAT THE CARS ARE IN NEED OF OIL CHANGES, BUT YET FOR MYSELF AND MANY OTHERS, NO OIL WARNING LIGHT IS EVEN COMING ON. MY HUSBAND CHECKED MY OIL AND

THERE BASICALLY IS NONE. I CALLED THE DEALERSHIP SERVICE CENTER WHO INFORMED ME THAT MANY PEOPLE HAVE BEEN HAVING THIS ISSUE AND IT NEEDS AN OIL CHANGE. I FIND THIS INCREDIBLY UNACCEPTABLE AND FEEL THAT JEEP IS IN OVER THEIR HEADS WITH HOW TO RESOLVE THIS FAULTY SYSTEM THAT NOTHING IS BEING DONE ABOUT IT AND WONT UNTIL FATALITIES ARE UNFORTUNATELY REPORTED. I CONTACTED CHRYSLER WHO SAID IT MAY NEED AN OIL CONSUMPTION TEST DONE, WHICH IS OBVIOUSLY GOING TO REQUIRE ME TO DRIVE THE VEHICLE IN UNSAFE CONDITIONS TO RUN A "TEST". I HAVE ALSO READ THAT THE ENGINE WAS DESIGNED TO SHUT OFF WHEN OIL IS LOW AND CHRYSLER CONFIRMED THAT. HOW DOES THIS PASS TESTING? THERE IS NO WARNING LIGHT AT ALL AND CHANCES ARE THAT YOU WILL DIE OR BE SERIOUSLY INJURED IF YOUR CAR JUST SHUTS OFF IN TRAFFIC. I AM GENUINELY CONCERNED FOR MY LIFE AND THE LIVES AND SAFETY OF OTHERS WHILE HAVING THESE FAULTY VEHICLES ON THE ROAD. THERE NEEDS TO BE A RECALL ASAP AND ENGINES NEED TO BE REPLACED WITH ONE THAT DONT BURN THROUGH FUEL LIKE THIS COMPASS WAS "DESIGNED" TO.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2018 |

## January 7, 2020 NHTSA ID NUMBER: 11297761
## Components: ENGINE

**NHTSA ID Number:** 11297761

**Incident Date** May 15, 2018

**Consumer Location** PLEASANTVILLE, NY

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACTS WIFE OWNS A 2018 JEEP COMPASS. THE CONTACT
STATED THAT WHILE DRIVING 30 MPH, THE EMERGENCY BRAKE WARNING
INDICATOR ILLUMINATED AND THE VEHICLE STALLED. THE CONTACT STATED
THAT THE FAILURE RECURRED 6 TIMES. THE VEHICLE WAS TAKEN TO
CROTON AUTO PARK (1 MUNICIPAL PL, CROTON ON HUDSON, NY 10520, (914)
271-5100) ON TWO OCCASIONS TO BE DIAGNOSED AND REPAIRED. THE
CONTACT WAS INFORMED THAT THE PCV VALVE NEEDED TO BE REPLACED
AND SECONDARILY, AN OIL CONSUMPTION TEST NEEDED TO BE PERFORMED
AT 500 MILE INTERVALS UP TO 1,500 MILES. THE PCV VALVE WAS REPLACED
HOWEVER, A DETERMINATION WAS NOT MADE REGARDING THE OIL
CONSUMPTION TEST. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE.
THE APPROXIMATE FAILURE MILEAGE WAS 18,000. THE VIN WAS
UNAVAILABLE.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2019 |

## November 29, 2019 NHTSA ID NUMBER: 11282843
## Components: ENGINE

**NHTSA ID Number:** 11282843

**Incident Date** November 28, 2019

**Consumer Location** VICTOR, NY

**Vehicle Identification Number** 3C4NJDBB3KT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

ON THREE SEPARATE OCCASIONS OUR NEWLY LEASED 2019 JEEP COMPASS
STALLED WHILE AT HIGH SPEED. WE ALL HAD TO PULL OVER WITH OUT
POWER STEERING. THIS HAPPENED SHORTLY AFTER WE PULLED OUT ON TO

A MAIN ROAD FROM OUR NEIGHBORHOOD.*DT

CONSUMER STATED YES, I TOOK IT TO VICTOR DODGE JEEP DEALERSHIP WHERE I LIVE AND GOT THE CAR. THEY SAID IN WAS DOWN A QUART OF OIL. FILLED IT AND SAID TO RETURN AT 7,500 MILES SO THEY COULD CHECK THE LEVEL AGAIN. I WOULD SAY THE VEHICLE WAS AT 45 MPH.

THERE WAS AN OIL PRESSURE LIGHT THAT CAME ON WHEN THE CAR WAS STARTED UP. BUT IT WENT OFF RIGHT AWAY. *JB

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2019 |

## October 31, 2019 NHTSA ID NUMBER: 11277318
## Components: ENGINE

**NHTSA ID Number:** 11277318

**Incident Date** October 15, 2019

**Consumer Location** POMPANO BEACH, FL

**Vehicle Identification Number** 3C4NJCCB2KT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2019 JEEP COMPASS. WHILE DRIVING 40 MPH, THE VEHICLE STALLED. ONCE IT WAS RESTARTED, THE VEHICLE FUNCTIONED NORMALLY. THE VEHICLE WAS CURRENTLY AT JOEY ACCARDI CHRYSLER, DODGE, JEEP, RAM (909 FEDERAL HWY, POMPANO BEACH, FL 33062, (954) 943-6700) WAITING TO BE DIAGNOSED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 1,200.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2019 |

### October 25, 2019 NHTSA ID NUMBER: 11270970
### Components: ENGINE

**NHTSA ID Number:** 11270970

**Incident Date** October 21, 2019

**Consumer Location** SEBRING, OH

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

TL* THE CONTACT OWNS A 2019 JEEP COMPASS. WHILE DRIVING APPROXIMATELY 35 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE CONTACT PULLED OVER TO THE SIDE OF THE ROAD AND WAS ABLE TO RESTART THE VEHICLE. THE VEHICLE WAS TAKEN TO WALLY ARMOUR CHRYSLER DODGE JEEP RAM (1950 W STATE ST, ALLIANCE, OH 44601) WHERE IT WAS DETERMINED THAT THE OIL LEVEL WAS LOW, WHICH CAUSED THE VEHICLE TO STALL. THE DEALER INSTRUCTED THE CONTACT TO BRING THE VEHICLE BACK TO THEM AFTER 500 MILES FROM THE LAST OIL CHANGE FOR MONITORING AND AN OIL CONSUMPTION TEST. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 4,000. THE VIN WAS UNAVAILABLE.

## 1 Affected Product
## Vehicle

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2019 |

October 14, 2019 **NHTSA ID NUMBER: 11268293**
## Components: ENGINE
**NHTSA ID Number:** 11268293

**Incident Date** October 11, 2019

**Consumer Location** CAPE CORAL, FL

**Vehicle Identification Number** 3C4NJCBB1KT****

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

MAJOR ISSUE! THIS IS APPARENTLY KNOWN BY JEEP AS THEY HAVE ISSUED A RECALL. YET IT IS HAPPENING TO ADDITIONAL MODELS OUTSIDE THE SCOPE OF THE ISSUED RECALL.

2019 JEEP COMPASS 2.4L. THE ENGINE SHUT OFF WITHOUT ANY WARNING WHILE DRIVING AT APPROXIMATELY 25 MPH. THE VEHICLE IS BRAND NEW WITH ONLY 200 MILES. I PURCHASED THE VEHICLE ONLY 10 DAYS AGO. I TOOK THE VEHICLE BACK AND RETURNED IT, WHICH WAS QUITE THE HEADACHE TO GET THE DEALER TO DO. I BASICALLY TRADED IT IN FOR A JEEP GRAND CHEROKEE SO TO AVOID THE 2.4L ENGINE. I AM OUT QUITE A BIT OF MONEY IN PAYING TAXES, FEES, REGISTRATION, TILE,ETC TWICE DUE TO THIS ISSUE. IN DOING SOME RESEARCH, THIS SEEMS TO BE A FAIRLY COMMON PROBLEM IN BOTH THE JEEP COMPASS AND THE JEEP CHEROKEE IN REGARDS TO THE 2.4L 4 CYLINDER ENGINE. JEEP HAS ISSUED A RECALL ON THE CHEROKEE. THEY NEED TO DO THE SAME ON THE COMPASS.

STAY AWAY FROM THE 2.4L 4 CYLINDER ENGINE AT ALL COSTS.

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2019 |

## August 28, 2019 NHTSA ID NUMBER: 11245744
## Components: ENGINE

**NHTSA ID Number:** 11245744

**Incident Date** July 1, 2019

**Consumer Location** BEACHWOOD, NJ

**Vehicle Identification Number** N/A

**Summary of Complaint**

CRASHNo

FIRENo

INJURIES0

DEATHS0

2019 JEEP COMPASS. CONSUMER WRITES IN REGARDS TO VEHICLE STOPPING SUDDENLY WHILE DRIVING ON THE HIGHWAY. *LD

THE CONSUMER STATED THE DEALER ADVISED THAT THE VEHICLE RAN LOW ON OIL WHICH CAUSED THE ENGINE TO SHUT OFF WITHOUT WARNING. WHEN THE VEHICLE RESTARTED THE ENGINE LIGHT ILLUMINATED. *JS

**1 Affected Product**
**Vehicle**

| MAKE | MODEL | YEAR |
|------|-------|------|
| JEEP | COMPASS | 2019 |

67.     FCA routinely monitors the internet for complaints similar in substance to those quoted below. Its customer relations department routinely monitors the internet for customer complaints, and it retains the services of third parties to do the same.  Further, FCA's customer relations division regularly receives and responds to customer calls concerning, *inter alia*, product defects.

68.     The following table summarizes the report dates, incident date, and make, model, and model year of the 203 complaints submitted to NHTSA, as set forth above

|  | Report Date | Incident Date | NHTSA Complaint No. | Manufacturer | Model | Model Year |
|---|---|---|---|---|---|---|
| 1 | 3/8/2014 | 3/5/2014 | 10567955 | JEEP | CHEROKEE | 2014 |
| 2 | 10/4/2014 | 8/28/2014 | 10641463 | JEEP | CHEROKEE | 2014 |
| 3 | 1/13/2015 | 1/4/2015 | 10672201 | JEEP | CHEROKEE | 2015 |
| 4 | 2/4/2015 | 10/7/2014 | 10662826 | JEEP | CHEROKEE | 2014 |
| 5 | 5/11/2015 | 2/14/2015 | 10715700 | JEEP | CHEROKEE | 2014 |
| 6 | 6/15/2015 | 12/19/2014 | 10725408 | JEEP | CHEROKEE | 2014 |
| 7 | 7/10/2015 | 10/1/2014 | 10733280 | DODGE | DART | 2014 |
| 8 | 7/16/2015 | 3/1/2015 | 10734584 | JEEP | CHEROKEE | 2015 |
| 9 | 10/20/2015 | 10/19/2015 | 10783654 | DODGE | DART | 2015 |
| 10 | 10/21/2015 | 10/2/2015 | 10784943 | JEEP | RENEGADE | 2015 |
| 11 | 10/27/2015 | 10/6/2015 | 10786476 | DODGE | DART | 2015 |
| 12 | 11/17/2015 | 2/12/2015 | 10793237 | JEEP | CHEROKEE | 2014 |
| 13 | 12/8/2015 | 2/26/2015 | 10808943 | DODGE | DART | 2015 |
| 14 | 1/18/2016 | 1/18/2016 | 10820799 | JEEP | CHEROKEE | 2014 |
| 15 | 1/21/2016 | 1/16/2016 | 10821593 | DODGE | DART | 2014 |
| 16 | 4/5/2016 | 8/15/2015 | 10853581 | DODGE | DART | 2014 |
| 17 | 6/17/2016 | 6/16/2016 | 10874749 | DODGE | DART | 2014 |
| 18 | 6/23/2016 | 6/23/2016 | 10876124 | DODGE | DART | 2014 |
| 19 | 6/24/2016 | 3/1/2016 | 10876406 | DODGE | DART | 2014 |

| 20 | 6/27/2016 | 6/26/2016 | 10876954 | DODGE | DART | 2016 |
| 21 | 7/1/2016 | 6/27/2016 | 10881967 | JEEP | CHEROKEE | 2014 |
| 22 | 8/22/2016 | 8/20/2016 | 10897516 | JEEP | CHEROKEE | 2014 |
| 23 | 8/27/2016 | 8/5/2016 | 10901992 | JEEP | CHEROKEE | 2016 |
| 24 | 9/7/2016 | 7/4/2016 | 10904504 | JEEP | CHEROKEE | 2014 |
| 25 | 9/30/2016 | 8/29/2016 | 10910872 | JEEP | RENEGADE | 2015 |
| 26 | 10/10/2016 | 10/4/2016 | 10915058 | DODGE | DART | 2014 |
| 27 | 11/1/2016 | 7/11/2016 | 10920591 | CHRYSLER | 200 | 2015 |
| 28 | 11/10/2016 | 11/9/2016 | 10925430 | JEEP | CHEROKEE | 2014 |
| 29 | 11/10/2016 | 11/9/2016 | 10925430 | JEEP | CHEROKEE | 2014 |
| 30 | 11/22/2016 | 11/18/2016 | 10927375 | JEEP | RENEGADE | 2016 |
| 31 | 11/29/2016 | 11/8/2016 | 10928530 | DODGE | DART | 2015 |
| 32 | 11/29/2016 | 11/26/2016 | 10928462 | CHRYSLER | 200 | 2015 |
| 33 | 12/9/2016 | 12/9/2016 | 10934287 | JEEP | CHEROKEE | 2014 |
| 34 | 12/30/2016 | 12/16/2016 | 10938766 | JEEP | CHEROKEE | 2014 |
| 35 | 12/30/2016 | 12/16/2016 | 10938766 | JEEP | CHEROKEE | 2014 |
| 36 | 1/4/2017 | 12/19/2016 | 10939710 | DODGE | DART | 2015 |
| 37 | 1/5/2017 | 12/20/2016 | 10939926 | JEEP | CHEROKEE | 2015 |
| 38 | 1/5/2017 | 12/5/2016 | 10939823 | JEEP | CHEROKEE | 2016 |
| 39 | 1/5/2017 | 8/10/2015 | 10939899 | DODGE | DART | 2015 |
| 40 | 1/10/2017 | 8/20/2016 | 10944184 | CHRYSLER | 200 | 2015 |
| 41 | 1/17/2017 | 5/5/2016 | 10945731 | JEEP | CHEROKEE | 2016 |
| 42 | 1/24/2017 | 10/21/2015 | 10947283 | DODGE | DART | 2014 |
| 43 | 2/4/2017 | 2/1/2017 | 10949601 | JEEP | CHEROKEE | 2014 |
| 44 | 2/6/2017 | 1/13/2017 | 10949840 | DODGE | DART | 2014 |
| 45 | 2/19/2017 | 2/18/2017 | 10955466 | JEEP | CHEROKEE | 2014 |
| 46 | 2/28/2017 | 4/28/2016 | 10957545 | JEEP | CHEROKEE | 2015 |
| 47 | 2/28/2017 | 12/1/2015 | 10957685 | DODGE | DART | 2015 |
| 48 | 3/5/2017 | 1/6/2017 | 10958649 | JEEP | CHEROKEE | 2014 |
| 49 | 3/7/2017 | 3/3/2017 | 10959080 | DODGE | DART | 2014 |
| 50 | 3/12/2017 | 10/1/2016 | 10960174 | JEEP | CHEROKEE | 2014 |
| 51 | 3/27/2017 | 1/15/2017 | 10968698 | DODGE | DART | 2016 |
| 52 | 4/12/2017 | 4/4/2017 | 10972132 | JEEP | CHEROKEE | 2016 |
| 53 | 4/24/2017 | 5/16/2016 | 10980171 | DODGE | DART | 2015 |
| 54 | 4/26/2017 | 4/25/2017 | 10980871 | JEEP | CHEROKEE | 2014 |

| 55 | 5/6/2017 | 5/3/2017 | 10983793 | JEEP | CHEROKEE | 2014 |
| 56 | 5/10/2017 | 5/8/2017 | 10984771 | CHRYSLER | 200 | 2015 |
| 57 | 5/11/2017 | 4/12/2016 | 10984890 | DODGE | DART | 2014 |
| 58 | 5/22/2017 | 5/15/2017 | 10990877 | JEEP | RENEGADE | 2016 |
| 59 | 5/30/2017 | 4/14/2017 | 10992277 | JEEP | CHEROKEE | 2014 |
| 60 | 5/30/2017 | 5/27/2017 | 10992363 | JEEP | CHEROKEE | 2016 |
| 61 | 6/1/2017 | 4/26/2017 | 10992732 | DODGE | DART | 2015 |
| 62 | 6/7/2017 | 7/6/2017 | 11003740 | DODGE | DART | 2014 |
| 63 | 6/15/2017 | 6/10/2017 | 10995324 | JEEP | CHEROKEE | 2014 |
| 64 | 6/15/2017 | 10/14/2015 | 10995335 | DODGE | DART | 2015 |
| 65 | 6/16/2017 | 6/10/2017 | 10995627 | JEEP | CHEROKEE | 2014 |
| 66 | 6/25/2017 | 6/14/2017 | 11001288 | JEEP | CHEROKEE | 2014 |
| 67 | 9/23/2017 | 9/20/2017 | 11025142 | DODGE | DART | 2015 |
| 68 | 12/1/2017 | 11/27/2017 | 11051820 | CHRYSLER | 200 | 2015 |
| 69 | 12/12/2017 | 2/10/2017 | 11054118 | DODGE | DART | 2016 |
| 70 | 12/26/2017 | 7/17/2017 | 11056581 | CHRYSLER | 200 | 2015 |
| 71 | 12/26/2017 | 12/23/2017 | 11056386 | DODGE | DART | 2016 |
| 72 | 12/28/2017 | 12/26/2020 | 11057182 | DODGE | DART | 2014 |
| 73 | 1/10/2018 | 1/10/2018 | 11061608 | DODGE | DART | 2015 |
| 74 | 1/22/2018 | 1/1/2015 | 10851584 | JEEP | CHEROKEE | 2015 |
| 75 | 1/30/2018 | 1/29/2018 | 11065865 | DODGE | DART | 2015 |
| 76 | 2/1/2018 | 1/1/2017 | 11066457 | DODGE | DART | 2015 |
| 77 | 2/13/2018 | 11/13/2017 | 11072734 | DODGE | DART | 2015 |
| 78 | 2/23/2018 | 8/28/2017 | 11014574 | JEEP | CHEROKEE | 2015 |
| 79 | 4/6/2018 | 4/6/2018 | 11083577 | DODGE | DART | 2015 |
| 80 | 5/15/2018 | 5/12/2018 | 11093862 | DODGE | DART | 2015 |
| 81 | 5/18/2018 | 10/7/2016 | 11096734 | DODGE | DART | 2014 |
| 82 | 5/31/2018 | 4/19/2018 | 11098922 | CHRYSLER | 200 | 2015 |
| 83 | 6/6/2018 | 10/1/2016 | 11100205 | DODGE | DART | 2015 |
| 84 | 6/21/2018 | 8/4/2017 | 11102946 | DODGE | DART | 2015 |
| 85 | 7/21/2018 | 7/19/2018 | 11112819 | DODGE | DART | 2014 |
| 86 | 7/23/2018 | 7/23/2018 | 11113117 | DODGE | DART | 2015 |
| 87 | 8/20/2018 | 7/5/2015 | 11120973 | DODGE | DART | 2015 |
| 88 | 9/4/2018 | 8/14/2018 | 11124329 | JEEP | COMPASS | 2017 |
| 89 | 10/1/2018 | 10/1/2018 | 11132750 | JEEP | RENEGADE | 2015 |

| 90 | 10/15/2018 | 10/4/2018 | 11140516 | CHRYLERS | 200 | 2018 |
|----|-----------|-----------|----------|----------|-----|------|
| 91 | 1/15/2019 | 1/15/2019 | 11170247 | DODGE | DART | 2016 |
| 92 | 1/29/2019 | 11/3/208 | 11172751 | JEEP | RENEGADE | 2016 |
| 93 | 2/12/2019 | 2/11/2019 | 11176480 | DODGE | DART | 2016 |
| 94 | 10/2/2019 | 10/1/2019 | 11265592 | JEEP | RENEGADE | 2016 |
| 95 | 10/15/2018 | 10/4/2018 | 11140516 | JEEP | COMPASS | 2017 |
| 96 | 11/17/2018 | 11/17/2018 | 11152235 | DODGE | DART | 2015 |
| 97 | 11/22/2018 | 11/22/2018 | 11153251 | JEEP | COMPASS | 2017 |
| 98 | 12/5/2018 | 8/8/2016 | 111156056 | DODGE | DART | 2014 |
| 99 | 1/16/2019 | 11/30/2018 | 11170385 | DODGE | DART | 2015 |
| 100 | 2/23/2019 | 2/15/2016 | 11265660 | DODGE | DART | 2016 |
| 101 | 4/1/2019 | 5/1/2018 | 11193188 | JEEP | COMPASS | 2017 |
| 102 | 4/2/2019 | 4/1/2019 | 11193286 | JEEP | COMPASS | 2017 |
| 103 | 5/17/2019 | 5/14/2019 | 11208335 | JEEP | RENEGADE | 2016 |
| 104 | 2/19/2019 | 2/19/2019 | 1181050 | JEEP | CHEROKEE | 2015 |
| 105 | 4/2/2020 | 4/1/2020 | 11320034 | JEEP | CHEROKEE | 2019 |
| 106 | 5/24/2019 | 5/24/2019 | 1120907 | CHRYSLER | 200 | 2015 |
| 107 | 6/6/2019 | 6/12/2019 | 11219470 | CHRYSLER | 200 | 2015 |
| 108 | 6/7/2019 | 5/6/2019 | 11229659 | JEEP | CHEROKEE | 2016 |
| 109 | 6/12/2019 | 6/12/2019 | 11219470 | CHRYSLER | 200 | 2015 |
| 110 | 6/16/2019 | 3/23/2019 | 11220386 | CHRYSLER | 200 | 2015 |
| 111 | 7/10/2019 | 2/7/2019 | 11230764 | DODGE | DART | 2016 |
| 112 | 8/6/2019 | 11242097 | 11242097 | DODGE | DART | 2015 |
| 113 | 8/7/2019 | 8/6/2019 | 11242327 | JEEP | CHEROKEE | 2016 |
| 114 | 8/28/2019 | 7/1/2019 | 11245744 | JEEP | COMPASS | 2019 |
| 115 | 8/29/2019 | 8/1/2019 | 11252239 | JEEP | RENEGADE | 2015 |
| 116 | 9/24/2019 | 9/11/2019 | 11257881 | JEEP | CHEEROKEE | 2019 |
| 117 | 10/2/2019 | 8/19/2019 | 11265624 | JEEP | COMPASS | 2017 |
| 118 | 10/2/2019 | 9/9/2019 | 112565660 | DODGE | DART | 2016 |
| 119 | 10/7/2019 | 10/5/2019 | 11266724 | JEEP | COMPASS | 2017 |
| 120 | 10/14/2019 | 10/11/2019 | 11268293 | JEEP | COMPASS | 2019 |
| 121 | 10/18/2019 | 10/10/2019 | 11269382 | JEEP | CHEROKEE | 2017 |
| 122 | 10/18/2019 | 10/17/2019 | 11269297 | JEEP | COMPASS | 2017 |
| 123 | 10/24/2019 | 10/24/2019 | 11270685 | JEEP | CHEROKEE | 2016 |
| 124 | 10/25/2019 | 10/21/2019 | 11270970 | JEEP | COMPASS | 2019 |

| 125 | 10/29/2019 | 12/9/2018 | 11276989 | JEEP | CHEROKEE | 2019 |
| 126 | 10/31/2019 | 2/28/2018 | 11277367 | JEEP | CHEROKEE | 2017 |
| 127 | 10/31/2019 | 10/15/2019 | 11277318 | JEEP | COMPASS | 2019 |
| 128 | 11/4/2019 | 1/1/2019 | 11278049 | JEEP | CHEROKEE | 2016 |
| 129 | 11/5/2019 | 11/4/2019 | 11278195 | JEEP | COMPASS | 2017 |
| 130 | 11/7/2019 | 11/4/2019 | 11278867 | JEEP | CHEROKEE | 2015 |
| 131 | 11/9/2019 | 11/9/2019 | 11279198 | JEEP | COMPASS | 2018 |
| 132 | 11/13/2019 | 7/17/2019 | 11279790 | JEEP | COMPASS | 2018 |
| 133 | 11/17/2019 | 9/19/2019 | 11280586 | JEEP | COMPASS | 2017 |
| 134 | 11/18/2019 | 11/15/2019 | 11280871 | JEEP | CHEROKEE | 2018 |
| 135 | 11/18/2019 | 11/16/2019 | 11280735 | JEEP | COMPASS | 2018 |
| 136 | 11/19/2019 | 11/19/2019 | 11281066 | JEEP | CHEROKEE | 2019 |
| 137 | 11/21/2019 | 11/16/2019 | 11281517 | JEEP | COMPASS | 2018 |
| 138 | 11/21/2019 | 11/21/2019 | 11281490 | JEEP | COMPASS | 2018 |
| 139 | 11/21/2019 | 11/2/2019 | 11281527 | JEEP | CHEROKEE | 2016 |
| 140 | 11/22/2019 | 11/21/2019 | 11281783 | JEEP | CHEROKEE | 2017 |
| 141 | 11/25/2019 | 11/16/2018 | 11282329 | JEEP | CHEROKEE | 2018 |
| 142 | 11/25/2020 | 11/24/2020 | 11282251 | JEEP | CHEROKEE | 2019 |
| 143 | 11/27/2019 | 11/25/2019 | 11282625 | JEEP | CHEROKEE | 2017 |
| 144 | 11/28/2019 | 11/1/2019 | 11282766 | JEEP | COMPASS | 2018 |
| 145 | 11/29/2019 | 11/28/2019 | 11282843 | JEEP | COMPASS | 2019 |
| 146 | 12/3/2019 | 1/1/2018 | 11286711 | JEEP | COMPASS | 2017 |
| 147 | 12/9/2019 | 12/9/2019 | 11287916 | JEEP | CHEROKEE | 2018 |
| 148 | 12/10/2019 | 12/1/2019 | 11288141 | JEEP | CHEROKEE | 2017 |
| 149 | 12/11/2019 | 12/10/2019 | 11288450 | JEEP | CHEROKEE | 2017 |
| 150 | 12/16/2019 | 12/13/2019 | 11289341 | JEEP | COMPASS | 2017 |
| 151 | 12/16/2019 | 11/14/2019 | 11289244 | JEEP | CHEROKEE | 2016 |
| 152 | 12/17/2019 | 12/9/2019 | 11289571 | JEEP | COMPASS | 2017 |
| 153 | 12/20/2019 | 10/4/2019 | 11290266 | JEEP | CHEROKEE | 2018 |
| 154 | 12/21/2019 | 12/8/2019 | 11290486 | JEEP | CHEROKEE | 2017 |
| 155 | 12/24/2019 | 1/12/2019 | 11291083 | JEEP | CHEROKEE | 2017 |
| 156 | 12/27/2019 | 11/7/2019 | 11291542 | JEEP | COMPASS | 2018 |
| 157 | 12/28/2019 | 9/12/2019 | 11291788 | JEEP | COMPASS | 2018 |
| 158 | 12/30/2019 | 12/15/2019 | 11291974 | JEEP | COMPASS | 2018 |
| 159 | 3/29/2019 | 3/14/2019 | 11192370 | JEEP | CHEROKEE | 2015 |

| 160 | 5/7/2019 | 5/1/2019 | 11205958 | JEEP | CHEROKEE | 2015 |
| 161 | 6/3/2019 | 6/2/2019 | 11217665 | DODGE | DART | 2014 |
| 162 | 6/19/2019 | 4/13/2019 | 11221247 | JEEP | CHEROKEE | 2015 |
| 163 | 1/2/2020 | 1/2/2020 | 11292590 | JEEP | CHEROKEE | 2016 |
| 164 | 1/6/2020 | 11/1/2019 | 11297300 | JEEP | CHEROKEE | 2018 |
| 165 | 1/6/2020 | 12/19/2019 | 11297282 | JEEP | CHEROKEE | 2019 |
| 166 | 1/6/2020 | 1/6/2020 | 11297374 | DODGE | DART | 2014 |
| 167 | 1/7/2020 | 11/15/2020 | 11297676 | JEEP | CHEROKEE | 2016 |
| 168 | 1/7/2020 | 5/15/2018 | 11297761 | JEEP | COMPASS | 2019 |
| 169 | 1/16/2020 | 1/16/2020 | 11299976 | JEEP | COMPASS | 2018 |
| 170 | 1/16/2020 | 1/16/2020 | 11299937 | JEEP | COMPASS | 2018 |
| 171 | 1/16/2020 | 1/15/2020 | 11299787 | JEEP | COMPASS | 2018 |
| 172 | 1/17/2020 | 1/2/2020 | 11300163 | JEEP | CHEROKEE | 2016 |
| 173 | 1/19/2020 | 1/18/2020 | 11300273 | JEEP | CHEROKEE | 2017 |
| 174 | 1/19/2020 | 11/21/2018 | 11300260 | JEEP | COMPASS | 2018 |
| 175 | 1/22/2020 | 6/1/2019 | 11301066 | JEEP | CHEROKEE | 2017 |
| 176 | 1/24/2020 | 1/13/2020 | 11301739 | JEEP | CHEROKEE | 2017 |
| 177 | 1/24/2020 | 11/7/2017 | 11301719 | JEEP | COMPASS | 2017 |
| 178 | 1/26/2020 | 1/15/2020 | 11302070 | JEEP | COMPASS | 2018 |
| 179 | 1/27/2020 | 1/23/2020 | 11302169 | JEEP | CHEROKEE | 2019 |
| 180 | 1/30/2020 | 1/2/2020 | 11306190 | JEEP | CHEROKEE | 2017 |
| 181 | 2/3/2020 | 11/19/2020 | 11306656 | JEEP | CHEROKEE | 2019 |
| 182 | 2/4/2020 | 10/1/2017 | 11307060 | JEEP | COMPASS | 2017 |
| 183 | 2/11/2020 | 1/3/2020 | 11308436 | JEEP | COMPASS | 2018 |
| 184 | 2/17/2020 | 12/9/2019 | 11309608 | JEEP | CHEROKEE | 2018 |
| 185 | 2/17/2020 | 2/15/2020 | 11309750 | JEEP | CHEROKEE | 2019 |
| 186 | 2/24/2020 | 2/4/2020 | 11311135 | JEEP | CHEROKEE | 2018 |
| 187 | 2/25/2020 | 2/24/2020 | 11311420 | JEEP | COMPASS | 2018 |
| 189 | 2/26/2020 | 2/26/2020 | 11311670 | JEEP | CHEROKEE | 2017 |
| 190 | 2/26/2020 | 2/19/2020 | 11311759 | JEEP | COMPASS | 2018 |
| 191 | 2/26/2020 | 2/25/2020 | 11311557 | JEEP | COMPASS | 2018 |
| 192 | 2/27/2020 | 1/27/2020 | 11311841 | JEEP | COMPASS | 2018 |
| 193 | 3/3/2020 | 9/24/2019 | 11315836 | JEEP | COMPASS | 2017 |
| 194 | 3/5/2020 | 9/18/2019 | 11316307 | DODGE | DART | 2016 |
| 195 | 3/7/2020 | 2/20/2020 | 11316728 | JEEP | COMPASS | 2018 |

| 196 | 3/9/2020 | 1/1/2020 | 11317167 | JEEP | CHEROKEE | 2016 |
| 197 | 3/12/2020 | 2/1/2019 | 11317753 | JEEP | CHEROKEE | 2018 |
| 198 | 3/12/2020 | 2/10/2019 | 11317807 | JEEP | COMPASS | 2018 |
| 199 | 3/29/2020 | 3/3/2020 | 11319663 | JEEP | CHEROKEE | 2016 |
| 200 | 4/3/2020 | 4/3/202 | 11315836 | JEEP | COMPASS | 2017 |
| 201 | 4/7/2020 | 7/1/2019 | 11320401 | JEEP | CHEROKEE | 2018 |
| 202 | 4/7/2020 | 2/27/2020 | 11320394 | JEEP | COMPASS | 2018 |
| 203 | 4/11/2020 | 2/26/2020 | 11320854 | JEEP | COMPASS | 2018 |

69.     Through these sources, FCA knew about the defect. The NHTSA

complaints also indicate FCA's knowledge of the defect and the potential danger it

poses to passengers and the general public.

### 3.     FCA's Warranty-Related Practices

70.     FCA issued a Basic Limited Warranty and Limited Powertrain

Warranty with each of the Class Vehicles.

71.     Under the Basic Limited Warranty, FCA agreed to repair reported

defects within the earlier of 36,000 miles or 3-years following the in-service date

of the vehicle.  The warranty manual provides that:

> The Basic Limited Warranty covers the cost of all parts and
> labor needed to repair any item on your vehicle when it left
> the manufacturing plant that is defective in material, workmanship
> or factory preparation. There is no list of covered
> parts since the only exception are tires and Unwired
> headphones. You pay nothing for these repairs. These
> warranty repairs or adjustments — including all parts and
> labor connected with them — will be made by your dealer
> at no charge, using new or remanufactured parts.

72.     FCA instructs vehicle owners and lessees to bring their vehicles to a certified dealership for the warranty repairs. Many owners and lessees have presented Class Vehicles to FCA-certified dealerships with complaints related to the defects alleged herein.

73.     FCA's warranty department similarly reviews and analyzes warranty data submitted by its dealerships and authorized technicians in order to identify defect trends in its vehicles. FCA dictates that when a repair is made under warranty (or warranty coverage is requested), service centers must provide FCA with detailed documentation. FCA also requires service centers to save the broken parts in case FCA audits the dealership, or otherwise acts to verify the warranty repair. For their part, service centers are meticulous about providing this detailed information about in-warranty repairs because FCA withholds payment for the repair if the complaint, cause, and correction are not sufficiently described. FCA is well-aware of the scope of the problem, which Plaintiff alleges is why it has refused to commence the necessary safety recall as it did in other, similar circumstances.

74.     FCA has evaded its warranty obligations by (1) failing to tell consumers that the Class Vehicles are defective and (2) refusing to perform repairs to correct the defects.

**E.     FCA Misrepresented, Concealed, and Omitted the Nature and Existence of the Defects**

75.     Despite having longstanding knowledge of the alleged defects, FCA denied their existence and omitted material information from disclosures made to Plaintiff and the Class members prior to purchase of their Class Vehicles. As demonstrated through its knowledge of the dangers stated above, FCA had a duty to disclose the nature of the defects to Plaintiff and the Class members, as the defects alleged herein were material to their purchases and involved a safety issue.

76.     Additionally, FCA—by and through the statements it made in the Owner's Manuals prepared for distribution with the Class Vehicles—has also misrepresented Oil Consumption Defect by recommending oil changes at much higher mileage than warranted by the true oil life cycle of the Class Vehicles and by telling Plaintiff and Class members that the excessive oil consumption of their vehicles is "normal."

77.     According to FCA's representations in the Owner's Manual: "Severe Operating Conditions can cause the change oil message to illuminate as early as 3,500 miles since last reset." But FCA made far different representations in the Oil Consumption Guidelines issued to its dealers in 2015.

78.     In the 2015 Oil Consumption Guidelines, FCA told dealer service departments that the accepted rate of oil consumption for engines used in its vehicles is one quart/per 2,000 miles driven for the first 50,000 miles. And for

vehicles with more than 50,000 miles, the acceptable oil consumption is one quart for every 750 miles.

79.     FCA entirely omits the information contained in its 2015 Oil Consumption Guidelines from the Owner's Manual it distributes with the Class Vehicles. Moreover, FCA fails to disclose to consumers the information in its 2015 Oil Consumption Guidelines when they purchase the Class Vehicles. Plaintiff and the Class Members thus only learn that FCA considers the excessive oil consumption of the 2.4L Tigershark engine "normal" when they are told that is the case by FCA's service departments. Conveniently for FCA, this occurs far after the sale of the Class Vehicles and after experiencing the consequences of the Defects.

80.     To the extent that FCA believed that the Oil Consumption Defect is "normal," it had a duty to disclose that information to consumers because of the partial representations made in the Owner's Manuals of the Class Vehicles.

## V     TOLLING OF STATUTES OF LIMITATIONS

81.     FCA's knowing and misrepresentation, active concealment and omission of the facts alleged herein act to toll any applicable statute(s) of limitations.  Plaintiff and the other Class members could not have reasonably discovered the true, latent nature of the Oil Consumption Defect and Oil Indicator System Defects until shortly before commencing this class-action litigation.

82.     In addition, even after Plaintiff and other Class members contacted FCA and/or its authorized dealers to repair the Oil Consumption Defect, FCA and/or its dealers repeatedly and consistently told them the Class Vehicles were not defective and that oil consumption in her vehicle was "normal."

83.     FCA has had, and continues to have, a duty to disclose to Plaintiff and the other Class members the true character, quality, and nature of the Class Vehicles, including the facts that the Class Vehicles require costly repairs, pose safety concerns, and have a diminished resale value. As a result of FCA's active concealment, any and all applicable statutes of limitations otherwise applicable to the allegations herein have been tolled.

## VI    CLASS ALLEGATIONS

84.     Plaintiff brings this action on her own behalf, and on behalf of a nationwide class pursuant to Federal Rules of Civil Procedure, Rules 23(a), 23(b)(2), and/or 23(b)(3).

> **<u>Nationwide Class:</u>**
>
> All persons or entities in the United States who are current or former owners and/or lessees of a Class Vehicle.

85.     In the alternative to the Nationwide Class, and pursuant to Federal Rules of Civil Procedure, Rule 23(c)(5), Plaintiff seek to represent the following class of Ohio consumers:

**Ohio Class:**

All persons or entities in the state of Ohio who are current or former owners and/or lessees of a Class Vehicle.

86.     Together, the Nationwide Class and the Ohio Class shall be collectively referred to herein as the "Class." Excluded from the Class are FCA, its affiliates, employees, officers and directors, persons or entities that purchased the Class Vehicles for resale, and the Judge(s) assigned to this case. Plaintiff reserves the right to modify, change, or expand the Class definitions based on discovery and further investigation.

87.     **Numerosity:**  Upon information and belief, the Class is so numerous that joinder of all members is impracticable. While the exact number and identities of individual Class members are unknown at this time, such information being in FCA's sole possession and obtainable by Plaintiff only through the discovery process, Plaintiff believes, and on that basis alleges that hundreds of thousands of Class Vehicles have been sold and leased in states that are the subject of the Class.

88.     **Existence and Predominance of Common Questions of Fact and Law:**  Common questions of law and fact exist as to all members of the Class. These questions predominate over the questions affecting individual Class members. These common legal and factual questions include, but are not limited to, whether:

a) The Class Vehicles were sold with defects;

b) FCA knew about the Oil Consumption Defect but failed to disclose it and its consequences to its customers;

c) A reasonable consumer would consider the Oil Consumption Defect or its consequences to be material;

d) FCA should be required to disclose the Oil Consumption Defect's existence and its consequences; and

e) FCA's conduct violates the Ohio Deceptive Trade Practices Act, the Ohio Consumer Sales Practices Act, and the other statutes asserted herein.

89.    **Typicality:**  All of Plaintiff's claims are typical of the claims of the Class because Plaintiff purchased her vehicle with the same defects as other Class members. Furthermore, Plaintiff and all members of the Class sustained monetary and economic injuries including, but not limited to, ascertainable losses arising out of FCA's wrongful conduct. Plaintiff advances the same claims and legal theories on behalf of herself and all absent Class members.

90.    **Adequacy:**  Plaintiff adequately represents the Class because her interests do not conflict with the interests of the Class she seeks to represent, she has retained counsel that is competent and highly experienced in complex class action litigation, and Plaintiff intends to prosecute this action vigorously. Plaintiff and her counsel are well-suited to fairly and adequately protect the interests of the Class.

91.   **Superiority:**  A class action is superior to all other available means of fairly and efficiently adjudicating the claims brought by Plaintiff and the Class. The injury suffered by each individual Class member is relatively small in comparison to the burden and expense of individual prosecution of the complex and extensive litigation necessitated by FCA's conduct. It would be virtually impossible for Class members on an individual basis to effectively redress the wrongs done to them. Even if Class members could afford such individual litigation, the courts cannot. Individualized litigation presents a potential for inconsistent or contradictory judgments. Individualized litigation increases the delay and expense to all parties and to the court system, particularly where the subject matter of the case may be technically complex. By contrast, the class action device presents far fewer management difficulties, and provides the benefits of single adjudication, an economy of scale, and comprehensive supervision by a single court. Upon information and belief, individual Class members can be readily identified and notified based on, *inter alia*, FCA's vehicle identification numbers, warranty claims, registration records, and database of complaints.

92.   FCA has acted, and/or refused to act, on grounds generally applicable to the Class, thereby making appropriate final equitable relief with respect to the Class as a whole.

## VII   CAUSES OF ACTION

**A.      Claims Brought on Behalf of the Nationwide Class**

### COUNT I:

### VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

### (15 U.S.C. § 2301, *et seq.*)

### (On behalf of the Nationwide Class)

93.     Plaintiff and the Class incorporate by reference each preceding and succeeding paragraph as though fully set forth at length herein.

94.     Plaintiff brings this claim on behalf of herself and on behalf of the Nationwide Class.

95.     Plaintiff and the Class members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

96.     FCA is a supplier and warrantor within the meaning of 15 U.S.C. §§ 2301(4)-(5).

97.     The Class Vehicles, including Plaintiff's vehicle, are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

98.     FCA's 3 year/36,000-mile limited warranty is a "warranty" within the meaning of 15 U.S.C. § 2301(6).

99.     FCA breached its express warranty by:

a) Selling and leasing Class Vehicles with an oil pump that was defective in materials and/or workmanship, requiring repair or replacement within the warranty period; and

b) Refusing and/or failing to honor the express warranties by repairing or replacing, free of charge, the oil pump and/or other parts causing failure in the Class Vehicles.

100.   Plaintiff and the other Class members relied on the existence and length of the express warranties in deciding whether to purchase or lease the Class Vehicles.

101.   FCA's breach of express warranties has deprived Plaintiff and the other Class Members of the benefit of their bargain.

102.   The amount in controversy of Plaintiff's individual claim meets or exceeds the sum or value of $25.00. In addition, the amount in controversy meets or exceeds the sum or value of $50,000 (exclusive of interests and costs) computed on the basis of all claims to be determined in this suit.

103.   FCA has been given reasonable opportunity to cure its breach of the written warranties. Alternatively, Plaintiff and the other Class members are not required to do so because affording FCA a reasonable opportunity to cure its breach of written warranties was, and is, futile. FCA has long been on notice of the alleged defect from the complaints and service requests it received from Class members, as well as from their own warranty claims, customer complaint data,

and/or parts sales data, and has made clear from its actions it has no intention of resolving the defect.

104.   As a direct and proximate cause of FCA's breach of the written warranties, Plaintiff and the other Class members sustained damages and other losses in an amount to be determined at trial. FCA's conduct damaged Plaintiff and the other Class members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, costs, including statutory attorney fees and/or other relief as deemed appropriate.

**B.   Claims Brought on Behalf of the Ohio Class**

**COUNT II:**

**VIOLATION OF OHIO CONSUMER SALES PRACTICES ACT**

**(Ohio Rev. Code Ann. § 1345.01, et seq.)**

105.   Plaintiff and the Class members realleges and incorporates by reference all paragraphs as though fully set forth herein.

106.   The Ohio Consumer Protection Act, Ohio Rev. Code § 1345.02, prohibits unfair or deceptive acts or practices in connection with a consumer transaction. Specifically, the Act prohibits suppliers from representing that goods have characteristics or uses or benefits which they do not have. The Act also prohibits suppliers from representing that their goods are of a particular quality or grade they are not.

107.    FCA is a "supplier" as that term is defined in the Ohio Consumer Protection Act, Ohio Rev. Code § 1345.01(C).

108.    Plaintiff and the Class members are "consumers" as that term is defined in the Ohio Consumer Protection Act, Ohio Rev. Code § 1345.01(D).

109.    FCA's conduct as alleged above constitutes unfair and/or deceptive consumer sales practices in violation of Ohio Rev. Code § 1345.02 because FCA represented through advertising and other marketing communications that the vehicles were new and free from defects and could be driven safely in normal operation. Instead, the vehicles were not of the standard, quality, or grade of new vehicles.

110.    FCA's conduct caused the damages of Plaintiff and Class members, as alleged.

111.    As a result of Defendants' wrongful conduct, Plaintiff and the Class have been damaged in an amount to be proven at trial, including, but not limited to, actual and statutory damages, treble damages, court costs and reasonable attorneys' fees, pursuant to Ohio Rev. Code § 1345.09, *et seq*.

## COUNT III:

## VIOLATION OF OHIO DECEPTIVE TRADE PRACTICES ACT

### (Ohio Rev. Code Ann. § 4165.01, *et seq.*)

112.   Plaintiff and the Class members reallege and incorporate by reference all paragraphs as though fully set forth herein.

113.   Section 4165.02(A) of the Ohio Revised Code provides that a "person engages in a deceptive trade practice when, in the course of the person's business, vocation, or occupation," the person does any of the following:  "(2) Causes likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services; . . . (7) Represents that goods or services have sponsorship, approval, characteristics, ingredients, uses, benefits, or quantities that they do not have or that a person has a sponsorship, approval, status, affiliation, or connection that the person does not have; . . . (9) Represents that goods or services are of a particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; . . . [and] (11) Advertises goods or services with intent not to sell them as advertised."

114.   FCA are "persons" within the meaning of Ohio Rev. Code § 4165.01(D).

115.   The vehicles sold to Plaintiff and the Class were not of the particular sponsorship, approval, characteristics, ingredients, uses, benefits, or qualities FCA represented to Plaintiff.

116.   The vehicles sold to Plaintiff and the Class were not of the particular standard, quality, and/or grade FCA represented to Plaintiff.

117.   FCA made false or misleading statements of fact concerning the Class Vehicles—i.e., that the Class Vehicles were suitable for ordinary use—when FCA, in fact, knew that the Class Vehicles were defective and not suitable for ordinary use.

118.   Moreover, FCA made false or misleading statements of fact concerning: (1) the rate at which the Class Vehicles consumed oil; (2) the rate at which Plaintiff and the Class members would need to replenish the oil in their Class Vehicles; and (3) the capabilities of the Oil Indicator System to detect low oil volume in the Class Vehicles.

119.   These statements materially influenced the decisions by Plaintiff and the Class to purchase the Class Vehicles, in that FCA's statements caused Plaintiff and the Class to purchase vehicles that they otherwise would not have purchased had they known about the defects.

120.   FCA's deceptive trade practices caused the damages of Plaintiff and the Class members, as alleged.

121.   FCA's conduct was knowing, and/or intentional, and/or with malice, and/or demonstrated a complete lack of care, and/or was reckless, and/or was in conscious disregard for the rights of Plaintiff and the Class members.

122.   As a result of FCA's wrongful conduct, Plaintiff and the Class have been damaged in an amount to be proven at trial, including, but not limited to, actual and punitive damages, equitable relief and reasonable attorneys' fees.

## COUNT IV:

## BREACH OF EXPRESS WARRANTY

## (Ohio Rev. Code Ann. § 1302.26, *et seq.* (U.C.C. § 2-313))

123.   Plaintiff and the Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

124.   FCA expressly warranted—through the statements and advertisements described above—that the vehicles were of high quality, and, at a minimum, would work properly and safely.

125.   FCA breached the warranty by knowingly selling to Plaintiff and Class members vehicles with dangerous defects, and which were not of high quality.

126.   Plaintiff and the Class have been damaged as a direct and proximate result of FCA's breaches in that Plaintiff and the Class purchased the Class

Vehicles for less than they would have paid had they known about the defects alleged herein.

## COUNT V:

## BREACH OF IMPLIED WARRANTY OF MERCHANTABILITY

## (Ohio Rev. Code Ann. § 1302.27 (U.C.C. § 2-314))

127.   Plaintiff and the Class reallege and incorporate by reference all paragraphs as though fully set forth herein.

128.   FCA impliedly warranted that the Class Vehicles were of good and merchantable quality and fit, and safe for their ordinary intended use—transporting the driver and passengers in reasonable safety during normal operation, and without unduly endangering them or members of the public.

129.   Contrary to these implications, there were dangerous defects in the vehicles manufactured, distributed, and/or sold by FCA, which Plaintiff purchased, including, but not limited to, the defects alleged in this complaint.

130.   These dangerous defects existed at the time the vehicles left FCA's manufacturing facilities and at the time they were sold to Plaintiff and the Class members.

131.   These dangerous defects were the direct and proximate cause of the damages suffered by Plaintiff and the Class members.

# COUNT VI:

## OHIO NEGLIGENT DESIGN, ENGINEERING & MANUFACTURE

### (Based on Ohio Law)

132.   Plaintiff realleges and incorporates by reference all paragraphs as though fully set forth herein.

133.   FCA is a manufacturer and supplier of automobiles.

134.   FCA owed Plaintiff a non-delegable duty to exercise ordinary and reasonable care to properly design, engineer, and manufacture the vehicles against foreseeable hazards and malfunctions, including stalling or shutting down during operation.

135.   FCA owed Plaintiff a non-delegable duty to exercise ordinary and reasonable care in designing, engineering and manufacturing the vehicles so that they would function normally, without undue risks of stalling or shutting down during operation.

136.   FCA also owed—and owes—a continuing duty to notify Plaintiff and the Class members of any known material and dangerous defects and to repair any such material and dangerous defects.

137.   FCA breached these duties of reasonable care by designing, engineering, and manufacturing vehicles that can stall or shut down while they are

being operated, and breached their continuing duty to disclose these defects to Plaintiff.

138.   The foreseeable hazards and malfunctions include potential mechanical failure while the vehicle is in motion, and at normal driving speeds.

139.   Plaintiff did not and could not know of the intricacies of these defects and their latent and dangerous manifestations, or the likelihood of harm therefrom arising in the normal use of the Class Vehicles.

140.   At all relevant times, there existed alternative designs and engineering which were both technically and economically feasible. Further, any alleged benefits associated with the defective designs are vastly outweighed by the real risks associated with potential vehicular failure.

141.   The Class Vehicles were defective as herein alleged at the time they left FCA's factories, and they reached Plaintiff without substantial change in the condition in which they were sold.

142.   As a direct and proximate result of FCA's breaches, Plaintiff and the Class members have suffered damages, as alleged.

143.   Accordingly, Plaintiff and the Class members are entitled to recover appropriate damages including, but not limited to, diminution of value, return of lease payments and penalties, and injunctive relief related to future lease payments or penalties.

## COUNT VII:

## FRAUD & FRAUDULENT CONCEALMENT

## (Based on Ohio Law)

144.   Plaintiff and the Class members realleges and incorporates by reference all paragraphs as though fully set forth herein.

145.   FCA intentionally misrepresented and concealed the above-described material safety information, or acted with reckless disregard for the truth, and denied Plaintiff and the Class members information that is highly relevant to their purchasing decision.

146.   The vehicles Plaintiff and the Class members purchased or leased were, in fact, defective, unsafe and unreliable, because they were subject to stalling or shutting down even while the vehicle was in operation, at normal driving speeds.

147.   FCA had a duty to disclose this material safety information to Plaintiff and members of the Class because of the safety hazards posed by the alleged defects.

148.   FCA's concealment was material because if it had been disclosed, Plaintiff and the Class members would not have bought or leased the Class Vehicles.

149.   The aforementioned representations were material because they were facts that would typically be relied on by a person purchasing or leasing a new motor vehicle. FCA intentionally made the false statements in order to sell the Class Vehicles.

150.   Plaintiff and the Class members relied on FCA's reputation as an automaker—long with FCA's failure to disclose the alleged vehicles and FCA's affirmative assurance that its vehicles were safe and reliable and other similar false statements—when they purchased or leased the Class Vehicles.

151.   As a result of their reliance, Plaintiff and the Class members have been injured in an amount to be proven at trial, including, but not limited to, their lost benefit of the bargain and overpayment at the time of purchase and/or the diminished value of the Class Vehicles.

152.   FCA's conduct was knowing, intentional, with malice, demonstrated a complete lack of care, and was in reckless disregard for the rights of Plaintiff and the Class members.  Plaintiff is therefore entitled to an award of punitive damages.

## COUNT VIII:

## UNJUST ENRICHMENT

## (Based on Ohio Law)

153.   Plaintiff and the Class members reallege and incorporate by reference all paragraphs as though fully set forth herein.

154.   Plaintiff and the Class members paid FCA the value of vehicles that are non-defective, and in exchange, FCA provided Plaintiff and the Class members with vehicles that are, in fact, defective.

155.   Further, Plaintiff and the Class members paid FCA the value for vehicles that would not be compromised by substantial, invasive repairs, and in return received the Class Vehicles, which did in fact require such repairs.

156.   Further, Plaintiff and the Class paid FCA for vehicles that could be normally and safely operated, and in exchange, FCA provided Plaintiff and the Ohio Class with vehicles that could not be normally and safely operated because their defects posed the possibility of life-threatening injuries, or even death.

157.   As such, Plaintiff conferred a windfall upon FCA, which knows of the windfall and has retained such benefits, which would be unjust for FCA to retain.

158.   As a direct and proximate result of FCA's unjust enrichment, Plaintiff and the Class have suffered and continue to suffer various damages, including, but

not limited to, restitution of all amounts by which FCA was enriched through its misconduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, on behalf of herself and the members of the Class, respectfully request that this Court:

      a.    determine that the claims alleged herein may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and issue an order certifying the Class as defined above;

      b.    appoint Plaintiff as the representative of the Class and her counsel as Class counsel;

      c.    award all actual, general, special, incidental, consequential damages and restitution to which Plaintiff and members of the Class are entitled;

      d.    award pre-judgment and post-judgment interest on any monetary relief;

      e.    grant appropriate injunctive relief, including, without limitation, an order requiring Defendant to repair the Class Vehicle pursuant to its obligations under the terms and/or promises of the Lifetime Warranty;

      f.    award reasonable attorneys' fees and costs; and

      g.    grant such further relief that this Court deems appropriate.

Dated:  April 27, 2020                    Respectfully submitted,


                                          By:   */s/ Richard D. McCune*   
                                               Richard D. McCune*
                                               David C. Wright**
                                               Steven A. Haskins**
                                               Mark I. Richards**
                                               MCCUNE WRIGHT AREVALO, LLP
                                               3281 E. Guasti, Road, Suite 100
                                               Ontario, California 91761
                                               Telephone: (909) 557-1250
                                               Facsimile: (909) 557-1275
                                               rdm@mccunewright.com
                                               dcw@mccunewright.com
                                               sah@mccunewright.com
                                               mir@mccunewright.com

                                               Attorneys for Plaintiff and the Putative
                                               Class

                                               *Admitted Pro Hac Vice*
                                               **Pro Hac Vice Applications to be
                                               Submitted*

## JURY DEMAND

Plaintiff, individually, and on behalf of the putative Class, demands a trial by jury on all issues so triable.

Dated:  April 27, 2020                  Respectfully submitted,


By:   */s/ Richard D. McCune*
      Richard D. McCune*
      David C. Wright**
      Steven A. Haskins**
      Mark I. Richards**
      MCCUNE WRIGHT AREVALO, LLP
      3281 E. Guasti, Road, Suite 100
      Ontario, California 91761
      Telephone: (909) 557-1250
      Facsimile: (909) 557-1275
      rdm@mccunewright.com
      dcw@mccunewright.com
      sah@mccunewright.com
      mir@mccunewright.com
      Attorneys for Plaintiff and the Putative Class

      *Admitted Pro Hac Vice*
      **Pro Hac Vice Applications to be Submitted*